PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | CR11 186-01 |

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT    CASE NO.

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: JOSEPH A. CARAMADRE

Address:

**REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF    RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: PETER F. NERONHA
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

☐ Int
Birth Date _
Social S

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.
SEE ATTACHED

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND    County

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): MICHAEL LEPIZZERA, ESQ.
☐ FPD  ☐ CJA  ☒ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 66

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHED COUNTS & PENALTIES | | ☒ Felony / ☐ Misdemeanor |
| | | | ☐ Felony / ☐ Misdemeanor |
| | | | ☐ Felony / ☐ Misdemeanor |
| | | | ☐ Felony / ☐ Misdemeanor |
| | ESTIMATED TIME OF TRIAL: 2-3 MONTHS | | ☐ Felony / ☐ Misdemeanor |
| | | | ☐ Felony / ☐ Misdemeanor |

## UNITED STATES V. JOSEPH CARAMADRE

### COUNTS & PENALTIES:

COUNTS 1 TO 26:
18 U.S.C. § 1343 - WIRE FRAUD

PENALTIES: 20 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; MANDATORY $100 SPECIAL ASSESSMENT.

COUNTS 27 TO 32:
18 U.S.C. § 1341 - MAIL FRAUD

PENALTIES: 20 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; MANDATORY $100 SPECIAL ASSESSMENT.

COUNT 33:
18 U.S.C. § 371 - CONSPIRACY

PENALTIES: 5 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNTS 34-59:
18 U.S.C. § 1028(a)(7) - IDENTITY FRAUD

PENALTIES: 15 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNTS 60-64:
18 U.S.C. § 1028A (a)(1) - AGGRAVATED IDENTITY THEFT

PENALTIES: 2 YEAR IMPRISONMENT (CONSECUTIVE TO ANY OTHER SENTENCE IMPOSED); $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 1 YEAR SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNT 65:
18 U.S.C. §§ 1957(a) and (b)(1) and (2) - MONEY LAUNDERING

PENALTIES: 10 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNT 66:
18 U.S.C. § 1512(b)(3) - WITNESS TAMPERING

PENALTIES: 20 YEARS IMPRISONMENT; $250,000 FINE; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

CASE NO. CR11 186-02

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: RAYMOUR RADHAKRISHNAN

Address: **REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT DISTRICT OF — RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: PETER F. NERONHA
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.
SEE ATTACHED

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND   County

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): JEFFREY PINE, ESQ.
☐ FPD  ☐ CJA  ☒ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 61

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | SEE ATTACHED COUNTS & PENALTIES |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  | ESTIMATED TIME OF TRIAL: 2-3 MONTHS |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |

<u>UNITED STATES V. RAYMOUR RADHAKRISHNAN</u>

**COUNTS & PENALTIES:**

**COUNTS 1 TO 26:**
18 U.S.C. § 1343 - WIRE FRAUD

PENALTIES: 20 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; MANDATORY $100 SPECIAL ASSESSMENT.

COUNTS 28,29 & 31:
18 U.S.C. § 1341 - MAIL FRAUD

PENALTIES: 20 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; MANDATORY $100 SPECIAL ASSESSMENT.

COUNT 33:
18 U.S.C. § 371 - CONSPIRACY

PENALTIES: 5 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNTS 35-59:
18 U.S.C. § 1028(a)(7) - IDENTITY FRAUD

PENALTIES: 15 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNTS 60-64:
18 U.S.C. § 1028A (a)(1) - AGGRAVATED IDENTITY THEFT

PENALTIES: 2 YEAR IMPRISONMENT (CONSECUTIVE TO ANY OTHER SENTENCE IMPOSED); $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 1 YEAR SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.

COUNT 65:
18 U.S.C. §§ 1957(a) and (b)(1) and (2) - MONEY LAUNDERING

PENALTIES: 10 YEARS IMPRISONMENT; $250,000 FINE, OR NOT MORE THAN TWICE THE GROSS GAIN OR TWICE THE GROSS LOSS; 3 YEARS SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT.