IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA            :
                                    :
                v.                  :        CR. No. 11-186-S
                                    :
JOSEPH CARAMADRE AND                :
RAYMOUR RADHAKRISHNAN               :

**NOTICE OF ENTRY OF APPEARANCE**

I, John P. McAdams, Assistant United States Attorney, hereby enter my appearance as co-

counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

PETER F. NERONHA
United States Attorney

/s/ John P. McAdams
JOHN P. MCADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: john.p.mcadams@usdoj.gov

CERTIFICATION OF SERVICE

On this 18th  day of November, 2011, I caused the within Notice of Attorney Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ John P. McAdams
JOHN P. MCADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: john.p.mcadams@usdoj.gov