AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| __USA__ </br> *Plaintiff* </br> v. </br> __Joseph Caramadre__ </br> *Defendant* | ) </br> ) </br> ) Case No. __CR 11 186-01S__ </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

__Joseph Caramadre__

Date: __11-30-11__

__Michael J. Lepizzera__
*Attorney's signature*

__Michael J. Lepizzera, JR. #4995__
*Printed name and bar number*

__117 Metro Center Blvd. Suite 2001__
__Warwick, RI 02886__
*Address*

__mlepizzera@leplap.com__
*E-mail address*

__(401) 739-7397__
*Telephone number*

__(401) 691-3558__
*FAX number*