AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island DEC 01 2011




NOV 18 2011

District of Rhode Island

U.S. DISTRICT COURT
DISTRICT OF R.I.

United States of America
v.
JOSEPH CARAMADRE
*Defendant*

Case No. CR11-186-01S

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: JOHN O. PASTORE FEDERAL BUILDING & POST OFFICE TWO EXCHANGE TERRACE, PROVIDENCE, RI | Courtroom No.: B |
|---|---|
| | Date and Time: 11/30/2011 2:00 pm |

This offense is briefly described as follows:

WIRE FRAUD; MAIL FRAUD; CONSPIRACY; IDENTITY FRAUD; AGGRAVATED IDENTITY THEFT; MONEY LAUNDERING; WITNESS TAMPERING

*PLEASE CONTACT PRETRIAL SERVICES TO SCHEDULE A PRETRIAL INTERVIEW PRIOR TO THE HEARING DATE.

Date: 11/18/2011

*Issuing officer's signature*

JEANNINE NOEL, DEPUTY CLERK

*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 11/30/2011

C. A Moore

*Server's signature*

CLIFTON A MOORE JR

*Printed name and title*