AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

USA _____ )
Plaintiff )
v. ) Case No. CR11-186-01S
JOSEPH CARAMADRE _____ )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

JOSEPH CARAMADRE

Date: 12-14-11

_Attorney's signature_ # 5000

JOSEPH CARAMADRE
_Printed name and bar number_

1000 CHAPEL VIEW BLVD,
SUITE 270
CRANSTON, RI 02920
_Address_

JOE@EPRWORLD.COM
_E-mail address_

401-785-2700
_Telephone number_

401-785-2723
_FAX number_