UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF RHODE ISLAND

*FILED*

*DEC 16 2011*

*U.S. DISTRICT COURT*
*DISTRICT OF R.I.*

UNITED STATES OF AMERICA
  Plaintiff

v.  Criminal No.: CR 11-186

JOSEPH CARAMADRE AND
RAYMOUR RADHAKRISHANAN
  Defendants

### MOTION FOR A SPEEDY TRIAL

I, Joseph A. Caramadre, hereby request a speedy trial in this matter.

Respectfully submitted,
Joseph A. Caramadre

/s/ Joseph A. Caramadre
Joseph A. Caramadre, Esq. #5000
Law Offices of Joseph A. Caramadre
1000 Chapel View Blvd., Suite 270
Cranston, RI 02920
(401) 785-2700
E-mail: joe@eprworld.com

Dated: December 15, 2011

### CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 15th day of December 2011.

/s/ Joseph A. Caramadre
Joseph A. Caramadre