# LAW OFFICES
## Joseph A. Caramadre, Esquire
1000 Chapel View Blvd., Suite 270, Cranston, RI  02920
Telephone (401) 785-2700 ~~ Fax (401) 785-2723

To: Honorable Magistrate David L. Martin,
United States Federal Court, District of Rhode Island

From: Joseph A. Caramadre

Date: December 16, 2011

Re: Case Name:   USA v. Caramadre et al
Case Number: 1:11-cr-00186-S-DLM

Dear Magistrate Martin:

Please accept this letter as notice that I am withdrawing my request of court appointed counsel. In the latest hearing on December 14, 2011, I requested the court to consider court appointed counsel. At that hearing you instructed me to complete a financial affidavit for the court to review my request. Due to the withdrawal of my request, I will not be submitting the financial affidavit due today, Friday, December 16, 2011.

Upon further discussion with potential legal counselors, I have been able to negotiate a financial arrangement with prospective attorney(s) who are indicating initial willingness to assist me in my defense given my limited resources.

Thank you for your attention to this matter

Respectfully,

*[signature]*
Joseph A. Caramadre

CC: VIA EMAIL – Lee Vilker, AUSA
VIA EMAIL – John McAdams, AUSA
VIA EMAIL – Olin Thompson