UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

Vs.                                                          CR 11-186-01S

Joseph Caramadre
And Raymour Radhakrishnan

## ENTRY OF APPEARANCE

We hereby enter our appearance as counsel for Defendant Joseph Caramadre.

| | |
|---|---|
| /s/ Michel J. Lepizzera, Jr. | /s/ James T. McCormick |
| Michael J. Lepizzera, Jr. (#4995) | James T. McCormick (#2614) |
| LEPIZZERA AND LAPROCINA | McKENNA & McCORMICK |
| COUNSELLORS AT LAW, LTD. | 128 Dorrance Street, Ste. 330 |
| 117 Metro Center Blvd. Suite 2001 | Providence, RI 02903 |
| Warwick, RI 02886 | (401) 831-2970 |
| Tel: (401) 739-7397 | (401) 751-1797 (Fax) |
| Fax: (401) 691-3558 | E-mail: mclaw@choiceonemail.com |
| E-mail: mlepizzera@leplap.com | |

Dated: December 19, 2011