8800010418

2 JAN '08 AM 10:22

**SAMMONS**
SECURITIES CO.
Member FINRA/SIPC
A member of the SAMMONS FINANCIAL GROUP

## Client Data Sheet
☑ Direct Business   ☐ First Clearing   ☐ Update
Rep Name: _____   Rep No.: _____

### A. Client Information
Name (Individual, Minor, etc.): Raymour Radhakrishnan
Street address (No PO Boxes): 138 Brook Street Suite 2F
City: Providence   State: RI   Zip Code: 02906
Country of Citizenship: U.S.A.   Social Security No.: [redacted]   Birth Date: [redacted]

Name (Joint Tennant, Custodian, Guardian, etc.): 
Street address (No PO Boxes): 
City: ___ State: ___ Zip Code: ___
Country of Citizenship: ___ Social Security No.: ___ Birth Date: ___

Dependents: —   Day Phone #: 401-[redacted]   Eve. Phone #: —
Dependents: ___ Day Phone #: ___ Eve. Phone #: ___

Employer Name: Networked Display Systems   Job Title: Founder   Yrs. Emp.: 2
Type of Business: Digital Signage - Advertising   Employer Address: Providence, RI
Annual Income: $250,000+   Net Worth (Excluding Residence): $1,000,000+
Liquid Assets: $100,000+   Investment Assets: $100,000+   Tax Bracket: MAX

Employer Name: ___ Job Title: ___ Yrs. Emp.: ___
Type of Business: ___ Employer Address: ___
Annual Income: ___ Net Worth (Excluding Residence): ___
Liquid Assets: ___ Investment Assets: ___ Tax Bracket: ___

### B. Investment Experience:
Stocks 5 yrs   Bonds 5 yrs   Mutual Funds 5 yrs
Options 5 yrs   Real Estate 5 yrs   Annuities 5 yrs   Other ___ yrs

### B. Investment Experience:
Stocks ___ yrs   Bonds ___ yrs   Mutual Funds ___ yrs
Options ___ yrs   Real Estate ___ yrs   Annuities ___ yrs   Other ___ yrs

### C. Investment Objectives:
☐ Income   ☐ Growth & Income   ☐ Growth
☒ Aggressive Growth   ☐ Trading/Speculation   ☐ Tax Management

### D. Risk Tolerance:
☐ Low   ☐ Moderate   ☐ Moderate to High   ☒ High   ☐ Speculative

### E. Affiliation Disclosure:
Are you, the joint owner or an immediate family member a senior officer, director or large shareholder of a public company?   ☐ Yes   ☒ No
If yes, what is the company name? _____
Are you, the joint owner or an immediate family member employed by SSC or another member of FINRA or a stock exchange?   ☐ Yes   ☒ No
If yes, what is the persons name and affiliation with this firm? _____

### F. USA Patriot Act: (Check one I.D. type below and use this info to complete the remaining fields.)
☒ Driver's License   ☐ State Issue ID   ☐ Military ID
☐ Resident Alien ID   ☐ Passport
Issue State/Cntry: New Hampshire/USA   ID #: 05RNR84111   Exp. Date: 5/11/2010

### F. USA Patriot Act: (Check one I.D. type below and use this info to complete the remaining fields.)
☐ Driver's License   ☐ State Issue ID   ☐ Military ID
☐ Resident Alien ID   ☐ Passport
Issue State/Cntry: ___   ID #: ___   Exp. Date: ___

### G. First Clearing Brokerage Accounts:
First Clearing Acct #: _____
Should all eligible dividends be reinvested?   ☐ Yes   ☐ No
In mailing dividends, should principal payments be included?   ☐ Yes   ☐ No

| Dividends/Interest | Sale Proceeds | Stocks Registration |
|---|---|---|
| ☐ Credit Account | ☐ Credit Account | ☐ Hold in Street Name |
| ☐ Mail Semi-Weekly* | ☐ Mail Proceeds* | ☐ Mail Certificates |
| ☐ Mail Monthly* | ☐ Mail Proceeds and Balance* | ☐ DVP |

*Requires Distribution Request Form for IRA Accounts

X [signature]   Date: 12/13/07
Customer Signature

X _____   Date: _____
Customer Signature

X [signature]   Date: 12/13/07
Representative Signature

(Office Use Only) Approved By _____   Date: _____

(Page 2 of 3)
4261 Park Road   Ann Arbor, MI 48103   888-744-6264

MIDLND-EGAN-000012
MIDLND-EGAN-000012