**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

    v.                                                      CR. 11-186-ALL-S

JOSEPH CARAMADRE and
RAYMOUR RADHAKRISHNAN

## ORDER

The United States's Motion for Continuance to the OCTOBER 2012 Trial Calendar is GRANTED.  The matter is continued until the OCTOBER 2012 empanelment as to all defendants.  Pursuant to Rule 12 (f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance, constitutes excludable time as defined by 18 U.S.C. §3161 (F).  Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendants to fully understand their constitutional rights regarding the criminal charges pending against them outweighs the interest of the public and the defendants in a speedy trial.

                                                                             ORDER:

                                                                         /s/ Ryan H. Jackson
                                                                    By: _____
                                                                         Deputy Clerk

ENTER:

/s/ *William E. Smith*
_____
William E. Smith
U.S. District Judge

DATE: February 15, 2012