UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Cr. No. 11-186 S |
| | ) |
| Joseph Caramadre; and | ) |
| Raymour Radhakrishnan, | ) |
| | ) |
| Defendants. | ) |

### SCHEDULING ORDER

The government shall make its Jencks and grand jury materials available to Defendants by **March 1, 2012**.

Defendants shall file any motions to exclude from evidence previously-taken Rule 15 depositions by **March 1, 2012**. The government shall have until **March 20, 2012** to respond to any such motions.

The parties should be prepared to finalize a juror questionnaire at a status conference in **May 2012**, which will be scheduled by the Court.

Any pretrial motions not specifically identified in this order shall be filed by **May 31, 2012**.

All oppositions or responses to pretrial motions shall be filed by **June 14, 2012**.

The government shall provide Defendants with a tentative list of the witnesses it expects to call at trial on **July 2, 2012**.

The government and Defendants will exchange their respective tentative exhibit and witness lists by **August 1, 2012**.

The jury shall be empanelled beginning on **September 17, 2012**.

Trial is scheduled for **November 13, 2012 to March 15, 2013.**

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 2/15/12