UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

Vs.                                                                 CR 11-186 01 S

Joseph Caramadre
And Raymour Radhakrishnan

## DEFENDANT JOSEPH CARAMADRE'S
## MOTION TO SUPPRESS RULE 15 DEPOSITIONS

Now comes Defendant Joseph Caramadre who hereby moves this Honorable Court for an Order suppressing the admission of all pre-trial Rule 15 depositions taken in this case. The basis for this motion is indicated in the Memorandum file herewith.

JOSEPH CARAMADRE
By his attorneys,

/s/ James T. McCormick
**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

## CERTIFICATION

I hereby certify that on March 15, 2012, a copy of the foregoing Defendant Joseph Caramadre's Motion to Suppress Rule 15 Depositions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James T. McCormick