```
23   Rhode Island Catholic?
24        A    Yes.
25        Q    Having seen this document, does it
00038:01  refresh your recollection --
02        A    Yes.
03        Q    -- of whether or not 941-9273 was your
04   number?
05        A    No, it wasn't.  I wasn't my number.
06        Q    Okay.
07        A    It was not mine.  I think this was
08   Raymour's number.
09        Q    Okay.  Now, if you turn your
10   attention -- if you go back to the Ameritrade
11   application, Exhibit 7, if you can turn to the
12   last page of this document, it's a three-page
13   document.  If you can just put down the sheet so
14   you can be seen.
15        A    Oh, okay.
16        Q    Do you see the section in paragraph 11
17   that says account coowner?
18        A    Yes, I do.
19        Q    Okay.  And if you go back, just to
20   refresh your memory, you are listed as the account
21   coowner on the front page of this document.
22             Is it true that you have -- it says zero
```

```
                                                                    41

  1        23   dependents.  You have no children, that's correct?
  2        24        A    Correct.
  3        25        Q    Okay.  Now, the next line says that,
  4   00039:01   "Funds available for options trading, $50,000
  5        02   plus."
  6        03             First of all, do you know what options
  7        04   trading is?
  8        05        A    No.
  9        06        Q    Did you have at the time, January 4th,
 10        07   2008, more than $50,000 available?
 11        08        A    Absolutely not.
 12        09        Q    Okay.  How much money did you have at
 13        10   the time?
 14        11        A    Twenty bucks, maybe.
 15        12        Q    Okay.  Did you -- is that X in this
 16        13   document where it says, "More than $50,000," did
 17        14   you write that X in?
 18        15        A    No.  I never seen this document.
 19        16        Q    Okay.  Did Raymour ask you how much in
 20        17   funds you had available?
 21        18        A    No.
 22        19        Q    Okay.  Now, the next box over says,
 23        20   "Years of investment experience," and it's marked,
 24        21   "6 - 9."
 25        22             At this time in January 4th of 2008, had
```

```
23   you had any investment experience?
24        A    No, not really.
25        Q    Did you have six to nine years of
00040:01  investment experience?
     02        A    No.
     03        Q    Now, the next box over -- well, still on
     04   the box of investment experience, did you mark
     05   that as -- that X next to 6 - 9?
     06        A    No.  I never seen this document.
     07        Q    Okay.  Did Raymour ask you about your
     08   investment experience?
     09        A    No.
     10        Q    The next box over is investment
     11   knowledge.
     12             Do you see how it's marked with an X
     13   next to "Extensive"?
     14        A    Wait a minute.  Say this again.
     15        Q    Let me just point this out to you, the
     16   next box over.
     17        A    Okay.
     18        Q    It says here, where it says investment
     19   knowledge --
     20        A    Uh-huh.
     21        Q    -- do you see how it's -- the X is next
     22   to the box?
```

```
          23    A    Yes, I do.
          24    Q    Next to the word "extensive"?
          25    A    Yes.
00041:01        Q    Do you consider yourself to have
       02  extensive knowledge of investments?
       03    A    No.
       04    Q    Did Raymour ever ask you about your
       05  investment knowledge?
       06    A    No.
       07    Q    Now, it says -- if you go over the next
       08  box, it says, "Average transaction size, $2,001 to
       09  $5,000." That box is marked off.
       10         Did you have any transactions whatsoever
       11  with investments?
       12    A    No. I never seen this document.
       13    Q    So that -- that information that you
       14  had, your average transaction size was between
       15  $2,000 and 5,000, is incorrect?
       16    A    Yes. The only money I had was the money
       17  that -- that Mr. Raymour gave me.
       18    Q    Okay. Now, it says -- if you go down to
       19  the next line, all the way to the left, it says,
       20  "Number of transactions per year." 10 to 19 box
       21  is marked off.
       22         Did you have 10 to 19 investment
```

Garvey, Patrick 11.20.09 video depo

44

```
         23   transactions per year prior to signing this
         24   document?
         25       A    No.
00042:01         Q    All right.  The next box says, "Types of
         02   transactions.  Check all that apply, stocks,
         03   bonds, and options."
         04            Had you had --
         05       A    None.
         06       Q    You had no --
         07       A    No.
         08       Q    -- transactions with any of those?
         09            And again, do you know what "options"
         10   refers to?  Do you know what an option is?
         11       A    Wait a minute.  Yeah, an option is you
         12   can or you can't.
         13       Q    Okay.
         14       A    The only option I had was with Raymour.
         15       Q    Okay.  Now, the next box over says,
         16   "What are your investment objectives?"  And the
         17   boxes that are marked are "growth" and "income."
         18            Did you ever discuss with Raymour
         19   anything about what your investment objectives
         20   were?  Do you want me to point out where I'm
         21   referring to?
         22       A    Yeah.
```

Garvey, Patrick 11.20.09 video depo

```
                                                             45

 1      23      Q    It's this here.

 2      24      A    Okay.  No.

 3      25      Q    Okay.  Now, the -- the final box on the

 4  00043:01  second row to the right says, "What type of

 5      02    activity do you plan to conduct in your options

 6      03    account?"  And the box is marked, "Purchase

 7      04    options."

 8      05           Do you see that?

 9      06      A    Yeah.

10      07      Q    Okay.  Did you plan to purchase any

11      08    options?

12      09      A    No.

13      10      Q    Do you know what that means, to purchase

14      11    an option?

15      12      A    Right.  The only thing I planned was to

16      13    get $2,000 off of Mr. Raymour.

17      14      Q    Okay.  Now, we can finish with that

18      15    document.  And I would like to show you Government

19      16    Exhibit No. 9.

20      17      A    Boy, when I leave here, right, I'm going

21      18    to be a lawyer myself.  Okay.

22      19      Q    Exhibit 9 is entitled, "TD Ameritrade

23      20    Margins/Options Account Upgrade Form."

24      21           Does this document look familiar to you?

25      22      A    No, never seen it.
```