UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 11-186-02 S |
| | ) | |
| RAYMOUR RADHAKRISHNAN | ) | |

_____

MOTION OF DEFENDANT RAYMOUR RADHAKRISHNAN
TO JOIN IN CO-DEFENDANT JOSEPH CARAMADRE'S MOTION TO SUPPRESS

    Now comes Raymour Radhakrishnan, the accused in the above captioned matter, and moves this Honorable Court to allow him to join in and adopt the arguments in support of co-defendant Joseph Caramadre's Motion to Suppress (DKT #36). Mr. Radhakrishnan submits the attached memorandum in support of this request.

    The Government, through Assistant United States Attorney John P. McAdams, has no objection to the granting of this Motion.

    Respectfully submitted
Raymour Radhakrishnan
By his attorney,

/s/ Olin Thompson #5684
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
olin_thompson@fd.org

CERTIFICATION

    I hereby certify that a copy of this motion was delivered by electronic notification to Lee Vilker and John P. McAdams, Assistant United States Attorneys, on March 15, 2012

/s/ Olin Thompson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 11-186-02 S |
| | ) | |
| RAYMOUR RADHAKRISHNAN | ) | |

_____

MEMORANDUM IN SUPPORT OF MOTION
OF DEFENDANT RAYMOUR RADHAKRISHNAN
TO JOIN IN CO-DEFENDANT JOSEPH CARAMADRE'S
MOTION TO SUPPRESS

Mr. Radhakrishnan has moved this Honorable Court to allow him to join in and adopt the arguments in support of co-defendant Joseph Caramadre's Motion to Suppress (DKT #36). Mr. Radhakrishnan submits this memorandum in support of that request. As grounds for the request defendant states the following:

Mr. Radhakrishnan is similarly situated with co-defendant Caramadre in this matter and as particularly relates to the legal issues and eventual ruling on the Motion to Suppress. Permitting Mr. Radhakrishnan to join in the above-specified Motion, which is relevant to Mr. Radhakrishnan, would promote judicial economy, obviate the need for duplication of documents, eliminate the necessity of filing additional motions for adoption of appropriate rulings after they have been entered, and avoid the unnecessary interruption of the motion hearings with requests for adoption of co-defendant's motion and legal arguments throughout any hearings on the Motion.

In light of the foregoing Raymour Radhakrishnan seeks permission to join in Joseph Caramadre's Motion to Suppress. The Government, through Assistant United States Attorney John P. McAdams, has no objection to the granting of this Motion.

        Respectfully submitted
        Raymour Radhakrishnan
        By his attorney,


        /s/ Olin Thompson #5684
        Assistant Federal Defender
        10 Weybosset St., Ste. 300
        Providence, RI 02903
        (401) 528-4281
        FAX 528-4285
        olin_thompson@fd.org


## CERTIFICATION

    I hereby certify that a copy of this motion was delivered by electronic notification to Lee Vilker and John P. McAdams, Assistant United States Attorneys, on March 15, 2012


        /s/ Olin Thompson