# Exhibit A

**From:** Flanders, Robert G. [mailto:flanderg@HASLAW.com]
**Sent:** Thursday, September 03, 2009 11:11 AM
**To:** Vilker, Lee (USARI)
**Subject:** Caramadre : RI Cathloic Ad :List of Persons Given Money Who Did Not Serve As Measuring Lives

Lee:

Per your request, attached is a list of individuals who responded to the ad in the RI Catholic paper and who were given money at Mr. Caramadre's direction, but who did not participate in either the bond or the annuity programs. These donations were not taken as a charitable deduction by Mr. Caramadre.

Although this list is not complete (others were also given money after responding to the ad but did not participate as a measuring life), I wanted to get this list to you as soon as possible.

Please call if you have any questions .

Bob Flanders

1

**Philanthropy Log- 2008**

| # | Name | Amount | # | Name | Amount |
|---|---|---|---|---|---|
| 1 | Kathleen Leddy | $2,000.00 | 57 | Russell Pacheco | $2,000.00 |
| 2 | Veronica Hodgson | $2,000.00 | 58 | John Sacoy | $2,000.00 |
| 3 | Jayne Baril | $2,000.00 | 59 | Richard Fratantuano | $2,000.00 |
| 4 | Jennifer Cochran | $2,000.00 | 60 | Elaine Thomas | $2,000.00 |
| 5 | Adolfo Melo | $2,000.00 | 61 | Rosemarie O'Connor | $2,000.00 |
| 6 | Chester Bednarczyk | $2,000.00 | 62 | John Leith | $2,000.00 |
| 7 | David J. Autra | $2,000.00 | 63 | Donald Gates | $2,000.00 |
| 8 | Anne M. Karmon | $2,000.00 | 64 | Celia M. Roberti | $2,000.00 |
| 9 | Cora Smith | $2,000.00 | 65 | Debra Cote | $2,000.00 |
| 10 | Debra Gough | $2,000.00 | 66 | Jessica Hudson | $2,000.00 |
| 11 | Lillie Townsend | $2,000.00 | 67 | Brad Algier | $2,000.00 |
| 12 | Bertha Howard | $2,000.00 | 68 | Grace Baker | $2,000.00 |
| 13 | Gary Place | $2,000.00 | 69 | Donna Procter | $2,000.00 |
| 14 | Stacey Pereira | $2,000.00 | 70 | Cecelia Gordon | $2,000.00 |
| 15 | Dulce Oliveria | $2,000.00 | 71 | Armand Morin | $2,000.00 |
| 16 | Florence Genarella | $2,000.00 | 72 | Florence Dempsy | $2,000.00 |
| 17 | Clinton Brogan | $2,000.00 | 73 | Alfred Dotolo | $2,000.00 |
| 18 | Brenda Buja | $2,000.00 | 74 | Rivera | $2,000.00 |
| 19 | Jennifer Cassidy | $2,000.00 | 75 | Maria Garcia | $2,000.00 |
| 20 | Charles Lamba | $2,000.00 | 76 | Loretta Mayer | $2,000.00 |
| 21 | Teresa McCaffrey | $2,000.00 | 77 | Arthur Gould | $2,000.00 |
| 22 | Isabelle Brito | $2,000.00 | 78 | Joomi Ahn | $2,000.00 |
| 23 | Edward Turnguist | $2,000.00 | 79 | Kathleen Magno | $2,000.00 |
| 24 | Pocladnik | $2,000.00 | 80 | Arturo Cabellotti | $2,000.00 |
| 25 | Gary Dyer | $2,000.00 | 81 | Susan Knight | $2,000.00 |
| 26 | Doreen Ruggerio | $2,000.00 | 82 | Cartlou Prout | $2,000.00 |
| 27 | Rosemari Loberti | $2,000.00 | 83 | Alan Young | $2,000.00 |
| 28 | Ora Spicer | $2,000.00 | 84 | John Gomes | $2,000.00 |
| 29 | Francisca Perez | $2,000.00 | 85 | Joseph Baris | $2,000.00 |
| 30 | Alan Winslow | $2,000.00 | 86 | Pat Gervais | $2,000.00 |
| 31 | Rene C. Durand | $2,000.00 | 87 | Steven Clark | $2,000.00 |
| 32 | Jamie Bradley | $2,000.00 | 88 | Antonia Foglia | $2,000.00 |
| 33 | Joseph Corey | $2,000.00 | 89 | Rhiannon Aguirre | $2,000.00 |
| 34 | Abdul Karim Prum | $2,000.00 | 90 | Charles E. Plante Jr. | $2,000.00 |
| 35 | Theresa Murano | $2,000.00 | 91 | Tammy Rodriguez | $2,000.00 |
| 36 | Elaine Bottachiari | $2,000.00 | 92 | Laurence Werherbee | $2,000.00 |
| 37 | David Santurri | $2,000.00 | 93 | Eleanora Brightman | $2,000.00 |
| 38 | Emilia Franchitto | $2,000.00 | 94 | Pauline Allard | $2,000.00 |
| 39 | Cathy Gaskin | $2,000.00 | 95 | Helen Fernandes | $2,000.00 |
| 40 | Alfred Anthony Sr. | $2,000.00 | 96 | Maria Sanchez | $2,000.00 |
| 41 | Bobbie-Jo Bianco | $2,000.00 | 97 | Edward Grota | $2,000.00 |
| 42 | William Tallo | $2,000.00 | 98 | Thomas Varley | $2,000.00 |
| 43 | Edmund Pryor | $2,000.00 | 99 | Louis Katznelson | $2,000.00 |
| 44 | Sylvia Meek | $2,000.00 | 100 | Theresa Scangio | $2,000.00 |
| 45 | Norman McCollough | $2,000.00 | 101 | Edmund Arsenault | $2,000.00 |
| 46 | Rose Mary Jette | $2,000.00 | 102 | Leonarda Sierra | $2,000.00 |
| 47 | Mrs. Sickinger | $2,000.00 | 103 | Erik Alardi | $2,000.00 |
| 48 | Rose Holland | $2,000.00 | 104 | Carmino Calritto | $2,000.00 |
| 49 | Carlos Lopez Sr. | $2,000.00 | 105 | Caire Reynolds | $2,000.00 |
| 50 | Nancy Hamel | $2,000.00 | 106 | Yineiry Toro | $2,000.00 |
| 51 | Grace Diehl | $2,000.00 | 107 | Annmarie Dilibero | $2,000.00 |
| 52 | Christine Griffin | $2,000.00 | 108 | Elizabeth Angell | $2,000.00 |
| 53 | Elizabeth Murray | $2,000.00 | 109 | Paul Weidel | $2,000.00 |
| 54 | Holly Anderton | $2,000.00 | 110 | Betty-Jo Perry | $2,000.00 |
| 55 | Madeleine Fenneo | $2,000.00 | 111 | Rebecca Smith | $2,000.00 |
| 56 | Michelle LeClerc | $2,000.00 | 112 | Denise Spero | $2,000.00 |

**From:** Vilker, Lee (USARI) [mailto:Lee.Vilker@usdoj.gov]
**Sent:** Thursday, September 03, 2009 11:14 AM
**To:** Flanders, Robert G.
**Subject:** RE: Caramadre : RI Cathloic Ad :List of Persons Given Money Who Did Not Serve As Measuring Lives

Thank you Bob. This is very helpful. Are you also preparing the other list, i.e. those who were given money and did act as a measuring life on either the bonds or the annuities?

**From:** Flanders, Robert G.
**Sent:** Thursday, September 03, 2009 2:33 PM
**To:** 'Vilker, Lee (USARI)'
**Subject:** RE: Caramadre : RI Cathloic Ad :List of Persons Given Money Who Did Not Serve As Measuring Lives

Yes

## Joseph Caramadre

| | |
|---|---|
| From: | Flanders, Robert G. [flanderg@HASLAW.com] |
| Sent: | Friday, September 04, 2009 12:15 PM |
| To: | 'Vilker, Lee (USARI)' |
| Subject: | Caramadre: Names of those who responded to the ad and those who participated |
| Attachments: | Terminal Illness Ad.pdf |

Lee:

Per your request, attached is a list of 156 names, all of whom received a minimum of $2,000 by responding to the terminal illness ad. Of the 156, 40 received an additional consideration to participate in an investment account. Four individuals received consideration of $2,000 each, accounts were opened and funded; however, due to an early death, these accounts resulted in principal losses. The remaining 112 received $2,000 without any participation.

Bob Flanders

1

# Terminal Illness Ad - total who rec'd gifts - 156

## Rec'd $2000, rec'd add'l cash and Participated

1. James Kimball
2. Rocco DiGiovanni
3. Elizabeth Lang
4. Rosa DeCastro
5. Charles Perry
6. Lucille Horton
7. Sheryl Stroup
8. Elizabeth Lang
9. Melvin Rodriguez
10. Donna Logan
11. Patrick Garvey
12. Debbie Senecal
13. Berenda Perrotta
14. George Cundy
15. Estelle Turgeon
16. Sherri Mallane
17. Sonia Gonzalez
18. Joan George
19. Dennis Flori
20. Peter Cate
21. Donald Bortle
22. Augusta Escobar de Rodas
23. John Gonsalves
24. Arthur Culotta
25. John Kivalos
26. Robert Cazeault
27. Jo-Ann Dinsmore
28. Denise Santos
29. David Taylor
30. Hattie E. Strobel
31. Arnet Bento
32. Doris Hoyle
33. Margaret Orleck
34. Maria Nina
35. Jason Veveiros
36. Leon Bradshaw
37. Charles Buckman
38. Betty Esser
39. Maureen Buckman
40. Nathan Lee

## Rec'd $2000, thereafter opened acc't resulting in principal losses due to early death

41. Vincent Moretti
42. Mrs. Bernardo
43. Michael Murphy
44. Mary Juszczyk

## Resondents who rec'd $2,000 without participation

45. Kathleen Leddy
46. Veronica Hodgson
47. Jayne Baril
48. Jennifer Cochran
49. Adolfo Melo
50. Chester Bednarczyk
51. David J. Autra
52. Anne M. Karmon
53. Cora Smith
54. Debra Gough
55. Lillie Townsend
56. Bertha Howard
57. Gary Place
58. Stacey Pereira
59. Dulce Oliveria
60. Florence Genarella
61. Clinton Brogan
62. Brenda Buja
63. Jennifer Cassidy
64. Charles Lamba
65. Teresa McCaffrey
66. Isabelle Brito
67. Edward Turnguist
68. Pocladnik
69. Gary Dyer
70. Doreen Ruggerio
71. Rosemari Loberti
72. Ora Spicer
73. Francisca Perez
74. Alan Winslow
75. Rene C. Durand
76. Jamie Bradley
77. Joseph Corey
78. Abdul Karim Prum
79. Theresa Murano
80. Elaine Bottachiari
81. David Santurri
82. Emilia Franchitto
83. Cathy Gaskin
84. Alfred Anthony Sr.
85. Bobbie-Jo Bianco
86. William Tallo
87. Edmund Pryor
88. Sylvia Meek
89. Norman McCollough
90. Rose Mary Jette
91. Mrs. Sickinger
92. Rose Holland
93. Carlos Lopez Sr.
94. Nancy Hamel
95. Grace Diehl
96. Christine Griffin
97. Elizabeth Murray
98. Holly Anderton
99. Madeleine Fenneo
100. Michelle LeClerc
101. Russell Pacheco
102. John Sacoy
103. Richard Fratantuano
104. Elaine Thomas
105. Rosemarie O'Connor
106. John Leith
107. Donald Gates
108. Celia M. Roberti
109. Debra Cote
110. Jessica Hudson
111. Brad Algier
112. Grace Baker
113. Donna Procter
114. Cecelia Gordon
115. Armand Morin
116. Florence Dempsy
117. Alfred Dotolo
118. Rivera
119. Maria Garcia
120. Loretta Mayer
121. Arthur Gould
122. Joomi Ahn
123. Kathleen Magno
124. Arturo Cabellotti
125. Susan Knight
126. Cartlou Prout
127. Alan Young
128. John Gomes
129. Joseph Baris
130. Pat Gervais
131. Steven Clark
132. Antonia Foglia
133. Rhiannon Aguirre
134. Charles E. Plante Jr.
135. Tammy Rodriguez
136. Laurence Werherbee
137. Eleanora Brightman
138. Pauline Allard
139. Helen Fernandes
140. Maria Sanchez
141. Edward Grota
142. Thomas Varley
143. Louis Katznelson
144. Theresa Scangio
145. Edmund Arsenault
146. Leonarda Sierra
147. Erik Alardi
148. Carmino Calritto
149. Caire Reynolds
150. Yineiry Toro
151. Annmarie Dilibero
152. Elizabeth Angell
153. Paul Weidel
154. Betty-Jo Perry
155. Rebecca Smith
156. Denise Spero