UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. CR-11-186-S-DLM |
| : | |
| JOSEPH CARAMADRE : | |
| and RAYMOUR RADHAKRISHNAN : | |
| : | |
| Defendants : | |

NOTICE OF APPEARANCE

Now comes Anthony M. Traini and hereby enters his appearance on behalf of the defendant Joseph Caramadre in the within matter.

        Joseph A. Caramadre
        By His Attorney,

        */s/ Anthony M. Traini*
        Anthony M. Traini
        56 Pine Street – Suite 200
        Providence, RI 02903
        Tel.   401-621-4700
        Fax   401-621-5888
        amt@atrainilaw.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 14th day of June, 2012, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 11-cr-186 S-DLM

        */s/ Anthony M. Traini*
        Anthony M. Traini