# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 11-186-S |
| v. | ) |
| | ) |
| JOSEPH CARAMADRE | ) |
| | ) |
| and | ) |
| | ) |
| RAYMOUR RADHAKRISHNAN | ) |
| | ) |
| Defendants. | ) |

## MOTION OF UNITED STATES TO DISQUALIFY COUNSEL BASED ON CONFLICT OF INTEREST

Comes now the United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney, Lee H. Vilker and John P. McAdams, Assistant United States Attorneys, and hereby moves this Court, for the reasons provided in the accompanying Memorandum of Law, to disqualify attorney Antony Traini from representing defendant Joseph Caramadre due to an unwaivable conflict of interest.

Respectfully submitted,

PETER F. NERONHA
UNITED STATES ATTORNEY

/s/ Lee H. Vilker
LEE H. VILKER
Assistant U.S. Attorney

JOHN P. MCADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**CERTIFICATE OF SERVICE**

   I, hereby certify that on this 18th day of June, 2012, I caused the within Government's Notice of Motion to be served via the Court's Electronic Filing System on:

**For Joseph Caramadre**:
Michael J. Lepizzera, Esq.
James T. McCormack, Esq.
Anthony Traini, Esq.

**For Raymour Radhakrishnan**:
Olin Thompson, Esq.

                    /s/ John P. McAdams
                    John P. McAdams
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    50 Kennedy Plaza, 8th Floor
                    Providence, RI 02903