

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

---

Fleet Center            (401) 709-5000
50 Kennedy Plaza, 8th Floor    FAX (401) 709-5001
Providence, Rhode Island 02903

May 6, 2011

Edward Maggiacomo, Jr.
100B Sockanosset Cross Road
Cranston, Rhode Island 02920

     Re: <u>Non-Prosecution Agreement between Edward Maggiacomo, Jr. and the United States</u>

Dear Mr. Maggiacomo:

     This letter sets forth the full and complete agreement between you and the United States of America ("the United States") concerning your participation in a scheme involving the use of terminally-ill and elderly individuals as annuitants and co-owners of annuities and bonds, respectively.

     By your signature to this letter, you knowingly and intentionally agree to the following:

     1. You will meet with representatives of the United States as often as requested by the representatives of the United States. At all times, you will provide complete and truthful information to such representatives.

     2. You will appear as required and will testify completely and truthfully at any and all legal proceedings, including, but not limited to, grand jury appearances, hearings, trials, and sentencings. Your obligation to appear and testify completely and truthfully applies whether you are called as a witness by the Court, the Government, or any Defendant.

     3. You understand that if at any time you knowingly and intentionally provide a false statement, false information, or false testimony, you shall be subject to criminal prosecution for felony offenses, including but not limited, making a false statement, perjury, and obstruction of justice.

4. Further, you understand that if you knowingly provide incomplete information or knowingly provide a false statement, false information, or false testimony, the United States' non-prosecution promise is void and is not binding upon the United States. In addition to the matters set forth in paragraph three above, you shall be subject to prosecution for any involvement you may have had in the scheme involving the use of terminally-ill and elderly individuals as annuitants and co-owners of annuities and bonds. Further, any statement, information or testimony you have given, as well as any information derived from said statement, information or testimony, may be used against you without limitation in any such prosecution or in any proceeding in which you are a witness.

In exchange for your complete and truthful statements, information, and testimony, the United States agrees that the United States will not prosecute you for any involvement which you may have had in the scheme involving the use of terminally-ill and elderly individuals as annuitants and co-owners of annuities and bonds.

This letter constitutes the entire agreement between the United States and yourself. By countersigning it below, you expressly agree to the terms and conditions set forth in this letter. Any modifications of said terms and conditions must be reduced to writing and signed by yourself and a representative of the United States.

Sincerely,

PETER F. NERONHA
United States Attorney

*Lee Vilker* (signature)

Lee H. Vilker
Assistant U.S. Attorney

I have read this letter and understand it. I have consulted with my attorney, Anthony Traini, Esq., before signing this letter. I agree to the terms and conditions set forth in this letter.

_____        Date: 5/5/11
Edward Maggiacomo, Jr.

Counsel for Edward Maggiacomo, Jr. states that he has read this agreement, been given a copy of it for his file, explained it to his client, and states that to the best of his knowledge and belief, Edward Maggiacomo, Jr. understands the agreement.

_____        Date: 5/5/11
Anthony Traini, Esq.