IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

vs.

Joseph Caramadre and
Raymour Radhakrishnan

Criminal No. 11-186-S

## NOTICE OF WITHDRAWAL OF COUNSEL

I, James T. McCormick, Esq., hereby file this Notice of Withdrawal of Counsel whereby I withdraw my appearance as co-counsel on behalf of Defendant Joseph Caramadre. The Defendant Joseph Caramadre continues to be represented in this action by Michael J. Lepizzera, Jr., Esq.

Respectfully submitted,

/s/ James T. McCormick
James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
Tel: (401) 831-2970
Fax: (401) 751-1797

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James T. McCormick