# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **JOSEPH CARAMADRE** ) | |
| ) | Criminal No. 11-186-S-DLM |
| and ) | |
| ) | |
| **RAYMOUR RADHAKRISHNAN** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## JOSEPH CARAMADRE'S OPPOSITION TO THE GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL

Now comes Joseph Caramadre in opposition to the Government's Motion to Disqualify Counsel, who respectfully requests that this Honorable Court deny said motion. As reasons therefor, he relies upon the attached Memorandum of Law in Opposition to United States' Motion to Disqualify Counsel Based on Conflict of Interest.

WHEREFORE, for all of the reasons set forth in the attached Memorandum of Law, and the arguments of counsel at the hearing, the government's Motion to Disqualify Mr. Traini must be denied.

Respectfully submitted,
Joseph Caramadre, defendant
By His Attorneys,

*/s/Michael J. Lepizzera, Jr.*
Michael J. Lepizzera, Jr. (#4995)
117 Metro Center Blvd. – Suite 2001
Warwick, RI 02886
Tel.   (401) 739-7397
Fax    (401) 691-3558
email:  mlepizzera@leplap.com

                                                      */s/Anthony M. Traini*
Anthony M. Traini (4793)
56 Pine Street – Suite 200
Providence, RI 02903-2819
Tel.    401.621.4700
Fax    401.621.5888
Email   amt@atrainilaw.com

/s/ *Thomas R. Kiley*
Thomas R. Kiley, BBO No. 271460
William J. Cintolo, BBO No. 084120
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
Tel.    617.439.7775
Fax    617.330.8774
Email   trkiley159@aol.com

Dated: July 10, 2012                Email   wcintolo@aol.com

## **CERTIFICATION**

I hereby certify that on the 10th day of July, 2012, I filed this document through the ECF system with notice to all parties listed therein.

                                                        */s/ Scott K. DeMello*