(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

United State of America
                    Plaintiff(s)

v.                                                                Dkt. No. __11-186S_____

Joseph Caramadre
                    Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant ___Joseph Caramadre_____ hereby moves that

__Thomas R. Kiley_____ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

                                            __/s/ Thomas R. Kiley_____
                                            Signature of Pro Hac Vice Applicant

      I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

                                           __/s/ Michael J. Lepizzera, Jr.___
                                           Signature of Local Counsel

__Michael J. Lepizzera, Jr._____
Print Name

__Lepizzera & Laprocina_____
Firm and Business Address

__117 Metro Center Blvd., Suite 2001_____

__Warwick, RI 02886_____

RI Bar ID # ___4995_____

Email: __mlepizzera@leplap.com_____

Tel. # __401-739-7397_____

Fax # __401-384-6950_____

---

### ORDER

This motion is hereby   _____ GRANTED   _____ DENIED

_____                    _____
District Judge                                                                   Date