FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

2012 AUG -9  A 10: 38

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. CR-11-186-S-DLM |
| | : |
| JOSEPH CARAMADRE | : |
| and RAYMOUR RADHAKRISHNAN | : |
| | : |
| Defendants | : |

### NOTICE OF WITHDRAWAL

Now comes Thomas R. Kiley and hereby withdraws his appearance pro hac vice on behalf of the defendant Joseph Caramadre in the within matter.

Joseph A. Caramadre
By His Attorney,

_/s/ Thomas R. Kiley_
Thomas R. Kiley, BBO No. 271460
COSGROVE EISENBERG & KILEY
One International Place, Suite 1820
Boston, MA 02110
Tel.  617.439.7775
Fax  617.330.8774
Email  trkiley159@aol.com

Dated: August 6, 2012

### CERTIFICATE OF SERVICE

I hereby certify that I filed this Notice of Withdrawal has been served by First Class Mail on all counsel of record who are registered participants on the mailing information for case 11-CR-186 S-DLM, but not electronically through the ECF System as I do not have a Rhode Island ECF number.

_/s/ Thomas R. Kiley_
Thomas R. Kiley