**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CRIMINAL CASES**

| | |
|---|---|
| CR11-186-01-S-DLM | USA v. Joseph Caramadre |
| CR11-186-02-S-DLM | USA v. Raymour Radhakrishnan |
| | Wire Fraud; Mail Fraud; Identity Fraud |

**CIVIL CASES (JURY)**

None

**CIVIL CASES (NON-JURY)**

None

**TRIAL NOTICE**

You are hereby notified that the above-captioned cases will be empaneled on October 1st, 2012 at 9:00 AM. Trial counsel must be present for the empanelment of the jury unless excused by the Court. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. Any pretrial memoranda not previously filed must be filed by September 17th, 2012.

Under Guideline 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility. Any plea agreements or notices of intent to plead guilty must be filed at least seven (7) days prior to empanelment.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

    Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the facts no later than <u>September 25, 2012</u>.

<u>/s/ *William E. Smith*</u>
Judge William E. Smith
United States District Judge
date: September 5th, 2012