# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR No. 11-186-2 S |
| ) | |
| RAYMOUR RADHAKRISHNAN ) | |

## NOTICE OF INTENT TO PROCEED PRO SE

Now comes the accused, Raymour Radhakrishnan, and gives notice of his intent to exercise his constitutional right to proceed in this matter Pro. See, *Faretta v. California*, 422 U.S. 806 (1975) (defendants in criminal cases have a constitutional right to proceed pro se, and counsel may not be imposed on them over their objection).

The defendant asks that this matter be scheduled for any necessary hearing on this request and to ask the court to release present counsel from the case and/or appoint "stand by" counsel.

Counsel files this notice at the specific request of Mr. Radhakrishnan.

Respectfully Submitted
Raymour Radhakrishnan,
By and through present counsel

/s/ Olin Thompson
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

    I hereby certify that I electronically filed and served a copy of the within on AUSA Lee Vilker, AUSA John McAdams, and Attorney Michael Lepizzera on this the 2nd day of August, 2012

                                                      /s/ Olin Thompson