UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH CARAMADRE | ) | Criminal No. 11-186-S |
| | ) | |
| and | ) | |
| | ) | |
| RAYMOUR RADHAKRISHNAN | ) | |
| Defendants | ) | |

DEFENDANT JOSEPH CARAMADRE'S MOTION FOR LEAVE TO WAIVE JURY TRIAL

Defendant Joseph Caramadre hereby moves this Honorable Court that, as an alternative to severance of his trial from that of his co-defendant, Mr. Radhakrishnan, his written waiver of jury trial, attached hereto, be accepted by the Court, that he be allowed to proceed to trial before the Court only, and that any objection by the government to this request be overruled.

In support hereof, the defendant relies on the memorandum of law filed simultaneously herewith.

Respectfully submitted,
JOSEPH CARAMADRE
By and through his Attorneys

/s/ *Anthony M. Traini*
Anthony M. Traini (#4793)
56 Pine Street, Suite 200
Providence, RI 02903-2819
Tel: (401) 621-4700
Fax: (401) 621-5888
Email: amt@trainilaw.com

*/s/ Michael J. Lepizzera, Jr.*
Michael J. Lepizzera, Jr. (#4995)
LEPIZZERA & LAPROCINA
COUNSELLORS AT LAW, LTD.
117 Metro Center Boulevard, Suite 2001
Warwick, Rhode Island 02886
Tel. (401) 739-7397
Fax (401) 691-3558
Email:  mlepizzera@leplap.com


CERTIFICATE OF SERVICE


I hereby certify that on September 20, 2012, a copy of the foregoing Defendant Joseph Caramadre's Motion for Leave to Waive Jury Trial was filed electronically and served by e-mail and mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael J. Lepizzera, Jr.*
Michael J. Lepizzera, Jr.

2

## WAIVER OF JURY TRIAL

I, Joseph Caramadre, defendant named above, hereby knowingly, intelligently and voluntarily waive my right, guaranteed by the Sixth Amendment to the Constitution of the United States, to a trial by jury in the within matter.

Dated this 19th day of September, 2012.


_____

Joseph Caramadre