## WAIVER OF JURY TRIAL

I, Joseph Caramadre, defendant named above, hereby knowingly, intelligently and voluntarily waive my right, guaranteed by the Sixth Amendment to the Constitution of the United States, to a trial by jury in the within matter.

Dated this 19th day of September, 2012.

*[signature]*
Joseph Caramadre