UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH CARAMADRE ) | Criminal No. 11-186-S |
| ) | |
| and ) | |
| ) | |
| RAYMOUR RADHAKRISHNAN ) | |
| Defendants ) | |

## DEFENDANT JOSEPH CARAMADRE'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF ANDREW KALOTAY OR IN THE ALTERNATIVE TO HOLD A DAUBERT HEARING

The defendant Joseph Caramadre hereby moves this Honorable Court for an order in limine precluding the testimony of Andrew Kalotay and the admission into evidence of his report, or in the Alternative to Hold a <u>Daubert</u>[1] Hearing.

In support hereof, Mr. Caramadre relies upon the Memorandum of Law submitted herewith.

        Respectfully submitted,
        JOSEPH CARAMADRE
        By and through his Attorneys,
        /s/ *Anthony M. Traini*
        Anthony M. Traini (#4793)
        56 Pine Street, Suite 200
        Providence, RI 02903-2819
        Tel: (401) 621-4700
        Fax: (401) 621-5888
        Email: amt@trainilaw.com

---

[1] <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).

> */s/ Michael J. Lepizzera, Jr.*
> Michael J. Lepizzera, Jr. (#4995)
> LEPIZZERA & LAPROCINA, LTD.
> 117 Metro Center Boulevard, Suite 2001
> Warwick, Rhode Island 02886
> Tel. (401) 739-7397
> Fax (401) 691-3558
> Email:  mlepizzera@leplap.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2012, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> */s/ Anthony M. Traini*
> Anthony M. Traini