**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:11-cr-00186-S |
| JOSEPH CARAMADRE, and RAYMOUR RADHAKRISHNAN | ) ) ) ) | |

**ENTRY OF APPEARANCE**
**ON BEHALF OF DEFENDANT JOSEPH CARAMADRE**

Now comes Attorney Randy Olen, Esq., and hereby moves this Honorable Court for leave to enter his appearance for the Defendant, Joseph Caramadre, as counsel in the above-referenced case.

Respectfully submitted,

/s/Randy Olen, Esq.

478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 11th day of January, 2013, I caused to be delivered, via electronic delivery, the within ***Motion*** to:

John P. McAdams, Esq.          Lee Vilker, Esq.
U.S. Attorney's Office          U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor     50 Kennedy Plaza, 8th Floor
Providence, RI 02903            Providence, RI 02903

1

| | |
|---|---|
| Anthony M. Traini, Esq.<br>56 Pine Street<br>Providence, RI 02903 | Michael J. Lepizzera, Esq.<br>Lepizzera & Laprocina<br>117 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886 |
| James T. McCormick, Esq.<br>McKenna & McCormick<br>128 Dorrance Street, Suite 330<br>Providence, RI 02903 | Scott K. DeMello, Esq.<br>Lepizzera & Laprocina<br>117 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886 |
| Raymour Radhakrishnan, *pro se*<br>16 Conifer Lane<br>Amherst, NH 03031 | Olin W. Thompson, Esq.<br>Federal Defender's Officer<br>10 Weybosset Street, Suite 300<br>Providence, RI 02903 |

/s/Randy Olen, Esq.
_____

2