UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH CARAMADRE ) | Criminal No. 11-186-S |
| ) | |
| and ) | |
| ) | |
| RAYMOUR RADHAKRISHNAN ) | |
| Defendants ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

We, Michael J. Lepizzera, Jr., Esq., Anthony M. Traini, Esq., and Scott K. DeMello, Esq., hereby file this Notice of Withdrawal of Counsel whereby we all withdraw our appearance as counsel on behalf of Defendant Joseph Caramadre ("Defendant"). Defendant is now represented in this legal proceeding by Randy Olen, Esq. ("Olen") which is reflected by Olen's entry of appearance filed with this Court on January 10, 2013. [See, Docket Entry No. 112].

Respectfully submitted,

*/s/ Michael J. Lepizzera, Jr.*
Michael J. Lepizzera, Jr. (#4995)
LEPIZZERA & LAPROCINA
117 Metro Center Boulevard, Suite 2001
Warwick, Rhode Island 02886
Tel. (401) 739-7397
Fax (401) 691-3558
Email: mlepizzera@leplap.com

/s/ *Anthony M. Traini*
Anthony M. Traini (#4793)
56 Pine Street, Suite 200
Providence, RI 02903-2819
Tel: (401) 621-4700
Fax: (401) 621-5888
Email: amt@atrainilaw.com

1

>*/s/ Scott K. DeMello*
> Scott K. DeMello  (#7675)
> LEPIZZERA & LAPROCINA
> 117 Metro Center Boulevard, Suite 2001
> Warwick, Rhode Island 02886
> Tel. (401) 739-7397
> Fax (401) 691-3558
> Email:  sdemello@leplap.com

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

>/s/ Michael J. Lepizzera, Jr.