UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| JOSEPH CARAMADRE, and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

## MOTION FOR LEAVE TO ENTER APPEARANCE
## AS CO-COUNSEL FOR DEFENDANT JOSEPH CARAMADRE

Now comes Attorney Robert D. Watt, Esq., and hereby moves this Honorable Court for leave to enter his appearance for the Defendant, Joseph Caramadre, as co-counsel in the above-referenced case.

Respectfully submitted,

/s/ Robert D. Watt

Robert D. Watt, Jr., Esq.
84 Ship Street
Providence, RI 02903
(401) 273-0484
(401) 453-4906 (fax)

## CERTIFICATION

I hereby certify that on this 1st day of March, 2013, I caused to be delivered, via electronic delivery, the within *Motion* to:

John P. McAdams, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Lee Vilker, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

Randy Olen, Esq.
478A Broadway
Providence, RI 02909

/s/ Robert D. Watt, Esq.

1