UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2013 MAR -4  P 2: 59

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| JOSEPH CARAMADRE, and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

## MOTION TO FILE UNDER SEAL

Now comes the defendant, through counsel, and hereby moves this Honorable Court for leave to file the accompanying motion and memorandum pertaining to his "Motion to Withdraw Plea of Guilty", under seal. For reason, counsel believes that given the high profile nature of the case, as well as the nature of the motion itself, that the Court should review the filing under seal in the first instance.

Respectfully submitted,
Joseph Caramadre,
By his attorneys,

_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

_____
Robert D. Watt, Jr., Esq.
84 Ship Street
Providence, RI 02903
(401) 273-0484
(401) 453-4906 (fax)

1