# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH CARAMADRE, and )<br>RAYMOUR RADHAKRISHNAN )<br>) | Criminal No. 1:11-cr-00186-S |

## DEFENDANT JOSEPH CARAMADRE'S
## MOTION FOR 14-DAY PERIOD IN WHICH TO FILE REPLY MEMORANDUM

Now comes the defendant, through counsel, and hereby moves this Honorable Court for a 14-day period, through March 28, 2013, in which to file a reply to the "Government's Opposition to Defendant Caramadre's Motion to Withdraw his Guilty Plea".

A supporting memorandum of law accompanies this motion.

                                                                                                                          Respectfully submitted,
Joseph Caramadre,
By his attorneys,

/s/ Randy Olen
_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

/s/ Robert D. Watt, Jr.
_____
Robert D. Watt, Jr., Esq.
84 Ship Street
Providence, RI 02903
(401) 273-0484
(401) 453-4906 (fax)

## CERTIFICATION

      I hereby certify that on this 14th day of March 4, 2013, I caused to be delivered, via first class mail, the within *Motion* to:

| | |
|---|---|
| John P. McAdams, Esq. | Lee Vilker, Esq. |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 50 Kennedy Plaza, 8th Floor | 50 Kennedy Plaza, 8th Floor |
| Providence, RI 02903 | Providence, RI 02903 |

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

                                                                                                     _____