UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 11-186-S |
| v. | ) |
| | ) |
| JOSEPH CARAMADRE | ) |
| and | ) |
| RAYMOUR RADHAKRISHNAN | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SEAL

The United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney, and John P. McAdams, Assistant United States Attorney, moves that this Motion to Seal and the attached Government's Opposition to Defendant Joseph Caramadre's Motion to Admit Polygraph Evidence, be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

PETER F. NERONHA
United States Attorney

_____
John P. McAdams
Assistant U.S. Attorney
U.S. Attorney's Office

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATE: