UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 11-186-S |
| v. | ) |
| | ) |
| JOSEPH CARAMADRE | ) |
| and | ) |
| RAYMOUR RADHAKRISHNAN | ) |
| | ) |
| Defendants. | ) |

GOVERNMENT'S OPPOSITION TO DEFENDANT
CARAMADRE'S MOTION TO ADMIT POLYGRAPH EVIDENCE

The United States of America, by and through its undersigned attorneys, hereby opposes Defendant Joseph Caramadre's Motion to Admit Polygraph Evidence.

The Court should decline Caramadre's invitation to depart from a longstanding body of law holding polygraph evidence inadmissible. Polygraph evidence is so unreliable that the First Circuit has frequently and recently frowned upon even its mere mention. See e.g., United States v. Mare, 668 F.3d 35, 42 (1st Cir. 2012)("This is the latest in a growing line of cases that ought to suggest, if not a per se rule, then at least a code of best practice:… polygraph evidence… is usually more trouble than it is worth.") United States v. Rodriguez-Berrios, 573 F.3d 55, 73 (1st Cir. 2009)("It is troubling that a polygraph test was mentioned."); Devries v. St. Paul Fire and Marine Ins. Co, 716 F.2d 939, 944-945 (1st Cir. 1983)("Polygraph



evidence has long been considered of dubious scientific value and hence has been deemed irrelevant by the federal courts.").

Accordingly, the results of Caramadre's limited, self-serving, privately bought-and-paid-for polygraph test are irrelevant.

## CONCLUSION

For the reasons set forth herein, Defendant Caramadre's Motion to Admit Polygraph Evidence should be denied.

Respectfully submitted,

PETER F. NERONHA
UNITED STATES ATTORNEY

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2013, I caused the within Government's Opposition to Defendant Caramadre's Motion to Admit Polygraph Evidence to be served on:

**For Joseph Caramadre:**
Randy Olen, Esq.
Robert Watt, Esq.

**For Raymour Radhakrishnan:**
Olin Thompson, Esq.

John P. McAdams
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
john.p.mcadams@usdoj.gov