UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JOSEPH CARAMADRE** and ) | Criminal No. 11-186-S |
| ) | |
| **RAYMOUR RADHAKRISHNAN** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On the Motion of Peter F. Neronha, United States Attorney for the District of Rhode Island, filed in this matter on April 1, 2013,

And it being the finding of the Court:

1. that Joseph Caramadre ("Caramadre") has moved to withdraw his guilty plea based on allegations of ineffective assistance of counsel, conflict of interest, and factual allegations arising from confidential communications and correspondence between Caramadre and his attorneys;

2. that Caramadre has therefore waived the attorney-client communications privilege, the attorney work-product protections, and the associated duties of confidentiality and loyalty arising from his representation in this matter by Attorneys Anthony M. Traini ("Traini"), Michael J. Lepizzera ("Lepizzera"),

   and Scott K. DeMello ("DeMello"), coterminous with

   period of representation;

 3. And that the exceptions identified in Rhode Island Rule

   of Professional Responsibility 1.6(b)(2) and (4) are

   applicable herein;

 IT IS on this ___ day of April, 2013,

 ORDERED that the government may subpoena Traini, Lepizzera, and DeMello to testify at an evidentiary hearing before this Court on April 24, 2013;

 IT IS FURTHER ORDERED that Traini, Lepizzera, and DeMello produce to the government, no later than seven days from the date of this Order, any and all documents responsive to the subpoena;

 IT IS FURTHER ORDERED that attorneys for the government are authorized to interview Traini, Lepizzera and DeMello in advance of the evidentiary hearing to prepare their testimony;

 IT IS FURTHER ORDERED that Traini, Lepizzera, and DeMello are authorized to meet with representatives of the government to prepare their testimony for the evidentiary hearing;

So Ordered.

             _____
             HON. William E. Smith
             UNITED STATES DISTRICT JUDGE
             UNITED STATES DISTRICT COURT