UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH CARAMADRE, and )<br>RAYMOUR RADHAKRISHNAN )<br>) | Criminal No. 1:11-cr-00186-S |

**DEFENDANT JOSEPH CARAMADRE'S
OBJECTION TO THE GOVERNMENT'S "MOTION FOR PERMISSION TO
ISSUE SUBPOENAS TO FORMER ATTORNEYS OF JOSEPH CARAMADRE"**

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby objects to the Government's "Motion for Permission to Issue Subpoenas to Former Attorneys of Joseph Caramadre".

A memorandum of law fully explicating the scope and particulars of the objection is being prepared and will be filed no later than Monday, April 8, 2013, along with Mr. Caramadre's reply to the Government's response to his motion to withdraw the guilty plea.

Respectfully submitted,
Joseph Caramadre,
By his attorneys,

/s/ Randy Olen

_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)


/s/ Robert D. Watt, Jr.

_____
Robert D. Watt, Jr., Esq.

84 Ship Street<br>
Providence, RI 02903<br>
(401) 273-0484<br>
(401) 453-4906 (fax)

## CERTIFICATION

I hereby certify that on this 3rd day of April, 2013, I caused to be delivered, via electronic delivery, the within *Motion* to:

| | |
|---|---|
| John P. McAdams, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 | Lee Vilker, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 |

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Randy Olen<br>
_____