FILED
2013 APR 19 P 2: 46
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| JOSEPH CARAMADRE, and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

## MOTION TO FILE UNDER SEAL

Now comes the defendant, through counsel, and hereby moves this Honorable Court for leave to file the accompanying evidence pertaining to his "Motion to Withdraw Plea of Guilty", under seal. For reason, counsel believes that given the high profile nature of the case, as well as the nature of the evidence itself, that the Court should review the filing under seal in the first instance.

Respectfully submitted,
Joseph Caramadre,
By his attorneys,

_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

_____
Robert D. Watt, Jr., Esq.
84 Ship Street
Providence, RI 02903
(401) 273-0484
(401) 453-4906 (fax)

## CERTIFICATION

I hereby certify that on this 19th day of April, 2013, I caused to be delivered, via first class mail, the within *Motion* to:

John P. McAdams, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Lee Vilker, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903,

_____