UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | No. CR-11-186-S-PAS |
| : | |
| JOSEPH CARAMADRE   : | |
| Defendant   : | |

## NOTICE OF APPEARANCE

Now comes Edward L. Gerstein and hereby enters his appearance on behalf of non-party witnesses Anthony M. Traini and Michael J. Lepizzera, Jr. in the within matter.

Respectfully submitted,
Anthony M. Traini
Michael J. Lepizzera, Jr.
By Their Attorney,

/s/ Edward L. Gerstein
Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837
Tel.   401.635-2282
Fax.   401.635-1612
elg@zomolo.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 16th day of May, 2013, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 11-cr-186 S-PAS.

/s/ Edward L. Gerstein
Edward L. Gerstein