## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 1:11-cr-00186-S |
| JOSEPH CARAMADRE, and RAYMOUR RADHAKRISHNAN | ) | |

## NOTICE OF APPEAL

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the First Circuit of the May 20, 2013 denial of his motion to withdraw his guilty plea.

Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen
_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

## **CERTIFICATION**

      I hereby certify that on this 23rd day of May, 2013, I caused to be delivered, via electronic delivery, the within *Notice of Appeal* to:

| | |
|---|---|
| John P. McAdams, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 | Lee Vilker, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 |

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

                                                  /s/ Randy Olen
                                                  _____