# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | )    Criminal No. 1:11-cr-00186-S <br> ) |
| JOSEPH CARAMADRE, and <br> RAYMOUR RADHAKRISHNAN | ) <br> ) <br> ) |

## MOTION TO WITHDRAW
## NOTICE OF APPEAL

      Now comes the Defendant, through counsel, and moves this Honorable Court to withdraw the notice of appeal of the May 20, 2013 denial of the Defendant's motion to withdraw his guilty plea, without prejudice to re-filing after sentencing. After conferring with the United States Attorney, the parties agree that the appeal of the denial of the motion to withdraw the guilty plea will be properly a subject of the case appeal after sentencing.

                                                      Respectfully submitted,
                                                      Joseph Caramadre,
                                                      By his attorney,

                                                      /s/ Randy Olen

                                                      _____
                                                      Randy Olen, Esq.
                                                      478A Broadway
                                                      Providence, RI 02909
                                                      (401) 274-1400
                                                      (401) 274-2480 (fax)

## CERTIFICATION

      I hereby certify that on this 23rd day of May, 2013, I caused to be delivered, via electronic delivery, the within ***Motion*** to:

John P. McAdams, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903

Lee Vilker, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903

Olin W. Thompson, Esq.  
Federal Defender's Officer  
10 Weybosset Street, Suite 300  
Providence, RI 02903

/s/ Randy Olen  
_____