UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| JOSEPH CARAMADRE, and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

**MOTION TO RECONSIDER ORDER OF DETENTION**

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby moves this Honorable Court to reconsider its May 20, 2013 order of detention.

A memorandum of law in support of this motion is attached.

                                                         Respectfully submitted,
                                                         Joseph Caramadre,
                                                         By his attorney,

                                                         /s/Randy Olen, Esq.
                                                         _____
                                                         478A Broadway
                                                         Providence, RI 02909
                                                         (401) 274-1400
                                                         (401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 7th day of June, 2013, I caused to be delivered, via electronic delivery, the within *Motion* to:

John P. McAdams, Esq.                    Lee Vilker, Esq.
U.S. Attorney's Office                    U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor           50 Kennedy Plaza, 8th Floor
Providence, RI 02903                    Providence, RI 02903

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903                                        /s/Randy Olen, Esq.
                                                                               _____