**AO 435** (Rev. 03/08)

Administrative Office of the United States Courts

## TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| John P. McAdams, AUSA | (401) 709-5055 | 6/12/2013 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| US Attorney's Office, 50 Kennedy Plaza - 8th Fl | Providence | RI | 02903 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 11-186-S | Hon. William E. Smith | 10. FROM 5/13/2013 | 11. TO 5/20/2013 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| U.S. v. Joseph Caramadre | 13. CITY Providence | 14. STATE RI |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Motion to Withdraw Change of Plea | 05/13/13; 05/15/13; 05/20/13 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | 527.40 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 527.40

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ John P. McAdams, AUSA | |
| 19. DATE 06/12/13 DCN: M7028148 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 527.40 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 527.40 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 527.40 |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY