UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| **JOSEPH CARAMADRE, and** ) | |
| **RAYMOUR RADHAKRISHNAN** ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby moves this Honorable Court to continue the sentencing hearing in the above-referenced case, currently scheduled for July 9, 2013 at 9 a.m. before the Honorable William E. Smith. For the following reasons, this Court should continue the sentencing hearing for a minimum of 45 days.

At the outset, it is beyond dispute that the sentencing issues in this case are exceptional. The presentence report identifies *eight separate adjustments* which purportedly effect the advisory guideline range, all of which need to be addressed. In addition, the Government has today filed its objections to the presentence report, which claims another *five separate adjustments* should apply.

Perhaps more importantly, the determination of the amount of the loss for purposes of USSG § 2B1.1 (b)(1)(L) necessarily involves analysis by an expert in forensic accounting. Undersigned counsel has made extensive efforts to locate and retain the services of a professional to undertake this analysis; currently, he is awaiting a response from two such experts. Both of these individuals have indicated that they would need significantly more time in order to properly prepare their evidence. Mr. Caramadre's

1

base offense level, according to the presentence report, is increased 22 levels as a result of the (disputed) amount of the loss.

Undersigned counsel is a sole practitioner with an exceptionally heavy caseload, primarily in the United States Courts of Appeals. Counsel was retained for the purpose of litigating Mr. Caramadre's motion to withdraw his guilty plea, and has remained as counsel of record for sentencing purposes. Counsel has attempted to be as diligent as possible, but given the exceptional nature of this case, simply has not been able to prepare for the sentencing hearing in the time allotted. The Government has had four years to become intimately familiar with every aspect of this case, while undersigned counsel has had mere weeks to turn his attention to these extremely complicated sentencing issues.

No prejudice accrues to any party by granting this additional time to prepare for the sentencing hearing. The Defendant therefore requests that the sentencing hearing be continued to any date after August 24, 2013.

Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/Randy Olen, Esq.
_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

2

## **CERTIFICATION**

  I hereby certify that on this 17th day of June, 2013, I caused to be delivered, via electronic delivery, the within *Motion* to:

| | |
|---|---|
| John P. McAdams, Esq. | Lee Vilker, Esq. |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 50 Kennedy Plaza, 8th Floor | 50 Kennedy Plaza, 8th Floor |
| Providence, RI 02903 | Providence, RI 02903 |

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903         /s/Randy Olen, Esq.
                            _____