**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

    VS.                        CASE NO.: 11-00186-01S

JOSEPH CARAMADRE

**ENTRY OF APPEARANCE**

Now comes William J. Murphy, Esquire #4258 and hereby enters his appearance on behalf of the Defendant, Joseph Caramadre in the above-entitled matter.

                                        Respectfully submitted,
                                        Joseph Caramadre,
                                        By his Attorney,

                                        /s/ William J. Murphy_____
                                        Murphy & Fay, LLP
                                        127 Dorrance Street – 2nd Floor
                                        Providence, Rhode Island 02903
                                        Tel.: 401-490-3200
                                        Fax: 401-490-3207

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2013, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Lee H. Vilker, Esquire
Assistant United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903

John P. McAdams, Esquire
Assistant United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903