# EXHIBIT B

# A N D R E W   K A L O T A Y
## A S S O C I A T E S,  I N C.

**Estimate of Loss to Bond Issuers from Exercise of Survivor's Options**

**July 17, 2012**

### Introduction

The United States Attorney's Office of the District of Rhode Island (USARI) has requested Andrew Kalotay Associates (AKA) to estimate losses to corporations that issued bonds containing so-called survivor's options, arising from the exercise of these options by a certain Joseph Caramadre and his associates (JC, et al.).

We have been advised by the USARI that JC, et al. opened joint accounts with terminally ill individuals. When these individuals passed away, JC et al. promptly put the bonds back to the issuing corporations at face value. Consequently, the issuing corporation suffered losses from having to pay full face value for a liability that may have been worth significantly less.

By way of relevant expertise to this engagement, Andrew Kalotay is a leading authority on the valuation of bonds with options. AKA has been providing high-speed, high-accuracy fixed income analytics to major market participants since 1990, and advises two government-sponsored enterprises (GSE) on the issuance of bonds in general including those with survivor's options. Dr. Kalotay's bio is provided for reference as Appendix A.

### What is a Survivor's Option?

The survivor's option or estate put, is a feature of many investment-grade bonds. These bonds are aimed at retail investors because the provision allows the estate of a deceased investor to put back the bond at par to the issuer. The survivor's option obviously has no value to institutional investors.

The survivor's option idea has been around for several decades. It goes back to the time when the U.S. Treasury issued Estate Tax Anticipation Bonds. Known colloquially as "flower bonds," they had the novel feature that, regardless of their market value, the IRS would accept them at par if used to pay the estate taxes of a deceased holder. The last flower bonds matured in 1998

Bonds with survivor's option are usually callable — the issuer has the right to redeem the bonds priority to maturity at par. When interest rates decline the value of the bonds increase and the ability to redeem them at par becomes valuable.

On the other hand, when interest rates rise, the value of the bonds decrease. The survivor's option provides insurance to the estate of the holder in that it has the ability to put back the bonds at face value even if they are worth much less.

**Determining the Loss to Issuers**

The main challenge in estimating the loss to issuers is determining what the values of the bonds were (in terms of their replacement cost) at the time the survivor's options were exercised by JC, et al. These values depend on the issuer's prevailing borrowing cost because that is how the issuer has to raise the funds required to pay off the bond holder. The issuer's borrowing cost is represented by its funding curve (the rates at which it issues bonds for various maturities). The valuation has to take into account other factors, such as the embedded call options and survivor's options, which also depends on the volatility of interest rates.

Without getting into technical details, these inputs together with the terms of the bonds are sufficient to produce a fair value estimate using AKA's patented Survivor's Option Bond Calculator.

**Issuer's Funding Curve**

Although a sophisticated issuer would know its current funding curve with a high degree of precision, determining historical funding rates as of particular option exercise dates presents some difficulties. In addition, some of the transactions took place when borrowing spreads[1] were quite volatile in the wake of the financial crisis of 2008.

As a substitute, we gleaned the needed spread information from a combination of investment grade and speculative grade spread indexes for the period, provided by Standard & Poors. These spreads were added to Treasury rates prevailing on the transaction dates.

**Data Collection and Loss Calculation**

The transaction data, transcribed from the brokerage statements of JC et al. into Excel spreadsheets, were provided to us by IRS Agent Troy Niro. From the data, we were able to determine which transactions involved survivor's option puts.

---

[1] The extra yield over Treasury yields that a borrower would expect to pay, given its creditworthiness, when issuing bonds.

For such cases, we retrieved the associated bond terms from Bloomberg. This was also our source for the Treasury rates prevailing on the dates the bonds were put back to the issuer. We then added spread information extracted from the credit spread indices provided by Standard and Poor's in order to estimate the issuer's funding yield curve on each survivor put transaction date.

The loss calculation process for each transaction can be represented diagrammatically as follows:



## Loss Calculation Results

Using the above methodology and data, we estimate that the loss to issuers arising from exercise of survivor's put options by JC et al. amounts to $12.48 million. Table 1 below breaks down the loss by issuers. Three issuers, General Motors Acceptance Corp, Countrywide Financial, and CIT Group, together account for $9.84 million of the loss sustained by issuers as a whole.

Table 2 displays the loss to issuers by account holder. Joseph Caramadre and associates are shown as joint account holders.

**Table 1: Loss by Issuer**

| ISSUER NAME | FACE AMOUNT ($) | LOSS ($) |
|---|---|---|
| GENERAL MOTORS ACCEP CORP | 10,857,000 | 4,760,896.22 |
| COUNTRYWIDE FINANCIAL | 8,072,000 | 2,753,643.36 |
| CIT GROUP INC | 7,470,000 | 2,330,100.04 |
| BEAR STEARNS CO INC | 1,289,000 | 511,070.31 |
| LEHMAN BROTHERS HOLDINGS | 1,252,000 | 329,883.74 |
| AMER GENL FIN | 1,534,000 | 312,191.64 |
| LASALLE BK NA CHICAGO ILL | 1,704,000 | 220,050.04 |
| HANCOCK JOHN LIFE INS | 1,357,000 | 212,871.69 |
| GENWORTH | 468,000 | 197,330.30 |
| BANK OF AMERICA CORP | 922,000 | 193,381.90 |
| STANDARD FED BK NA | 1,095,000 | 115,334.72 |
| PRUDENTIAL FIN | 454,000 | 93,096.19 |
| MARSHALL & ILSLEY CORP | 503,000 | 53,964.40 |
| MERCANTILE BK ORLANDO FLA | 154,000 | 50,531.21 |
| CAROLINA FIRST BK | 140,000 | 48,717.58 |
| CATERPILLAR FINL SVCS CORP | 179,000 | 45,420.94 |
| GENERAL ELEC CAP CORP | 198,000 | 44,340.15 |
| PROTECTIVE LIFE | 272,000 | 34,939.61 |
| HSBC FINANCE CP | 210,000 | 25,593.47 |
| FIRSTBANK PR | 57,000 | 25,089.86 |
| WESTERNBANK PR | 111,000 | 24,124.11 |
| INTL LEASE | 250,000 | 23,740.26 |
| MERRILL LYNCH BK USA | 132,000 | 17,867.77 |
| MBIA INC | 34,000 | 13,375.97 |
| HARTFORD LIFE | 210,000 | 9,710.72 |
| PROVIDIAN NATL BK | 26,000 | 7,594.98 |
| BANK HAPOALIM B M NEW YORK | 33,000 | 5,791.74 |
| COMPASS BK | 45,000 | 5,525.58 |
| TENNESSEE VALLEY AUTH | 30,000 | 4,568.45 |
| FED NATL MTG ASSN | 14,000 | 3,980.33 |
| FEDERAL HOME LN MTG CORP | 15,000 | 3,276.73 |
| PROVIDENT BANK OF CINCINATTI OHIO | 10,000 | 2,245.23 |
| SLM CORP | 18,000 | 1,859.15 |
| Grand Total | 39,115,000 | 12,482,108.36 |

**Table 2: Loss By Account Holder**

| ACCOUNT HOLDER | JOINT ACCOUNT HOLDER | BROKERAGE | FACE AMT ($) | LOSS ($) |
|---|---|---|---|---|
| BARBEAU, LINDA | CRADDOCK WALTER R | SCHWAB | 853,000 | 134,696.85 |
| BASTIA, THERESA | CARAMADRE JOSEPH A | AMERITRADE | 741,000 | 216,825.57 |
| BATTEY, SHEILA | CARAMADRE JOSEPH A | LIFE MARK | 590,000 | 302,165.20 |
| BENTLEY, KATHLEEN ANN | DISANTO DAVID P | SCHWAB | 724,000 | 142,099.35 |
| BENTO, ARNET J | CARAMADRE JOSEPH A | AMERITRADE | 639,000 | 301,358.57 |
| BORTLE, DONALD T | CARAMADRE JOSEPH A | AMERITRADE | 740,000 | 328,379.50 |
| BRISSON, HELEN B | DISANTO DAVID P | LIFE MARK | 982,000 | 78,497.10 |
| BRUNT, WILLIAM R | CARAMADRE JOSEPH A | LIFE MARK | 9,000 | 3,551.36 |
| BUCKMAN, MAUREEN | CARAMADRE JOSEPH A | ETRADE | 244,000 | 105,696.00 |
| BULPITT, SANDRA A | CONLEY JOHN W | LIFE MARK | 912,000 | 358,089.39 |
| CARNEVALE, ROBERT J | HANRAHAN, EDWARD J | LIFE MARK | 1,884,000 | 374,376.74 |
| CATE, PETER E | CARAMADRE, SUSAN L RICH | LIFE MARK | 654,000 | 223,352.09 |
| CAZEAULT, ROBERT A | CARAMADRE JOSEPH A | AMERITRADE | 900,000 | 409,911.81 |
| CULOTTA, ARTHUR G | RADHAKRISHNAN, | FIDELITY | 460,000 | 90,915.25 |
| CUNDY, LEONA D | CARAMADRE JOSEPH A | AMERITRADE | 801,000 | 192,506.11 |
| DAIGLE, ROLAND MJ | DAIGLE, ROLAND M | LIFE MARK | 594,000 | 43,834.38 |
| DECASTRO, ANTONIO J | CRADDOCK WALTER R | AMERITRADE | 580,000 | 273,287.91 |
| DINSMORE, JO-ANN BICCICCO | CARAMADRE JOSEPH A | AMERITRADE | 696,000 | 325,326.33 |
| DISARO, PETER | DISARRO LAWRENCE N | LIFE MARK | 407,000 | 84,032.72 |
| DUARTE, DONALD J | CARAMADRE JOSEPH A | LIFE MARK | 579,000 | 55,384.21 |
| EGAN, DENISE P | CARAMADRE JOSEPH A | AMERITRADE | 638,000 | 323,698.81 |
| ESCOBAR, DE RODAS AUGUSTA | CARAMADRE JOSEPH A | AMERITRADE | 629,000 | 256,741.17 |
| FLORI, DENNIS | CARAMADRE JOSEPH A | AMERITRADE | 634,000 | 166,604.00 |
| FRANCO, CATERINA | RADHAKRISHNAN, | TRADE KING | 842,000 | 315,781.47 |
| GEORGE, JOAN | LITNER, MICHAEL | LIFE MARK | 765,000 | 322,958.98 |
| GONSALVES, JOHN | CARAMADRE JOSEPH A | AMERITRADE | 650,000 | 314,073.51 |
| GONZALEZ, SONIA L | CARAMADRE JOSEPH A | AMERITRADE | 771,000 | 224,645.59 |
| HORTON, LUCILLE | CARAMADRE JOSEPH A | AMERITRADE | 637,000 | 277,320.86 |
| IANIERO, LILY | CARAMADRE JOSEPH A | LIFE MARK | 745,000 | 239,787.42 |
| KIMBALL, JAMES | CARAMADRE JOSEPH A | AMERITRADE | 452,000 | 238,918.12 |
| KIVALOS, JOHN H | CARAMADRE JOSEPH A | AMERITRADE | 700,000 | 338,676.07 |
| LANCELLOTTI, ANTHONY T | MESOLELLA, STEVE M | LIFE MARK | 210,000 | 56,613.68 |
| LANG, JOHN J | CARAMADRE JOSEPH A | AMERITRADE | 432,000 | 128,567.27 |
| LOGAN, DONNA L | MESOLELLA, VINCENT | LIFE MARK | 578,000 | 137,146.45 |
| MALLANE, MICHAEL A | CRADDOCK WALTER R | AMERITRADE | 868,000 | 366,416.58 |
| MARSHALL, BRUCE E | HANRAHAN CARLENE | SCHWAB | 883,000 | 273,144.33 |
| PERROTTA, DONNA M | CARAMADRE JOSEPH A | AMERITRADE | 687,000 | 297,070.48 |
| PERRY, CHARLES E SR | CARAMADRE JOSEPH A | AMERITRADE | 964,000 | 336,700.43 |
| RAINVILLE, SALLY J | CARAMADRE, PAULA | LIFE MARK | 591,000 | 150,752.59 |
| ROBICHAUD, NORMAND J | CARAMADRE JOSEPH A | LIFE MARK | 2,451,000 | 450,667.77 |
| RODRIGUEZ, EDWIN | CARAMADRE JOSEPH A | AMERITRADE | 15,000 | 118.77 |
| ROGERS, GORDON E | CARAMADRE JOSEPH A | SCHWAB | 1,052,000 | 366,607.41 |
| RUISI, ROBERT G | CARAMADRE, PAULA | LIFE MARK | 724,000 | 90,258.91 |
| SANFORD, ALFRED A | RADHAKRISHNAN, | SCHWAB | 678,000 | 167,771.54 |
| SANTAGATA, PHYLLIS | DISANTO DAVID P | AMERITRADE | 752,000 | 211,509.65 |
| SANTOS, DENISE M | CARAMADRE JOSEPH A | AMERITRADE | 898,000 | 482,972.39 |
| SENECAL, DEBBIE | CARAMADRE JOSEPH A | AMERITRADE | 767,000 | 306,152.76 |
| SGAMBATO, MICHAEL | CARAMADRE, PAULA | SCHWAB | 679,000 | 177,207.54 |
| STROBEL, HATTIE E | CARAMADRE JOSEPH A | AMERITRADE | 800,000 | 252,830.64 |
| STROUP, SHERYL | CRADDOCK WALTER R | AMERITRADE | 400,000 | 113,633.76 |
| TABORELLI, NICHOLAS A | CARAMADRE JOSEPH A | AMERITRADE | 1,184,000 | 363,060.66 |
| TAYLOR, DAVID P | CARAMADRE JOSEPH A | AMERITRADE | 697,000 | 346,362.51 |
| TURGEON, EUGENE R | CRADDOCK WALTER R | AMERITRADE | 903,000 | 255,885.98 |
| WILEY, RICHARD G | CARAMADRE, PAULA | TRADE KING | 450,000 | 87,163.82 |
| | | **Grand Total** | **39,115,000** | **12,482,108.36** |

**Table 3: Loss by Brokerage**

| BROKERAGE | FACE AMT ($) | LOSS ($) |
|---|---|---|
| AMERITRADE | 19,575,000 | 7,649,555.81 |
| ETRADE | 244,000 | 105,696.00 |
| FIDELITY | 460,000 | 90,915.25 |
| LIFE MARK | 12,675,000 | 2,971,468.98 |
| SCHWAB | 4,869,000 | 1,261,527.03 |
| TRADE KING | 1,292,000 | 402,945.30 |
| **Grand Total** | **39,115,000** | **12,482,108.36** |

**Appendix 1: Bio of Andrew Kalotay**

Andrew J. Kalotay
61 Broadway, Suite 1400
New York, NY 10006
212-482-0900
andy@kalotay.com

Andrew Kalotay, Ph.D., is a pioneer and leading authority on the valuation of municipal, agency, and corporate bonds, and a noted expert on the practice of debt management. He is a prolific contributor to the literature on fixed income topics such as bond refunding and the use and misuse of interest rate derivatives.

Dr. Kalotay's innovations include the Ratchet Bond (automatic no-cost refunding feature) and the Volatility Reduction Measure for hedge effectiveness testing. He invented the concept of refunding efficiency—a widely used tool in the management of callable debt. He was inducted into the Fixed Income Analysts Society Hall of Fame in 1997.

In 2009 the Mortgage Bankers Association released Dr. Kalotay's consumer manual for homeowner mortgage decisions. Within the past year he was awarded patents for MBS prepayment modeling, an option-based approach to refinancing home mortgages, and a method for valuing estate puts (survivor's options in retail bonds).

He serves on the MSRB advisory committee that oversees the certification of municipal advisors.

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990-Present | *Andrew Kalotay Associates, Inc.* |
| | President |
| 1994-1997 | *Polytechnic University* |
| | Director: Center for Finance and Technology |
| 1981-1990 | *Salomon Brothers Inc.* |
| | Director-Research, Group Manager: Bond Portfolio Analysis Department |
| 1978-1981 | *Dillon Read & Co. Inc.* |
| | Senior Analyst |
| 1972-1978 | *AT&T* |
| | Supervisor: Corporate Planning, Financial Planning |
| 1968-1972 | *Bell Telephone Laboratories* |
| | Member of Technical Staff: Operations Research, Systems Engineering. |

ACADEMIC EXPERIENCE *(Selected)*

*Polytechnic University,* Professor of management and Director of first M.S. in financial engineering program in the US (1994-1997)

*Fordham University*, Professor of finance (1990-1994)

*Columbia,* Adjunct professor of finance (1987)

*Wharton*, Adjunct professor of finance (1979)

Associate editor and frequent referee for several journals


EDUCATION

*University of Toronto*, Ph.D. Mathematics.  Thesis in Statistical Inference (1968).

*Queen's University*, M. Sc., Mathematics. Thesis in Algebraic Coding Theory (1966).

*Queen's University*, B. Sc. (Honors), Mathematics (1964).


MEMBERSHIPS & AFFILIATIONS
American Finance Association

Financial Management Association, Trustee (1989-1994), Board Member (2005-2007)
International Association of Financial Engineers
Fixed Income Analysts Society of New York, President (1988-1989)


AWARDS
Inducted in 1997 into the *Fixed Income Analysts Society Hall of Fame*
Franz Edelman Award for paper on optimum bond calling (1979)
Charter member of Risk Who's Who


OTHER
Chess master (Member of 1966 Canadian Olympic team)
Renowned chess problemist

SELECTED EXPERT WITNESS ENGAGEMENTS
Pueblo of Laguna v. United States
          (2011 - present) re: mismanagement of tribal funds

Radian Assurance v. College of Sante Fe, et al.
    (2011 – settled) re: dispute about swap insurance
Western Monmouth Utilities Authority vs. Jersey Capital Markets Group, Inc., et al.
    (2005) re: negligence in wording of indenture
    Witness for municipality
Irvine Water District vs. Merrill Lynch re: Orange County (1998).
    Witness for Merrill Lynch
Bondholders vs. Hennepin County (1996) re: Calling of not-yet-refundable bond.
    Witness for bondholders.
Commonwealth of Pennsylvania (1996) vs. Prudential Securities, Inc. re: Yield burning.
    Witness for Prudential
Commonwealth of Massachusetts (1995) vs. Goldman, Sachs & co. re: Yield burning.
    Witness for municipality
Massachusetts Water Resources Authority (1994) vs. Merrill Lynch, et al. re: Yield burning.
    Witness for municipality

SELECTED PUBLICATIONS
<u>Municipal Finance</u>

*Refereed Journals*
What Makes the Muni Yield Curve Rise?
    *Journal of Fixed Income* (Winter 2009)
Callable Bonds: Better Value Than Advertised?
    *Journal of Applied Corporate Finance* (Summer 2008)
Insuring Callable Bonds: Selecting the Right Payment Plan
    *The Journal of Risk Finance (Spring 2003)*
Subsidized Borrowing and the Discount Rate
    *Municipal Finance Journal* (Winter 1999)
The Timing of Advance Refunding of Tax-exempt Municipal Bonds
    *Municipal Finance Journal* (Summer 1998)

*Trade Press*
What's Special About Muni Swaps? Nothing, Actually
    *Bond Buyer* (February 4, 2011)
Build America Bonds: Seeking the Missing Option
    *Bond Buyer* (May 11, 2009)
The Right Discount Rate Could Save Your Life
    *Financial Engineering News* (January/February 2007)

<u>Bond Valuation</u>
The Management of Sinking Funds: The World Bank Experience — *The Journal of Fixed Income* (June 1993)*
A Model For Valuing Bonds And Embedded Options — *Financial Analysts Journal* (May/June 1993)*
The Valuation and Management of Bonds with Sinking Fund Provisions — *Financial Analysts Journal* (March/April 1992)*
Sinking Fund Prepurchases and the Designation Option — *Financial Management* (Winter 1992)
An Analysis of Original Issue Discount Bonds — *Financial Management* (Autumn 1984)
Innovations in Corporate Finance: Deep Discount Private Placements — *Financial Management* (Spring 1982)
Sinking Funds and the Realized Cost of Debt — *Financial Management* (Spring 1982)
On the Management of Sinking Funds — *Financial Management* (Spring 1981)

<u>Topics in Fixed Income — *Financial Engineering News*</u>
The Right Discount Rate Can Save Your Life (January/February 2007)
When It's Time To Get Off The Tree (November/December 2006)
Is There a Financial Engineer in the House? (March/April 2006)

Some Bonds Are Worth More Dead Than Alive (September/October 2006)

<u>Risk and Liability Management</u>
Refunding Efficiency: A Generalized Approach — *Applied Financial Economic Letters* (Vol. 3, May 2007)*
A Framework for Corporate Treasury Performance Measurement — *Journal of Applied Corporate Finance* (Winter 2005)
Testing Hedge Effectiveness for FAS 133: The Volatility Reduction Measure — *Journal of Applied Corporate Finance* (Winter 2001)*
The Challenge of Managing Credit Spreads: New Tools on the Horizon — *Journal of Applied Corporate Finance* (Winter 2000)*
Subsidized Borrowing and The Discount Rate: The Case of Municipal Capital Budgeting and Financial Management — *Municipal Finance Journal* (Winter 1999)*
Puttable/Callable/Reset Bonds: Inter-market Arbitrage with Unpleasant Side Effects — *Journal of Derivatives* (Summer 1999)*
Ratchet Bonds: Maximum Refunding Efficiency at Minimum Transaction Cost — *Journal of Applied Corporate Finance* (Spring 1999)*
Premium Debt Swaps: The Best of Both Worlds? — *Financial Management* (Autumn 1998)*
The Timing of Advanced Refunding of Tax-Exempt Municipal Bonds — *Municipal Finance Journal* (Summer 1998)*
Refunding Tax-Exempt Corporate Bonds in Advance of the Call — *The Financier* (Vol. 1, No. 1, February 1994)*
How to Succeed in Derivatives Without Really Buying — *Journal of Applied Corporate Finance* (Vol. 6, No. 3, Fall 1993)*
The Sure Thing–Bond Refunding: How Operations Research Made Its Mark on Wall Street — *OR/MS Today* (April 1993)
A Tale of Two Bond Swaps — *Journal of Financial Engineering* (December 1992)*
Embedded Call Options and Refunding Efficiency — *Advances in Futures and Options Research*, JAI Press Inc. (Vol. 3, 1988)*
Refunding Considerations under Rate-Base Regulation — *Financial Management* (Autumn 1984)
Optimum Bond Calling and Refunding — *Interfaces* (November 1979)
Tax Differentials and Callable Bonds — *The Journal of Finance* (September 1979)*
On the Advanced Refunding of Discounted Debt — *Financial Management* (Summer 1978)
A Comment on Bond Refunding — *Financial Management* (Autumn 1976)

<u>Mortgages and Mortgage-Backed Securities</u>
The True Cost of No-Cost Mortgages — *Mortgage Risk* (October 2007)*

Optimal Refinancing: Bringing Professional Discipline to Household Finance — Forthcoming in *Applied Financial Economic Letters* (2007)*

A Pointer on Points — *OR/MS Today* (June 2007)*

An Option-Theoretic Prepayment Model for Mortgages and Mortgage-Backed Securities — *International Journal of Theoretical and Applied Finance* (December 2004)*

The Perils of Monte Carlo — *Derivatives Strategy* (June 1994)

Books and Contributed Chapters

Valuation of Municipal Bonds with Embedded Options — *Handbook of Municipal Securities (2008)*

An Option-Theoretic Approach to MBS Valuation — *The Handbook of Mortgage-Backed Securities*, 6th ed., F. J. Fabozzi, Ed. (McGraw-Hill, 2006)*

Introduction To The Valuation Of Bonds With Embedded Options — *The Handbook of Fixed Income Securities*, 4th ed. et al., F. J. Fabozzi, Ed. (Irwin, Chicago, 1994)*

Managing the Capital Structure — *The Handbook of Modern Finance*, Warren, Gorham & Lamont, Inc. (1989)*

The Financial Manager's Guide to Evaluating Bond Refunding Opportunities (Ballinger, Massachusetts, 1988)*

Long-Term Debt and Equity Markets and Instruments — *The Financial Handbook*, John Wiley & Sons, Inc. (1981)

Operations Research and Statistics

Joint Capacity Expansion Without Rearrangement — *Operational Research Quarterly* (1975)*

Two Comments on the Deterministic Capacity Problem — *Management Science* (May 1974)

Capacity Expansion and Specialization — *Management Science* (1973)

Structural Solution to the Linear Calibration Problem — *Technometrics* (November 1971)

\* *Co-authored*