# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) Criminal No. 1:11-cr-00186-S |
| JOSEPH CARAMADRE, and RAYMOUR RADHAKRISHNAN | ) ) ) ) |

## NOTICE OF APPEAL

      Now comes the Defendant, Joseph Caramadre, through counsel, and hereby gives notice of appeal of the June 18, 2013 denial of his motion to reconsider his order of detention, pursuant to 18 U.S.C. §§ 3143 and 3145, and 28 U.S.C. § 1291.

      Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen
_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 1st day of July, 2013, I caused to be delivered, via electronic delivery, the within *Notice of Appeal* to:

John P. McAdams, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903

Lee Vilker, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903

Olin W. Thompson, Esq.  
Federal Defender's Officer  
10 Weybosset Street, Suite 300  
Providence, RI 02903

/s/ Randy Olen  
_____