UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. Case Number:  **CR 11-186-01S**

2. Case Title:  **USA v. Joseph Caramadre**

3. Name and Address of Counsel for Appellant(s):
    **Randy Olen, Esq.**
    Olen Law Offices
    55 Bradford Street, Suite 203
    Providence, RI 02903

    **William J. Murphy, Esq.**
    Murphy & Fay LLP
    127 Dorrance Street, 2nd Floor
    Providence, RI 02903

4. Name and Address of Counsel for Appellee(s):
    **John P. McAdams, AUSA**
    **Lee Vilker, AUSA**
    U.S. Attorney's Office
    50 Kennedy Plaza, 8th Floor
    Providence, RI 02903

5. Name of Judge:  **William E. Smith**

6. Court Appointed Counsel:          [ ]Yes        [**v**]No

7. Fee Paid:                                       [ ]Yes        [**v**]No

8. In Forma Pauperis:                    [ ]Yes        [**v**]No

9. Guideline Case:                            [ ]Yes        [ ]No

10. Related Case on Appeal:           [ ]Yes        [**v**]No

**If yes, list the CCA #(s) and date of last Notice of Appeal Filed**

11. Special Comments:  Attached please find the abbreviated record on appeal.