AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: John P. McAdams, AUSA | 2. PHONE NUMBER: (401) 709-5055 | 3. DATE: 7/8/2013 |
| 4. MAILING ADDRESS: US Attorney's Office, 50 Kennedy Plaza - 8th Fl | 5. CITY: Providence | 6. STATE: RI  7. ZIP CODE: 02903 |
| 8. CASE NUMBER: CR 11-186-S | 9. JUDGE: Hon. William E. Smith | DATES OF PROCEEDINGS: 10. FROM 6/18/2013  11. TO 6/18/2013 |
| 12. CASE NAME: U.S. v. Joseph Caramadre | | LOCATION OF PROCEEDINGS: 13. CITY Providence  14. STATE RI |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [x] BAIL HEARING | 06/18/2013 | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | 40.50 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 40.50 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ John P. McAdams, AUSA

19. DATE: 07/08/13   DCN: M7028154

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 40.50 |
| LESS DEPOSIT | 40.50 |
| TOTAL REFUNDED | |
| TOTAL DUE | 40.50 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY