UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 11-186-ALL-S |
| ) | |
| JOSEPH CARAMADRE; and ) | |
| RAYMOUR RADHAKRISHNAN, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF REFERRAL FOR
### PROPOSED FINDINGS AND RECOMMENDATION

Whereas 18 U.S.C. § 3556 provides that the Court, in imposing a sentence on a defendant who is guilty of an offense, shall order restitution, and Paragraph 4(a) of the Plea Agreements between the United States and Defendants Joseph Caramadre and Raymour Radhakrishnan (ECF Nos. 105, 106) provides that the amount of restitution to the victims of the offense will be determined at an evidentiary hearing, pursuant to 18 U.S.C. § 3664(d)(6), the Court refers the issue of calculation of the amount of the victims' losses to United States Magistrate Judge Patricia A. Sullivan to conduct one or more evidentiary hearings and to issue one or more Reports and Recommendations setting out proposed findings of fact and a recommendation as to disposition.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
United States District Judge
Date:  July 10, 2013