UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 11-186-ALL-S |
| ) | |
| JOSEPH CARAMADRE and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

### SCHEDULING ORDER REGARDING RESTITUTION CALCULATION

Pursuant to 18 U.S.C. §§ 3556 and 3664(d)(6), the Court has referred to me the issue of calculation of the amount of the victims' losses in connection with sentencing in this matter, to conduct one or more evidentiary hearings and to issue one or more Reports and Recommendations setting out proposed findings of fact and a recommendation for disposition of the amount of the loss sustained by identified victims of the criminal offenses committed by Defendants Joseph Caramadre and Raymour Radhakrishnan.

Accordingly, I order as follows:

1. The proceeding will be bifurcated into two evidentiary hearings on the amount of the loss sustained: one for Insurance Company victims and one for Bond Issuer victims.

2. The evidentiary hearing on the amount of the loss sustained by Insurance Company victims is scheduled for August 22, 2013, at 10:00 a.m. The following schedule shall apply, solely on the topic of the amount of the loss sustained by Insurance Company victims:

   a. By August 2, 2013, the Government shall produce to Defendants documents pertaining to the calculation of the loss sustained by the Insurance Company victims;

    b. Government's Brief and disclosure of its testifying witnesses and a list of proposed exhibits shall be filed by August 9, 2013.

    c. Defendants' Briefs and disclosure of their testifying witnesses and a list of proposed exhibits shall be filed by August 16, 2013.

  3. The evidentiary hearing and briefing schedule on the amount of the loss sustained by Bond Issuer victims will be scheduled after the Insurance Company hearing.

So ordered.

ENTER:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
July 10, 2013