UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Cr. No. 11-186-ALL-S |
| JOSEPH CARAMADRE and RAYMOUR RADHAKRISHNAN | ) ) ) ) | |

## AMENDED SCHEDULING ORDER REGARDING RESTITUTION CALCULATION

Pursuant to 18 U.S.C. §§ 3556 and 3664(d)(6), the Court has referred to me the issue of calculation of the amount of the victims' losses in connection with sentencing in this matter, to conduct an evidentiary hearing and to issue a Report and Recommendation setting out proposed findings of fact and a recommendation for disposition of the amount of the loss sustained by identified victims of the criminal offenses committed by Defendants Joseph Caramadre and Raymour Radhakrishnan.

Accordingly, I order as follows:

1. The evidentiary hearing on the amount of the loss sustained by Insurance Company victims and Bond Issuer victims will be held on September 30 – October 1, 2013, beginning each day at 10:00 a.m.

2. The following schedule shall apply:

   a. Because the Government has already completed briefing as to Insurance Company victims, Government's brief and disclosure of its testifying witnesses and proposed exhibits with respect to Bond Issuer victims shall be served and filed by September 6, 2013.

        b. Defendants' briefs and disclosure of their testifying witnesses and proposed exhibits as to both Insurance Company victims and Bond Issuer victims shall be served and filed by September 24, 2013.

So ordered.

ENTER:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
August 16, 2013