# TD AMERITRADE
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement for Account #** ▓▓▓▓▓

JOSEPH A CARAMADRE &
DONALD T BORTLE JT TEN
1000 CHAPEL VIEW BLVD STE 270
CRANSTON, RI 029203067

**Statement Reporting Period:**
04/01/08 - 05/31/08

**Announcements:**
FIND POTENTIAL TRADING IDEAS BY
SEARCHING FOR STOCKS THAT MATCH
WIDELY RECOGNIZED CHART PATTERNS
WITH PATTERN MATCHER. ACCESS THIS
NEW TOOL TODAY–ONLY AVAILABLE
IN COMMAND CENTER 2.0.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | ($540,559.39) | $ - | $ - | - | $ - | - | 41.5% |
| MMDA | - | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - | - |
| Stocks | - | - | - | - | - | - | - |
| Short Stocks | - | - | - | - | - | - | - |
| Fixed Income | 763,187.95 | - | - | - | 52,785.02 | 6.9% | 58.5% |
| Options | - | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Total** | **$222,628.56** | **$ 0.00** | **$ 0.00** | **-** | **$52,785.02** | **23.7%** | **100%** |
| Margin Equity | 29.0% | | | | | | |

## Portfolio Allocation

Margin Loan 41.5%
Fixed Income 58.5%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | (839,120.27) | (839,120.27) |
| Securities Sold | - | - |
| Funds Deposited | 300,000.00 | 300,000.00 |
| Funds Disbursed | - | - |
| Income | 405.58 | 405.58 |
| Expense | (1,844.93) | (1,844.93) |
| Other | 0.23 | 0.23 |
| **Closing Balance** | ($540,559.39) | ($540,559.39) |

## Income & Expense Summary

| | Taxable | Non-Taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 405.58 | - | 405.58 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | (1,844.93) | - | (1,844.93) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | ($1,439.35) | $0.00 | ($1,439.35) |

## Performance Summary

| Cost Basis As Of - 05/31/08 | YTD |
|---|---|
| Unrealized Gains | $829,072.65 |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed) | (65,884.70) |
| Income/(Expense) | 300,000.00 |
| Securities Received/(Delivered) | (1,439.35) |
| | 0.00 |

AMER-BORTLE-000060   090060

# Statement for Account # ▓▓▓112
04/01/08 - 05/31/08

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income - Securities | $ 400.00 | $ 400.00 |
| Interest Income Credit Balance | 5.58 | 5.58 |
| Margin Interest Charged | (1,844.93) | (1,844.93) |
| MMDA Interest | 0.23 | 0.23 |

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income - Margin** | | | | | | | | | | |
| CIT GROUP INC CALL 5.05%091514 5.05% 09/15/2014 | 12557WJF9 | 75 | $ 65.962 | $ 49,471.50 | 05/12/08 | $ 53,692.50 | $ 0.72 | $ (4,221.00) | $ 3,787.50 | 7.7% |
| CIT GROUP INC CALL 5.3%081515 5.3% 08/15/2015 | 12557WLJ8 | 10 | 68.808 | 6,880.80 | 05/12/08 | 7,316.00 | 0.73 | (435.20) | 530.00 | 7.7% |
| CIT GROUP INC CALL 5.95%091516 5.95% 09/15/2016 | 12557WMW | 25 | 67.945 | 16,986.25 | 05/12/08 | 17,823.25 | 0.71 | (837.00) | 1,487.50 | 8.8% |
| CIT GROUP INC CALL 6%121521 6% 12/15/2021 | 12557WPK1 | 75 | 64.644 | 48,483.00 | 05/12/08 | 53,441.25 | 0.71 | (4,958.25) | 4,500.00 | 9.3% |
| CIT GROUP INC CALL 6.05%091516 6.05% 09/15/2016 | 12557WNS6 | 25 | 70.735 | 17,683.75 | 05/12/08 | 18,100.25 | 0.72 | (416.50) | 1,512.50 | 8.6% |
| CIT GROUP INC FR 5.95%021517 5.95% 02/15/2017 | 12557WQE4 | 40 | 72.27 | 28,908.00 | 05/12/08 | 29,275.60 | 0.73 | (367.60) | 2,380.00 | 8.2% |
| COUNTRYWIDE FINANCIAL FR 6%111435 6% 11/14/2035 | 22238HAR1 | 120 | 65.663 | 78,795.60 | 05/12/08 | 78,939.60 | 0.66 | (144.00) | 7,200.00 | 9.1% |
| COUNTRYWIDE FINANCIAL CALL 6%112230 6% 11/22/2030 | 22238HAS9 | 80 | 64.515 | 51,612.00 | 05/12/08 | 53,480.00 | 0.67 | (1,868.00) | 4,800.00 | 9.3% |
| COUNTRYWIDE FINANCIAL CALL 6%020836 6% 02/08/2036 | 22238HAZ3 | 50 | 65.865 | 32,932.50 | 05/12/08 | 33,041.50 | 0.66 | (109.00) | 3,000.00 | 9.1% |
| GENERAL MOTORS ACCEPT CORP CALL 6%031519 6% 03/15/2019 | 3704A0HC9 | 200 | 59.589 | 119,178.00 | 05/12/08 | 126,980.00 | 0.63 | (7,802.00) | 12,000.00 | 10.1% |

AMER-BORTLE-000061

AMER-BORTLE-000062

**Statement for Account #XXX5112**
04/01/08 - 05/31/08

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income - Margin** | | | | | | | | | | |
| LEHMAN BROTHERS HOLDINGS CALL 5.5%031423 5.5% 03/14/2023 | 52519FAU5 | 35 | 82.943 | 29,030.05 | 05/12/08 | 31,185.00 | 0.89 | (2,154.95) | 1,925.00 | 6.6% |
| LEHMAN BROTHERS HOLDINGS FR 6%0043034 6% 04/30/2034 | 52519FCR0 | 100 | 81.694 | 81,694.00 | 05/12/08 | 90,869.00 | 0.91 | (9,175.00) | 6,000.00 | 7.3% |
| LEHMAN BROTHERS HOLDINGS FR 5.7%121429 5.7% 12/14/2029 | 52519FDJ7 | 25 | 80.643 | 20,160.75 | 05/12/08 | 22,428.00 | 0.90 | (2,267.25) | 1,425.00 | 7.1% |
| LEHMAN BROTHERS HOLDINGS CALL 5.6%050330 5.6% 05/03/2030 | 52519FDV0 | 25 | 79.625 | 19,906.25 | 05/12/08 | 22,114.25 | 0.88 | (2,208.00) | | 7.0% |
| LEHMAN BROTHERS HOLDINGS CALL 5.35%061430 5.35% 06/14/2030 | 52519FDW8 | 25 | 76.898 | 19,224.50 | 05/12/08 | 21,863.75 | 0.87 | (2,639.25) | 1,337.52 | 7.0% |
| LEHMAN BROTHERS HOLDINGS CALL 6%022436 6% 02/24/2036 | 52519FEJ6 | 15 | 81.34 | 12,201.00 | 05/12/08 | 13,505.70 | 0.90 | (1,304.70) | 900.00 | 7.4% |
| SLM CORP CALL 6.1%121528 6.1% 12/15/2028 | 78490FFE4 | 150 | 64.81 | 97,215.00 | 05/12/08 | 116,709.00 | 0.78 | (19,494.00) | | |
| SLM CORP FR 4.1%121515 4.1% 12/15/2015 | 78490FDY2 | 50 | 65.65 | 32,825.00 | 05/12/08 | 38,308.00 | 0.77 | (5,483.00) | | |
| **Total Fixed Income** | | | | **$763,187.95** | | **$829,072.65** | | **$(65,884.70)** | **$52,785.02** | **6.9%** |
| **Total Margin Account** | | | | **$763,187.95** | | **$829,072.65** | | **$(65,884.70)** | **$52,785.02** | **6.9%** |

AMER-BORTLE-000063

## Statement for Account #****5112
### 04/01/08 - 05/31/08

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 05/12/08 | 05/12/08 | Margin | - Funds Deposited | WIRE RECEIVED LAW OFFICES OF JOSEPH A CARAMADRE | | | $ 0.00 | $ 300,000.00 | 300,000.00 |
| 05/13/08 | 05/13/08 | Margin | Journal - Other | PURCHASE TD BANK USA, NA MMDA FDIC INSR | | | 0.00 | (42,259.84) | 257,740.16 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | COUNTRYWIDE FINANCIAL FR 6%111435 6% 11/14/2035 Accrued Interest $20.00 | 22238HAR1 | 120 | 65.783 | (78,959.60) | 178,780.56 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC CALL 6%121521 6% 12/15/2021 Accrued Interest $1,875.00 | 12557WPK1 | 75 | 71.255 | (55,316.25) | 123,464.31 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | COUNTRYWIDE FINANCIAL CALL 6%112230 6% 11/22/2030 Accrued Interest $306.67 | 22238HAS9 | 80 | 66.85 | (53,786.67) | 69,677.64 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | COUNTRYWIDE FINANCIAL CALL 6%020836 6% 02/08/2036 Accrued Interest $808.33 | 22238HAZ3 | 50 | 66.083 | (33,849.83) | 35,827.81 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC FR 5.95%021517 5.95% 02/15/2017 Accrued Interest $595.00 | 12557WQE4 | 40 | 73.189 | (29,870.60) | 5,957.21 |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC CALL 6.05%091516 6.05% 09/15/2016 Accrued Interest $252.08 | 12557WNS6 | 25 | 72.401 | (18,352.33) | (12,395.12) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC CALL 5.3%081515 5.3% 08/15/2015 Accrued Interest $132.50 | 12557WLJ8 | 10 | 73.16 | (7,448.50) | (19,843.62) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC CALL 5.95%091516 5.95% 09/15/2016 Accrued Interest $247.92 | 12557WNW7 | 25 | 71.293 | (18,071.17) | (37,914.79) |

AMER-BORTLE-000064

## Statement for Account # ▇▇▇6112
### 04/01/08 - 05/31/08

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | SLM CORP FR 4.1%121515 4.1% 12/15/2015 Accrued Interest $854.17 | 78490FDY2 | 50 | 76.616 | (39,162.17) | (77,076.96) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | SLM CORP CALL 6.1%121528 6.1% 12/15/2028 Accrued Interest $3,812.50 | 78490FFE4 | 150 | 77.806 | (120,521.50) | (197,598.46) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS CALL 5.35%061430 5.35% 06/14/2030 Accrued Interest $3.72 | 52519FDW8 | 25 | 87.455 | (21,867.47) | (219,465.93) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS CALL 5.6%050330 5.6% 05/03/2030 Accrued Interest $46.67 | 52519FDV0 | 25 | 88.457 | (22,160.92) | (241,626.85) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS CALL 5.5%031423 5.5% 03/14/2023 Accrued Interest $5.35 | 52519FAU5 | 35 | 89.10 | (31,190.35) | (272,817.20) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS FR 5.7%121429 5.7% 12/14/2029 Accrued Interest $3.96 | 52519FDJ7 | 25 | 89.712 | (22,431.96) | (295,249.16) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS FR 6%043034 6% 04/30/2034 Accrued Interest $250.00 | 52519FCR0 | 100 | 90.869 | (91,119.00) | (386,368.16) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | LEHMAN BROTHERS HOLDINGS CALL 6%022436 6% 02/24/2036 Accrued Interest $202.50 | 52519FEJ6 | 15 | 90.038 | (13,708.20) | (400,076.36) |

Statement for Account # ▓▓5112
04/01/08 - 05/31/08

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | GENERAL MOTORS ACCEPT CORP CALL 6%031519 6% 03/15/2019 | 3704A0HC9 | 200 | 63.49 | (126,980.00) | (527,056.36) |
| 05/12/08 | 05/15/08 | Margin | Buy - Securities Purchased | CIT GROUP INC CALL 5.05%091514 5.05% 09/15/2014 Accrued Interest $631.25 | 12557WJF9 | 75 | 71.59 | (54,323.75) | (581,380.11) |
| 05/15/08 | 05/15/08 | Margin | Journal - Other | REDEMPTION TD BANK USA, NA MMDA FDIC INSR Payable: 05/31/2008 | | | 0.00 | 42,259.84 | (539,120.27) |
| 05/15/08 | 05/15/08 | Margin | Div/Int - Other | TD BANK USA, NA MMDA FDIC INSRD,NOT COVERED BY SIPC Interest: Money Market Deposit Account Payable: 05/31/2008 | MMDA1 | | 0.00 | 0.23 | (539,120.04) |
| 05/22/08 | 05/22/08 | Margin | Div/Int - Income | Money Market Deposit A 0.23 COUNTRYWIDE FINANCIAL CALL 6%1122030 6% 11/22/2030 Payable: 05/22/2008 Taxable Int Credited 400.00 | 22238HAS9 | | 0.00 | 400.00 | (538,720.04) |
| 05/30/08 | 05/30/08 | Margin | Div/Int - Expense | MARGIN INTEREST CHARGE Payable: 05/30/2008 | | | 0.00 | (1,844.93) | (540,564.97) |
| 05/30/08 | 05/30/08 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 05/30/2008 | | | 0.00 | 5.58 | (540,559.39) |

**Closing Balance** ($540,559.39)

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD AMERITRADE Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 05/12/08 | $ | $ 300,000.00 | 1 | 0.25 $ | | $ 2.05 |
| 05/13/08 | | 257,740.16 | 2 | 0.25 | | 3.53 |
| 05/15/08 | (539,120.04) | | 7 | 7.25 | 760.01 | |
| 05/22/08 | (538,720.04) | | 10 | 7.25 | 1,084.92 | |

**Total Interest Income/(Expense)** $1,844.93 $5.58

AMER-BOR-TLE-000065

Statement for Account #****5112
04/01/08 - 05/31/08

## Money Market Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/13/08 | $42,259.84 | 2 | 0.1000 | $0.23 | $0.23 | $0.23 |

**Total Interest Income** $0.23

## Money Market Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $0.00 |
| 05/13/08 | | | Received | TD BANK USA, NA MMDA FDIC INSRD, NOT COVERED BY SIPC PURCHASE TD BANK USA, NA MMDA FDIC INSR | | | $42,259.84 | 42,259.84 |
| 05/15/08 | | 05/15/08 | Delivered | TD BANK USA, NA MMDA FDIC INSRD, NOT COVERED BY SIPC REDEMPTION TD BANK USA, NA MMDA FDIC INSR | | | (42,259.84) | 0.00 |

**Closing Balance** $0.00

### Important Information

TD Bank USA, N.A. Money Market Deposit Account ("MMDA") amounts reflected in your brokerage account are held by TD Bank USA, N.A. and are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account. The amount related to the MMDA FDIC-Sweep program is a FDIC insured product and is not held by the broker-dealer, and SIPC does not cover deposit client balances held in an FDIC-Sweep account. TD Bank USA, N.A is a subsidiary of the Toronto-Dominion Bank. Toronto-Dominion Bank has an investment in TD AMERITRADE Holding Corporation publicly traded stock. TD AMERITRADE, Inc. is not responsible for the services or policies of TD Bank USA, N.A. The interest rate shown for the MMDA is taken from the applicable interest rate tier for the Market Value balance in the MMDA as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance. Interest rates on MMDA are based on tiers as determined by balances held in those sweep vehicles as follows: $.01 - $4,999, $5,000 - $24,999, $25,000 - $99,999, $100,000 - $199,999, $200,000 and above. The annual percentage yield earned for the statement period on MMDA balances is an annualized rate that reflects the relationship between the amount of interest actually earned in your accounts during the statement period and the average daily balance in the account for the period.

The most recent statement of financial condition for TD AMERITRADE Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html on or before June 14, 2008, or by contacting TD AMERITRADE Clearing, Inc. at 1-800-237-8692. As of March 31, 2008TD AMERITRADE Clearing, Inc. had net capital and a net capital requirement of $781,130,002 and $168,110,338, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the commission in Washington DC and the Denver, CO office of the Commission.

Keep this statement for income tax purposes

990000 AMER BORTLE 000066

AMER BOTTLE 000067

# Statement for Account #****5112
## 04/01/08 - 05/31/08

## Important Information

The above prices are provided only as a general guide to value your portfolio. Current quotations are available through TD AMERITRADE. Certificates of deposit are priced at market prices. Sale of bonds prior to maturity may result in a loss of principal. Mortgage backed positions are valued using the remaining balance and the current market price.

Non-Standard Assets: This statement shows all assets in your account including certain direct investments that may be held by a third party. TD AMERITRADE is not responsible for third-party information, including the valuation of certain non-standard assets. The price shown represents an estimated value that is provided by an annual report or other source. The estimated value of these assets may not be realized when you try to liquidate the position. Assets held by a third party are not covered by the Securities Investor Protection Corporation (SIPC)

Auction Rate Securities ("ARS") Pricing: TD Ameritrade has consistently reflected the value of ARS positions in client accounts and on account statements at par. Par value may not be the same as the market price that could be obtained in the event of a sale. The ARS market is currently experiencing a lack of liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions. In the event of a failed auction, the coupon rate paid to holders is typically set to a predetermined rate specified in the offering documents for such securities.

Equity And Option Positions In Atlas America, Inc. And Inter Parfums, Inc., Which Are Scheduled To Split With An Ex-Dividend Date Of 6/2/2008, Are Reflected After The Effects Of The Splits In The Security Positions And Account Activity Sections Of This Statement.

AMER BORTLE 000068

## Portfolio Report Guide

TD AMERITRADE provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets.[1]

**Portfolio Summary**
Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart.

Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value)

**Activity Summary**
The opening and closing cash balances are reconciled here for your quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only)**
This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only)**
Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current value as of December 31 of the previous year and will be furnished to the Internal Revenue Service.

**Performance Summary**
Monitor your annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions**
View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period).

**Account Activity**
All account activity is clearly defined, listed in date order, and reflected in the closing cash balance.

**Positions Closed this Month**
Includes securities sold this month showing the oldest trade date for the original purchase and the realized gain or loss.

**Trades Pending Settlement**
Confirm your executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Open Orders**
Review your open limit orders for accuracy and notify us immediately if you wish to change or cancel an order.

**Cash Management Activity**
Cash management transactions (including check, debit card and ATM activity) that cleared during this month are listed in date order.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned as of the statement date and the most recent dividend rate provided.

## TD AMERITRADE

TD AMERITRADE does not provide investment, legal, or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD AMERITRADE Institutional clients, your advisor or firm is separate from and not affiliated with TD AMERITRADE, Inc. or TD AMERITRADE Clearing, Inc. and each firm is not responsible for the products and services of the other.

**Accuracy of Reports**
**If you find any errors or omissions in your account statement, you should immediately call us at the number listed on page one of your statement. You should also contact our Clearing firm, TD AMERITRADE Clearing, Inc. at 402-970-7724.** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify a Client Services representative or your local branch office, as well as TD AMERITRADE Clearing, Inc. in writing within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

Please notify us promptly of any changes in your contact information. Transactions reflected on your report will be conclusively deemed accurate unless you notify TD AMERITRADE immediately.

**Account Protection**
Deposits made into a TD Bank USA, NA Money Market Deposit Account are insured by the FDIC (not covered by SIPC) up to $100,000 per depositor (up to $250,000 of protection for the combined total of the traditional and Roth IRAs, self-directed Keoghs and certain other retirement accounts). Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD AMERITRADE, Inc. is a member of the Securities Investor Protection Corporation. Securities in your account protected up to $500,000. For details, please visit www.sipc.org or call (202)371-8300. Up to an aggregate of $250 million of additional securities protection, of which $900,000 may be applied to cash, is provided by London insurers, also limited to a combined return to any client from a Trustee, SIPC and London of $150 million. This coverage provides you protection against brokerage insolvency and does not protect against loss in market value of the securities.

**Tax Reporting**
The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis**
Cost Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD AMERITRADE is not responsible for the reliability or suitability of the information. TD AMERITRADE and its information providers ("Providers") do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD AMERITRADE.

**Margin and Options Account Agreements**
Promptly advise TD AMERITRADE in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. A summary of commissions and charges incurred with the execution of options transactions is available.

**Current Market Prices**
The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. Non-Priced securities are indicated by "NP" and may affect statement balances and totals. The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices.

Limited Partnerships and non-traded Real Estate Investment Trusts are generally illiquid and have no public markets; annual valuations are obtained from a third party or the general partner. The secondary market for Certificates of Deposits (CDs) is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Portfolio report valuations may not represent sales proceeds.

## Regulatory Disclosures

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal laws, including the Securities Act of 1933 and the Securities Exchange Act of 1934, each as amended to date and in the future, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of the NASD and the Federal Reserve System.

For an investor brochure that includes information describing the NASD's Public Disclosure Program, please contact the NASD at 800-289-9999 or www.nasdr.com.

The interest rate shown for TD AMERITRADE Cash is taken from the applicable interest rate tier for the Market Value balance in the TD AMERITRADE Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance. Interest rates on TD AMERITRADE Cash balances are based on tiers as determined by daily balances held in those sweep vehicles as follows: $0.01 to $1,999, $2,000 to $9,999, $10,000 to $24,999, $25,000 to $99,999, $100,000 and above.

The annual percentage yield earned for the statement period on TD AMERITRADE Cash balances is an annualized rate that reflects the relationship between the amount of interest actually earned in your accounts during the statement period and the average daily balance in the account for the period

**Financial Statement Notification**
The statement of financial condition for TD AMERITRADE is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Allocation Method**
In the event any of your securities are called or assigned, the securities will be selected on an impartial, random basis.

**Free Credit Balances (Rule 15c3-2 & 3)**
Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)**
If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow (SEC Rules 606 and 607)**
In some circumstances, TD AMERITRADE receives compensation for directing certain over-the-counter and listed equity order flow to selected market makers, brokers or dealers. Compensation is in the form of a per share cash payment. We post quarterly reports disclosing the venues for order routing execution at www.tdameritrade.com. A written copy is available upon request.

**Trade Confirmations (Rule 10b-10)**
All confirmations are transmitted on the transaction date.

It is our policy, absent client orders to the contrary, to select brokers, dealers, and market makers based on the ability to provide best execution and the history of seeking price improvement on market orders. Price improvement is available under certain market conditions, and we regularly monitor executions to test for such improvement if available.

**Privacy Policy Notification**
A copy of the TD AMERITRADE privacy policy is available at www.tdameritrade.com