Joseph A. Caramadre
90 Beechwood Drive
Cranston, RI 02921

July 1st, 2008

RE:  Survivorship Option Redemption – General Motors Bonds
     TD Ameritrade Account #▓▓▓▓5112

Dear Sir or Madam:

Please accept my request for redemption of my General Motors bonds under the provisions of the Survivor's Option available for each note/bond. Per the list below, I am requesting redemption of the following issues:

Face Amount of Note/Bond:            $200,000
CUSIP: 3704A0HC9

C001227

EPR-BORTLE-000020