# Summary of Gains from Bonds

| BOND ISSUING COMPANY | AMOUNT |
|---|---:|
| AMERICAN GEN GIN CORP | 1,036,301.90 |
| BANK AMER CORP SUB | 538,294.99 |
| BANK HAPOALIM B M NEW YORK | 6,602.48 |
| BEAR STEARNS CO INC | 268,878.20 |
| CAROLINA FIRST BK | 10,868.76 |
| CATERPILLAR FIN SERV CORP | 35,425.27 |
| CIT GROUP INC | 3,218,868.92 |
| COMPASS BK | 3,328.74 |
| COUNTRYWIDE FINANCIAL | 2,191,964.53 |
| COUNTRYWIDE HOME LOAN | 199,813.19 |
| FANNIE MAE | 3,825.33 |
| FEDERAL HOME LOAN MTG CORP | 84,388.74 |
| FEDERAL NATIONAL MTG ASSN | 53,074.91 |
| FEDERATED CAPITAL | 356.36 |
| FIRSTBANK PR | 11,633.51 |
| FORD MTR CR CO | 10,517.37 |
| FREDDIE MAC | 8,094.75 |
| GENERAL ELEC CAP | (73,239.96) |
| GENERAL MOTORS ACCEPT CORP | 5,622,443.74 |
| GENWORTH | 260,350.34 |
| HARTFORD LIFE GLOBAL FD | 7,423.43 |
| HARTFORD LIFE INSURANCE | 193,698.60 |
| HSBC FINANCE CP | 67,189.01 |
| INTERNATIONAL LEASE FIN CORP | 70,398.72 |
| JOHN HANCOCK LIFE INSURANCE CO | 184,847.47 |
| LASALLE FNDG LLC | 251,473.64 |
| LEHMAN BROTHERS HOLDINGS | (2,688,929.87) |
| MARSHALL & ILSLEY CORP | 46,696.25 |
| MBIA INC SR NT | 12,741.28 |
| MERCANTILE BK ORLANDO FLA | 32,404.24 |
| MERRILL LYNCH CO INC | 27,035.99 |
| PRIVATEBANK & TC CHICAGO IL | 4,867.36 |
| PROTECTIVE LIFE SECD TRS | 46,817.82 |
| PROVIDIAN NATL BK | 1,445.42 |
| PROVIDENT BANK OF CINCINATTI OHIO | 2,105.57 |
| PRUDENTIAL FINANCIAL INC | 207,977.28 |
| SAFRA NATL BK NEW YORK CERT | 1,833.66 |
| SLM CORP | (148,209.01) |
| STANDARD FED BK TROY MICH | 120,928.83 |
| TENNESSEE VALLEY AUTH | 12,683.25 |
| WESTERNBANK PR | 12,603.06 |
| **TOTAL GAIN/LOSS ON BONDS** | **11,959,824.08** |