# Summary of Gains from Bonds
## After July 01, 2007

| BOND ISSUING COMPANY | GROSS GAIN ON BONDS |
|---|---:|
| AMERICAN GEN GIN CORP | 1,036,301.90 |
| BANK AMER CORP SUB | 538,294.99 |
| BANK HAPOALIM B M NEW YORK | - |
| BEAR STEARNS CO INC | 268,878.20 |
| CAROLINA FIRST BK | 10,868.76 |
| CATERPILLAR FIN SERV CORP | 16,950.34 |
| CIT GROUP INC | 3,182,687.25 |
| COMPASS BK | 3,328.74 |
| COUNTRYWIDE FINANCIAL | 2,145,033.52 |
| COUNTRYWIDE HOME LOAN | 197,552.40 |
| FANNIE MAE | 3,825.33 |
| FEDERAL HOME LOAN MTG CORP | 66,821.18 |
| FEDERAL NATIONAL MTG ASSN | 39,607.34 |
| FEDERATED CAPITAL | 356.36 |
| FIRSTBANK PR | 4,123.16 |
| FORD MTR CR CO | - |
| FREDDIE MAC | 8,094.75 |
| GENERAL ELEC CAP | (73,239.96) |
| GENERAL MOTORS ACCEPT CORP | 5,481,352.80 |
| GENWORTH | 260,350.34 |
| HARTFORD LIFE GLOBAL FD | 7,423.43 |
| HARTFORD LIFE INSURANCE | 193,698.60 |
| HSBC FINANCE CP | 67,189.01 |
| INTERNATIONAL LEASE FIN CORP | 70,398.72 |
| JOHN HANCOCK LIFE INSURANCE CO | 123,188.14 |
| LASALLE FNDG LLC | 187,479.80 |
| LEHMAN BROTHERS HOLDINGS | (2,589,535.52) |
| MARSHALL & ILSLEY CORP | 25,748.23 |
| MBIA INC SR NT | 12,741.28 |
| MERCANTILE BK ORLANDO FLA | 11,948.26 |
| MERRILL LYNCH CO INC | 25,191.43 |
| PRIVATEBANK & TC CHICAGO IL | - |
| PROTECTIVE LIFE SECD TRS | 46,817.82 |
| PROVIDIAN NATL BK | 1,445.42 |
| PROVIDENT BANK OF CINCINATTI OHIO | 817.34 |
| PRUDENTIAL FINANCIAL INC | 207,977.28 |
| SAFRA NATL BK NEW YORK CERT | - |
| SLM CORP | (150,588.61) |
| STANDARD FED BK TROY MICH | 90,393.42 |
| TENNESSEE VALLEY AUTH | 3,727.44 |
| WESTERNBANK PR | 12,603.06 |
| **TOTAL GAIN/LOSS ON BONDS** | **11,539,851.96** |