Table 1: Loss by Issuer

| ISSUER NAME | FACE AMOUNT ($) | LOSS ($) |
|---|---|---|
| GENERAL MOTORS ACCEP CORP | 10,857,000 | 4,760,896.22 |
| COUNTRYWIDE FINANCIAL | 8,072,000 | 2,753,643.36 |
| CIT GROUP INC | 7,470,000 | 2,330,100.04 |
| BEAR STEARNS CO INC | 1,289,000 | 511,070.31 |
| LEHMAN BROTHERS HOLDINGS | 1,252,000 | 329,883.74 |
| AMER GENL FIN | 1,534,000 | 312,191.64 |
| LASALLE BK NA CHICAGO ILL | 1,704,000 | 220,050.04 |
| HANCOCK JOHN LIFE INS | 1,357,000 | 212,871.69 |
| GENWORTH | 468,000 | 197,330.30 |
| BANK OF AMERICA CORP | 922,000 | 193,381.90 |
| STANDARD FED BK NA | 1,095,000 | 115,334.72 |
| PRUDENTIAL FIN | 454,000 | 93,096.19 |
| MARSHALL & ILSLEY CORP | 503,000 | 53,964.40 |
| MERCANTILE BK ORLANDO FLA | 154,000 | 50,531.21 |
| CAROLINA FIRST BK | 140,000 | 48,717.58 |
| CATERPILLAR FINL SVCS CORP | 179,000 | 45,420.94 |
| GENERAL ELEC CAP CORP | 198,000 | 44,340.15 |
| PROTECTIVE LIFE | 272,000 | 34,939.61 |
| HSBC FINANCE CP | 210,000 | 25,593.47 |
| FIRSTBANK PR | 57,000 | 25,089.86 |
| WESTERNBANK PR | 111,000 | 24,124.11 |
| INTL LEASE | 250,000 | 23,740.26 |
| MERRILL LYNCH BK USA | 132,000 | 17,867.77 |
| MBIA INC | 34,000 | 13,375.97 |
| HARTFORD LIFE | 210,000 | 9,710.72 |
| PROVIDIAN NATL BK | 26,000 | 7,594.98 |
| BANK HAPOALIM B M NEW YORK | 33,000 | 5,791.74 |
| COMPASS BK | 45,000 | 5,525.58 |
| TENNESSEE VALLEY AUTH | 30,000 | 4,568.45 |
| FED NATL MTG ASSN | 14,000 | 3,980.33 |
| FEDERAL HOME LN MTG CORP | 15,000 | 3,276.73 |
| PROVIDENT BANK OF CINCINATTI OHIO | 10,000 | 2,245.23 |
| SLM CORP | 18,000 | 1,859.15 |
| Grand Total | 39,115,000 | 12,482,108.36 |