Table 2: Loss By Account Holder

| ACCOUNT HOLDER | JOINT ACCOUNT HOLDER | BROKERAGE | FACE AMT ($) | LOSS ($) |
|---|---|---|---|---|
| BARBEAU, LINDA | CRADDOCK WALTER R | SCHWAB | 853,000 | 134,696.85 |
| BASTIA, THERESA | CARAMADRE JOSEPH A | AMERITRADE | 741,000 | 216,825.57 |
| BATTEY, SHEILA | CARAMADRE JOSEPH A | LIFE MARK | 590,000 | 302,165.20 |
| BENTLEY, KATHLEEN ANN | DISANTO DAVID P | SCHWAB | 724,000 | 142,099.35 |
| BENTO, ARNET J | CARAMADRE JOSEPH A | AMERITRADE | 639,000 | 301,358.57 |
| BORTLE, DONALD T | CARAMADRE JOSEPH A | AMERITRADE | 740,000 | 328,379.50 |
| BRISSON, HELEN B | DISANTO DAVID P | LIFE MARK | 982,000 | 78,497.10 |
| BRUNT, WILLIAM R | CARAMADRE JOSEPH A | LIFE MARK | 9,000 | 3,551.36 |
| BUCKMAN, MAUREEN | CARAMADRE JOSEPH A | ETRADE | 244,000 | 105,696.00 |
| BULPITT, SANDRA A | CONLEY JOHN W | LIFE MARK | 912,000 | 358,089.39 |
| CARNEVALE, ROBERT J | HANRAHAN, EDWARD J | LIFE MARK | 1,884,000 | 374,376.74 |
| CATE, PETER E | CARAMADRE, SUSAN L RICH | LIFE MARK | 654,000 | 223,352.09 |
| CAZEAULT, ROBERT A | CARAMADRE JOSEPH A | AMERITRADE | 900,000 | 409,911.81 |
| CULOTTA, ARTHUR G | RADHAKRISHNAN, | FIDELITY | 460,000 | 90,915.25 |
| CUNDY, LEONA D | CARAMADRE JOSEPH A | AMERITRADE | 801,000 | 192,506.11 |
| DAIGLE, ROLAND M J | DAIGLE, ROLAND M | LIFE MARK | 594,000 | 43,834.38 |
| DECASTRO, ANTONIO J | CRADDOCK WALTER R | AMERITRADE | 580,000 | 273,287.91 |
| DINSMORE, JO-ANN BICCICCO | CARAMADRE JOSEPH A | AMERITRADE | 696,000 | 325,326.33 |
| DISARO, PETER | DISARRO LAWRENCE N | LIFE MARK | 407,000 | 84,032.72 |
| DUARTE, DONALD J | CARAMADRE JOSEPH A | LIFE MARK | 579,000 | 55,384.21 |
| EGAN, DENISE P | CARAMADRE JOSEPH A | AMERITRADE | 638,000 | 323,698.81 |
| ESCOBAR, DE RODAS AUGUSTA | CARAMADRE JOSEPH A | AMERITRADE | 629,000 | 256,741.17 |
| FLORI, DENNIS | CARAMADRE JOSEPH A | AMERITRADE | 634,000 | 166,604.00 |
| FRANCO, CATERINA | RADHAKRISHNAN, | TRADE KING | 842,000 | 315,781.47 |
| GEORGE, JOAN | LITNER, MICHAEL | LIFE MARK | 765,000 | 322,958.98 |
| GONSALVES, JOHN | CARAMADRE JOSEPH A | AMERITRADE | 650,000 | 314,073.51 |
| GONZALEZ, SONIA L | CARAMADRE JOSEPH A | AMERITRADE | 771,000 | 224,645.59 |
| HORTON, LUCILLE | CARAMADRE JOSEPH A | AMERITRADE | 637,000 | 277,320.86 |
| IANIERO, LILY | CARAMADRE JOSEPH A | LIFE MARK | 745,000 | 239,787.42 |
| KIMBALL, JAMES | CARAMADRE JOSEPH A | AMERITRADE | 452,000 | 238,918.12 |
| KIVALOS, JOHN H | CARAMADRE JOSEPH A | AMERITRADE | 700,000 | 338,676.07 |
| LANCELLOTTI, ANTHONY T | MESOLELLA, STEVE M | LIFE MARK | 210,000 | 56,613.68 |
| LANG, JOHN J | CARAMADRE JOSEPH A | AMERITRADE | 432,000 | 128,567.27 |
| LOGAN, DONNA L | MESOLELLA, VINCENT | LIFE MARK | 578,000 | 137,146.45 |
| MALLANE, MICHAEL A | CRADDOCK WALTER R | AMERITRADE | 868,000 | 366,416.58 |
| MARSHALL, BRUCE E | HANRAHAN CARLENE | SCHWAB | 883,000 | 273,144.33 |
| PERROTTA, DONNA M | CARAMADRE JOSEPH A | AMERITRADE | 687,000 | 297,070.48 |
| PERRY, CHARLES E SR | CARAMADRE JOSEPH A | AMERITRADE | 964,000 | 336,700.43 |
| RAINVILLE, SALLY J | CARAMADRE, PAULA | LIFE MARK | 591,000 | 150,752.59 |
| ROBICHAUD, NORMAND J | CARAMADRE JOSEPH A | LIFE MARK | 2,451,000 | 450,667.77 |
| RODRIGUEZ, EDWIN | CARAMADRE JOSEPH A | AMERITRADE | 15,000 | 118.77 |
| ROGERS, GORDON E | CARAMADRE JOSEPH A | SCHWAB | 1,052,000 | 366,607.41 |
| RUISI, ROBERT G | CARAMADRE, PAULA | LIFE MARK | 724,000 | 90,258.91 |
| SANFORD, ALFRED A | RADHAKRISHNAN, | SCHWAB | 678,000 | 167,771.54 |
| SANTAGATA, PHYLLIS | DISANTO DAVID P | AMERITRADE | 752,000 | 211,509.65 |
| SANTOS, DENISE M | CARAMADRE JOSEPH A | AMERITRADE | 898,000 | 482,972.39 |
| SENECAL, DEBBIE | CARAMADRE JOSEPH A | AMERITRADE | 767,000 | 306,152.76 |
| SGAMBATO, MICHAEL | CARAMADRE, PAULA | SCHWAB | 679,000 | 177,207.54 |
| STROBEL, HATTIE E | CARAMADRE JOSEPH A | AMERITRADE | 800,000 | 252,830.64 |
| STROUP, SHERYL | CRADDOCK WALTER R | AMERITRADE | 400,000 | 113,633.76 |
| TABORELLI, NICHOLAS A | CARAMADRE JOSEPH A | AMERITRADE | 1,184,000 | 363,060.66 |
| TAYLOR, DAVID P | CARAMADRE JOSEPH A | AMERITRADE | 697,000 | 346,362.51 |
| TURGEON, EUGENE R | CRADDOCK WALTER R | AMERITRADE | 903,000 | 255,885.98 |
| WILEY, RICHARD G | CARAMADRE, PAULA | TRADE KING | 450,000 | 87,163.82 |
| | | Grand Total | 39,115,000 | 12,482,108.36 |