Table 3: Loss by Brokerage

| BROKERAGE | FACE AMT ($) | LOSS ($) |
|---|---|---|
| AMERITRADE | 19,575,000 | 7,649,555.81 |
| ETRADE | 244,000 | 105,696.00 |
| FIDELITY | 460,000 | 90,915.25 |
| LIFE MARK | 12,675,000 | 2,971,468.98 |
| SCHWAB | 4,869,000 | 1,261,527.03 |
| TRADE KING | 1,292,000 | 402,945.30 |
| Grand Total | 39,115,000 | 12,482,108.36 |