**Defense Table A -** **Claimed Bond Losses by Agreed Account Holder Victims**

| Account Holder | Claimed loss amount |
|---|---:|
| Barbeau | 134,696.86 |
| Cazeault | 409,911.81 |
| Culotta | 90,915.25 |
| Decastro | 273,287.91 |
| Escobar | 256,741.91 |
| Flori | 166,604.00 |
| Gonsalves | 314,073.51 |
| Gonzalez | 224,645.59 |
| Kimball | 238,918.12 |
| Kivalos | 338,676.07 |
| Lang | 128,567.27 |
| Mallane | 366,416.58 |
| Marshall | 273,144.33 |
| Parrotta | 297,070.48 |
| Perry | 336,700.43 |
| Rodriguez | 118.77 |
| Strobel | 252,830.64 |
| Wiley | 87,163.82 |
| **Total** | **4,190,483.35** |