**Defense Table B -**      **Claimed Variable Annuity Losses**
                           **by Agreed Annuitant Victims**

| Annuitant | Insurance Co. | Application Date | Claimed loss amount |
|---|---|---|---|
| Gonsalves | Hartford Life | Unknown | 724,952.44 |
| Gonzalves | ING | 06/20/2008 | 413,829.53 |
| Gonzalves | Nationwide | 06/20/2008 | 502,955.28 |
| Rodriguez | Nationwide | 01/14/2009 | STILL ACTIVE |
| **Total** | | | **1,641,737.25** |