**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

    VS.                    **CASE NO.: 11-00186-01S**

**JOSEPH CARAMADRE**

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant in the above-entitled matter by and through his attorney William J. Murphy Esquire and respectfully request a continuance of the Sentencing which was rescheduled on today's date to Thursday, October 24, 2013 at 9:00 a.m.

As basis for this motion your defendant avers:

1. Counsel for the Defendant is scheduled to attend a conference in Los Angeles, California from Tuesday, October 22, 2013 through Saturday, October 26, 2013.

WHEREFORE, your Defendant prays his Motion to Continue be Granted.

                                            Respectfully submitted,
                                            Joseph Caramadre,
                                            By his Attorney,

                                            /s/ William J. Murphy_____
                                            Murphy & Fay, LLP
                                            127 Dorrance Street – 2nd Floor
                                            Providence, Rhode Island 02903
                                            Tel.: 401-490-3200
                                            Fax:  401-490-3207

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2013, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Randy Olen, Esquire
478A Broadway
Providence, Rhode Island 02909
Tel.: 401-274-1400
Fax:  401-274-2480

Lee H. Vilker, Esquire
Assistant United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903

John P. McAdams, Esquire
Assistant United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903