UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSEPH CARAMADRE, and )<br>RAYMOUR RADHAKRISHNAN )<br>) | Criminal No. 1:11-cr-00186-S |

### DEFENDANT, JOSEPH CARAMADRE'S, OBJECTION TO THE REPORT AND RECOMMENDATION REGARDING RESTITUTION CALCULATION

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby objects to the Magistrate Judge's November 6, 2013 Report and Recommendation Regarding Restitution Calculation.

A memorandum of law in support of this objection is attached.

Respectfully submitted,
Joseph Caramadre,
By his attorneys,

/s/ William J. Murphy
_____
William J. Murphy, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 490-3200
(401) 490-3207 (fax)

/s/Randy Olen, Esq.
_____
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

1


## **CERTIFICATION**

  I hereby certify that on this 25th day of November, 2013, I caused to be delivered, via electronic delivery, the within *Objection* to:

| | |
|---|---|
| John P. McAdams, Esq. | Lee Vilker, Esq. |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 50 Kennedy Plaza, 8th Floor | 50 Kennedy Plaza, 8th Floor |
| Providence, RI 02903 | Providence, RI 02903 |

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903          /s/Randy Olen, Esq.
                                    _____