# EXHIBIT 1

## Terminal Illness?
### $2,000 in CASH, Immediately Available

Compassionate organization provides financial assistance for terminally ill individuals and/or their families.

Money may be used for ANY purpose:
- Funeral Costs
- Hospice Bills
- Nursing Home expenses
- Home Health Care expenses
- Gifts to Family members
- Gifts to Charity

### Please Call 401-941-9273
(Family Members Welcomed to Call)

**Any individual between 19 to 96 years old with a terminal illness and a life expectancy of less than 3 months is automatically qualified. No Racial, Religious, Gender or Ethnic Bias

## Got News? Call 272-1010



# Wishing You Every Happiness in the New Year

May the coming year bring health, wealth, love, and joy for you and your family. We're very grateful for your kind support this past year.

*With sincerest wishes, the staff at Wyndemere Woods*

**Wyndemere Woods**
1044 Mendon Road, Woonsocket, RI
Telephone: (401) 762-4226



### Forming Disciples and Missionaries of Jesus Christ

#### COLLECTION FOR THE CHURCH IN LATIN AMERICA

The United States Conference of Catholic Bishops uses the collected funds to support pastoral grants in 23 Latin American countries, as well as related work of the Department of Justice, Peace, and Human Development.

*Pastoral grants have funded projects like*
- Seminaries throughout Latin America
- Catechetical programs in Peru
- Lay leadership training in the Dominican Republic
- Catechist training in Argentina
- Formation programs for religious in Mexico
- Pastoral health initiatives in Central America

Your generous gift enables your fellow Catholics in Latin America and the Caribbean to participate more fully as disciples in the life of the Church and as missionaries to the world.

*Please contact us for more information on how you can make a difference.*

**Collection for the Church in Latin America**
Office of National Collections • United States Conference of Catholic Bishops
3211 Fourth Street, NE, Washington, DC 20017-1194
(202) 541-3050
Visit us at www.usccb.org/latinamerica

Copyright © 2007, United States Conference of Catholic Bishops, Washington, D.C. All rights reserved.