# EXHIBIT 2

# NEWS BRIEFS/THE WORLD

## Bush, pope meet in Vatican Gardens

VATICAN CITY (CNS) – In a cordial and festive visit to the Vatican, U.S. President George W. Bush met with Pope Benedict XVI in the lush Vatican Gardens for private talks, an informal stroll and a choral performance by the Sistine Chapel Choir. The hourlong visit June 13 was the fifth time Bush came to the Vatican for a papal audience and his third meeting with Pope Benedict. However, it was the first time in recent memory a head of state was welcomed in such an informal way and at such a unique location.

The Vatican had said it wanted to break with protocol to show its appreciation for the president's warm hospitality during the pope's visit to the White House during his April 15-20 trip to the U.S. With birds chirping and a cool, light breeze blowing through gnarled olive trees and looming cypresses, the pope greeted the U.S. president at the entrance of a medieval tower on the Vatican's highest hill in the gardens. They both expressed their pleasure at seeing each other again.

## Catholic Church in England expands abuse investigation process

LONDON (CNS) – Priests who say they have been wrongly accused of child abuse will be allowed a right of appeal against any alleged mistreatment by their bishops. The Catholic Church in England and Wales will introduce review panels in September to examine complaints made by priests who insist they are innocent but say they have been sacrificed to save their superiors.

The measure was announced at a June 12 press conference in London. It was recommended after a review of child protection procedures last year. Bill Kilgallon, chairman of the National Catholic Safeguarding Commission, which oversees child protection for the Catholic Church in England and Wales, said it was felt widely that "another step in the process would improve the justice of it to all parties. We want to feel that the systems dealing with abuse are (as) robust as possible," he said. "We want a system that is thorough in investigations and fair to all parties."

## Archbishop calls move to regulate religion in Kazakhstan disastrous

LONDON (CNS) – A proposed law to regulate religion in Kazakhstan could force the expulsion of Catholic missionaries and the closure of churches, a Catholic archbishop said. In an interview with the London branch of Aid to the Church in Need, a charity helping persecuted Christians, Archbishop Jan Lenga of Karaganda, Kazakhstan, called the planned legislation a "disaster."

"This proposed law is against all non-Orthodox (and non-Muslims) and will hit us," he said in a June 11 statement issued by the charity. If approved, the law severely would restrict the activities of all religious faiths and denominations except for the approved Russian Orthodox Church and a state-controlled form of mainstream Islam. Some analysts believe the law is aimed principally at growing fundamentalist Islamic groups and some evangelical sects which the authorities fear and seek to control.

## Lambeth Conference: Time of reckoning for ecumenical dialogue

VATICAN CITY (CNS) – This summer's once-a-decade Lambeth Conference marks a potentially defining moment for the worldwide Anglican Communion and a time of reckoning for ecumenical dialogue. The Vatican, which is sending representatives to the July 16-Aug. 4 gathering of the world's Anglican leadership, will be closely following its deliberations to see what direction it takes on such crucial questions as internal unity, authority, the role of the bishop and Anglican identity.

What has pushed these questions to the forefront is the ordination of openly gay clerics, the blessing of gay unions and the ordination of women bishops in some Anglican provinces. Those developments have threatened to split the Anglican Communion. For the Vatican, they have raised new questions about the future of the 40-year-old dialogue with the Anglican Church.

"It's very important for Anglicans to understand the depth of the change in our relationship that, in a sense, is being forced on us by the positions they are taking," said one Vatican official, who asked not to be named.



CNS photo: Jason Reed, Reuters
AT THE VATICAN: Pope Benedict XVI and U.S. President George W. Bush visit the Lourdes grotto in the Vatican Gardens June 13.

## Women bear brunt of toll HIV/AIDS takes, panelists say

UNITED NATIONS (CNS) – Women, especially those who are mothers, are at the center of treating, preventing and caring for people with HIV and AIDS, said panelists at a June 11 side event to a high-level U.N. meeting held to review progress on HIV/AIDS initiatives. The focus of the side event was on "women and mothers who in some parts of the world bear the heaviest brunt of HIV's impact on society," said the apostolic nuncio to the United Nations, Archbishop Celestino Migliore, host of the discussion. "Despite significant achievements," he said, "HIV still takes the lives of some 6,000 people every day and is still the number one cause of death in Africa, even ahead of malaria. The number of people newly infected with HIV is far and away outpacing the antiretroviral drug treatments." The program drew a standing-room-only crowd of 100 people and was co-sponsored by the permanent observer mission of the Holy See, the Path to Peace Foundation, the Association of Volunteers in International Service, the New Humanity Movement and Mater-Care International.

## Romanian bishop defends Orthodox leader for receiving Communion

WARSAW, Poland (CNS) – The Romanian Catholic Church, an Eastern rite, has defended an Orthodox archbishop who faces sanctions for receiving Communion at an Eastern Catholic Divine Liturgy. "This man of humanism, dignity and dialogue has helped create excellent Catholic-Orthodox ties in our region," Bishop Alexandru Mesian of Lugoj, Romania, said in a June 11 interview with Catholic News Service. "He wishes to be in communion with other Christians and we've welcomed his unprecedented, progressive gesture with great joy. We are sad he's now being attacked with such ferocity for it."

Bishop Mesian said Orthodox lay people regularly go to confession and receive Communion at Eastern Catholic churches in Romania. Orthodox Metropolitan Nicolae Corneanu of Banat, a region of Eastern Europe partly in Romania, will appear before Romanian Orthodox leaders in July to explain why he received Communion during the dedication of an Eastern Catholic church in late May.

Father Constantin Stoica, spokesman for the Orthodox church's Bucharest Patriarchate in Romania, said Metropolitan Corneanu's action would be "analyzed and dealt with" when his church's governing synod meets July 8-9.

## Bishops accept invitations to attend opening ceremony of Olympics

HONG KONG (CNS) – One Anglican and two Catholic bishops from Hong Kong and Macau have accepted invitations from the Chinese government to attend the opening ceremony of the Beijing Olympic Games Aug. 8. Cardinal Joseph Zen Ze-kiun of Hong Kong told the Asian church news agency UCA News in early June that Coadjutor Bishop John Tong Hon was invited from the diocese, but that he was not.

Bishop Tong was quoted in the June 15 issue of the Hong Kong diocesan English weekly, the Sunday Examiner, as saying that Cardinal Zen had given his blessing for the two-day trip after consulting the Vatican. On June 4, Bishop Jose Lai Hung-seng of Macau confirmed with UCA News that he, too, had received an invitation to the opening ceremony.

He said he would represent the Catholic Church in Macau and join a Macau government delegation and other religious leaders at the ceremony. Anglican Archbishop Paul Kwong of Hong Kong also will attend the opening ceremony, his secretary confirmed to UCA News June 12.



# Terminal Illness?
## $2,000 in CASH, Immediately Available

Local member of the Providence Diocese and Church benefactor provides financial assistance for terminally ill individuals and/or their families.

### Automatic Gift Approval if:
- Between 18 and 98 Years Old
- Are a U.S. Citizen or Permanent Resident
- And are under Hospice or Palliative Care

Money may be used for ANY purpose

## Please Call 401-941-9273
(Family Members Welcomed to Call)

All Races, Ethnicities and Religions Welcomed