# EXHIBIT 3

# Summary of Gains from Variable Annuities

\* Some Annuities have not been included in this chart because Insurance companies were unable to provide complete information.

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 06/13/2007 | American National | Rodrigues, Estela A. | Carnevale, Robert J. | 290,000.00 | 312,292.54 | 22,292.54 | - |
| 12/22/2007 | American Skandia | ADM Associates, LLC (DK, LLC) | Egan, Denise | 800,000.00 | 899,302.13 | 99,302.13 | 36,109.28 |
| 09/12/2008 | AXA Equitable | Caramadre, F&Y Trust | Buckman, Charles | 50,000.00 | 45,400.20 | (4,599.80) | (4,599.80) |
| 08/07/2006 | AXA Equitable | Sackett, Herbert Trust | Carnevale, Robert J. | 750,000.00 | 918,666.53 | 168,666.53 | - |
|  | AXA Equitable | Caramadre, Yolanda T. | Conti, Rocco | 50,000.00 | 57,850.40 | 7,850.40 | - |
| 09/19/2008 | AXA Equitable | Considine, William P. Testmtary Tr | Esser, Betty | 500,000.00 | 568,653.91 | 68,653.91 | - |
| 05/21/2002 | AXA Equitable | Caramadre, Frank | Proulx, John J. | 500,000.00 | 557,910.88 | 57,910.88 | 57,910.88 |
| 08/26/2003 | AXA Equitable | Sackett, Herbert E. | Ruggieri, Carl A. | 1,000,000.00 | 1,467,522.83 | 467,522.83 | - |
| 04/03/2006 | Genworth | Primavera, Victor III | Brunt, William R. | 500,000.00 | 632,278.97 | 132,278.97 | - |
| 06/12/2006 | Genworth | Mignacca, Alessandro | Brunt, William R. | 720,000.00 | 871,752.35 | 151,752.35 | - |
| 09/12/2008 | Genworth | ADM Associates, LLC | Buckman, Charles | 2,000,000.00 | 1,820,921.07 | (179,078.93) | (179,078.93) |
| 08/29/2008 | Genworth | NATCO Products Corp. | Buckman, Maureen | 2,000,000.00 | 2,012,882.60 | 12,882.60 | - |
| 05/19/2007 | Genworth | Daniel, David W. | Carnevale, Robert J. | 500,000.00 | 525,407.83 | 25,407.83 | - |
| 03/28/2007 | Genworth | Marcantonio, Norma R. | Castillona, Joseph | 800,000.00 | 981,286.90 | 181,286.90 | - |
| 06/04/2001 | Genworth | Hanrahan, George M. | Conti, Rocco | 400,000.00 | 428,364.96 | 28,364.96 | - |
| 04/19/2000 | Genworth | Angell, Gaythorne | Conti, Rocco | 500,000.00 | 553,016.18 | 53,016.18 | - |
| 01/25/2008 | Genworth | Hanrahan, George M. | DiGiovanni, Rocco | 820,000.00 | 820,000.00 | - | - |
| 06/29/2007 | Genworth | Primavera, Victor III | Ianiero, Lily | 500,000.00 | 527,503.10 | 27,503.10 | - |
| 02/11/2005 | Genworth | Caramadre, F&Y Trust | LaMonte, Alfred G. | 360,000.00 | 435,977.13 | 75,977.13 | 75,977.13 |
| 04/28/2005 | Genworth | Caramadre, Joseph | LaMonte, Alfred G. | 1,200,000.00 | 1,423,650.03 | 223,650.03 | 223,650.03 |
| 02/24/1998 | Genworth | Ferreira, Carl DMD PC | O'Mally, Patrick | 352,962.66 | 418,209.04 | 65,246.38 | - |
| 02/14/2000 | Genworth | Daniel, David W. | Proulx, John J. | 453,700.98 | 542,343.84 | 88,642.86 | - |
| 06/14/1999 | Genworth | Angell, Gaythorne | Proulx, John J. | 680,051.00 | 922,719.54 | 242,668.54 | - |
| 09/28/2007 | Genworth | Conreal, LLC | Robichaud, Normand J | 2,000,000.00 | 2,081,927.64 | 81,927.64 | - |

10/07/2013

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 03/02/2006 | Genworth | Daniel, David W. | Rose, Henry | 500,000.00 | 632,056.07 | 132,056.07 | - |
| 03/10/2006 | Genworth | Primavera, Victor III | Rose, Henry | 500,000.00 | 660,905.30 | 160,905.30 | - |
| 12/01/2003 | Genworth | Daniel, David W. | Ruggieri, Carl A. | 100,000.00 | 143,978.63 | 43,978.63 | - |
| 10/31/2003 | Genworth | Angell, Gaythorne | Ruggieri, Carl A. | 650,000.00 | 819,558.14 | 169,558.14 | - |
| 12/17/2003 | Genworth | Caramadre, Frank | Ruggieri, Carl A. | 1,091,312.45 | 1,238,107.41 | 146,794.96 | 146,794.96 |
| 10/23/2003 | Genworth | Caramadre, Joseph | Ruggieri, Carl A. | 1,200,000.00 | 1,434,297.49 | 234,297.49 | 234,297.49 |
| 08/28/2008 | Genworth | DK, LLC | Veveiros, Jason | 2,000,000.00 | 1,921,215.55 | (78,784.45) | 45,082.41 |
| 09/22/2005 | Genworth | Maggiacomo, Edward | Zisman, Bernard | 100,000.00 | 110,145.57 | 10,145.57 | - |
| 11/04/2005 | Genworth | Primavera, Victor III | Zisman, Bernard | 1,000,000.00 | 1,101,476.31 | 101,476.31 | - |
| 09/28/1995 | GoldenAmerica/ING | Decof, Leonard | Blowers, Deborah | 10,000.00 | 10,569.89 | 569.89 | - |
| 09/08/1995 | GoldenAmerica/ING | Drs Papazian, Tarro & Della Torre Inc | Blowers, Deborah | 100,000.00 | 105,424.97 | 5,424.97 | - |
| 04/28/1995 | GoldenAmerica/ING | DiPietro, Oliver R. | Blowers, Deborah | 160,000.00 | 173,616.85 | 13,616.85 | - |
| 04/13/1995 | GoldenAmerica/ING | Hanrahan, George M. | Blowers, Deborah | 188,939.94 | 205,185.65 | 16,245.71 | - |
| 10/24/1995 | GoldenAmerica/ING | Angell, Gaythorne | Friberg, Richard | 10,000.00 | 13,044.55 | 3,044.55 | - |
| 10/24/1995 | GoldenAmerica/ING | Hanrahan, George M. | Friberg, Richard | 10,000.00 | 13,719.47 | | - |
| 10/24/1995 | GoldenAmerica/ING | Harmon, Paul | Friberg, Richard | 10,000.00 | 14,904.73 | 4,904.73 | - |
| 10/24/1995 | GoldenAmerica/ING | Hanrahan, Lee E. | Friberg, Richard | 10,000.00 | 15,525.78 | 5,525.78 | - |
| 10/27/1995 | GoldenAmerica/ING | Decof, Marc B. | Friberg, Richard | 10,000.00 | 14,541.76 | 4,541.76 | - |
| 09/13/1995 | GoldenAmerica/ING | Freeman Group Defined Pension | Love, Ivy | 10,000.00 | 10,634.75 | 634.75 | - |
| 09/13/1995 | GoldenAmerica/ING | Marcantonio, Norma | Love, Ivy | 100,000.00 | 106,683.12 | 6,683.12 | - |
| 09/15/1995 | GoldenAmerica/ING | Flanders & Medeiros Inc | Love, Ivy | 100,000.00 | 106,457.93 | 6,457.93 | - |
| 09/13/1995 | GoldenAmerica/ING | Caramadre, Frank | Love, Ivy | 150,000.00 | 159,590.29 | 9,590.29 | - |
| 12/30/1994 | GoldenAmerica/ING | Caramadre, Paula | McGetrick | 10,000.00 | 13,249.65 | 3,249.65 | 3,249.65 |
| 10/24/1995 | GoldenAmerica/ING | Marcantonio, Norma | Paneto, Sarah | 110,000.00 | 138,084.74 | 28,084.74 | - |
| 11/21/1994 | GoldenAmerica/ING | Peck, Roger A. | Proulx, John J. | 52,000.00 | 54,376.09 | 2,376.09 | - |
| 01/31/1995 | GoldenAmerica/ING | Conti, Rocco | Proulx, John J. | 65,000.00 | 13,209.98 | (51,790.02) | - |
| 05/25/1995 | GoldenAmerica/ING | Ferreira, Carl DMD PC | Proulx, John J. | 337,111.02 | 171,596.11 | (165,514.91) | - |
| 05/26/1995 | GoldenAmerica/ING | Ferreira, Carl DMD PC | Proulx, John J. | 371,534.97 | 202,325.89 | (169,209.08) | - |

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 09/09/2008 | Hartford Life | ADM Associates, LLC | Buckman, Charles | 250,000.00 | 226,331.69 | (23,668.31) | (23,668.31) |
|  | Hartford Life | Marcantonio, Norma | Gonsalves, John | 800,000.00 | 1,166,108.88 | 366,108.88 | - |
| 05/13/2008 | Hartford Life | Hanrahan, Edward | Horton, Lucille | 850,000.00 | 986,000.00 | 136,000.00 | - |
| 09/24/2007 | Hartford Life | Ferreira, Carl DMD PC | Robichaud, Normand J | 500,000.00 | 642,769.97 | 142,769.97 | - |
| 04/01/2006 | ING | PonteCorvo Associates, LLC | Brunt, William R. | 150,000.00 | 213,332.50 | 63,332.50 | - |
| 08/26/2008 | ING | ADM Associates, LLC | Buckman, Charles | 1,000,000.00 | 911,290.77 |  | - |
| 05/08/2007 | ING | Omega Financial Corp. | Carnevale, Robert J. | 1,000,000.00 | 1,192,417.56 | 192,417.56 | - |
| 10/17/2006 | ING | Conley Group, Inc | Castillona, Joseph | 1,000,000.00 | 1,356,696.87 | 356,696.87 | 91,996.92 |
| 01/30/2008 | ING | 3436 Taber Ave., LLC | DiGiovanni, Rocco | 750,000.00 | STILL ACTIVE | - | - |
| 12/04/2007 | ING | NATCO Products Corp. | Egan, Denise | 1,000,000.00 | 1,041,274.54 | 41,274.54 | 420.73 |
| 08/22/2008 | ING | Conreal, LLC | Esser, Betty | 1,000,000.00 | 1,031,206.95 | 31,206.95 | - |
| 01/22/2008 | ING | Agostini Construction Co. | Garvey, Patrick | 1,000,000.00 | STILL ACTIVE |  | - |
| 06/20/2008 | ING | Needwood Bluffs, LLC | Gonsalves, John | 1,000,000.00 | 1,029,621.27 | 29,621.27 | - |
| 02/06/2008 | ING | Omega Financial Corp. | Horton, Lucille | 1,000,000.00 | 1,057,372.65 | 57,372.65 | - |
| 12/15/2006 | ING | Randall Investment & Management Co | Lancellotti, Anthony | 350,000.00 | 403,305.51 | 53,305.51 | - |
| 05/29/2008 | ING | Omega Financial Corp. | Restante, Anna | 1,000,000.00 | 1,121,913.16 | 121,913.16 | - |
| 09/21/2007 | ING | DK, LLC | Robichaud, Normand J | 1,000,000.00 | 1,031,169.55 | 31,169.55 | 6,658.40 |
| 04/01/2006 | ING | Duckworth Clancy, LLC | Rose, Henry | 150,000.00 | 192,936.32 | 42,936.32 | - |
| 02/24/2006 | ING | Estate Planning Resources | Rose, Henry | 500,000.00 | 616,397.82 | 116,397.82 | 81,478.47 |
| 08/21/2008 | ING | DK, LLC | Veveiros, Jason | 1,000,000.00 | 818,187.35 | (181,812.65) | (36,362.53) |
| 10/01/2007 | Jefferson National | Agostini Construction Co. | Battey, Sheila | 1,000,000.00 | 1,111,558.45 | 111,558.45 | - |
| 05/01/2007 | Jefferson National | EMR Associates | Carnevale, Robert J. | 1,630,000.00 | 1,687,461.77 | 57,461.77 | - |
| 12/01/2006 | Jefferson National | ADM Associates, LLC | Duarte, Donald | 1,000,000.00 | 1,016,611.42 | 16,611.42 | 16,611.42 |
| 07/06/2007 | Jefferson National | Duckworth Clancy, LLC | Ianiero, Lily | 500,000.00 | 610,245.79 | 110,245.79 | - |
| 08/02/2007 | Jefferson National | DK, LLC | Ianiero, Lily | 1,950,000.00 | 1,950,000.00 | - | - |
| 09/21/2007 | Jefferson National | Conreal, LLC | Robichaud, Normand J | 2,000,000.00 | 2,013,142.82 | 13,142.82 | - |
| 11/11/1996 | Life of Virginia/Genwort | DiPietro, Oliver R. | Friberg, Richard | 200,000.00 | 205,043.33 | 5,043.33 | - |
| 07/24/1996 | Life of Virginia/Genwort | Caramadre, Joseph | O'Donnell, James P. | 125,000.00 | 145,115.86 | 20,115.86 | 20,115.86 |

10/07/2013

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 12/22/1997 | Life of Virginia/Genwort | DiPietro, Oliver R. | O'Donnell, James P. | 512,200.00 | 564,222.45 | 52,022.45 | - |
| 04/11/2006 | Lincoln Benefit | Randall Investment & Management Co | Brunt, William R. | 102,854.34 | 205,093.58 | 102,239.24 | - |
| 10/17/2006 | Lincoln Benefit | Conley Group, Inc | Castillona, Joseph | 1,000,100.00 | 1,326,574.22 | 326,474.22 | 84,188.87 |
| 05/10/2006 | Lincoln Benefit | EMR Associates | Rose, Henry | 790,000.00 | 869,107.95 | 79,107.95 | - |
| 04/03/2006 | MetLife | Primavera, Victor III | Brunt, William R. | 5,000.00 | 7,656.10 | 2,656.10 | - |
| 04/12/2006 | MetLife | Estate Planning Resources | Brunt, William R. | 50,000.00 | 55,574.02 | 5,574.02 | 3,901.81 |
| 08/02/2006 | MetLife | Caramadre, Joseph | Carnevale, Robert J. | 5,000.00 | 7,187.08 | 2,187.08 | 2,187.08 |
| 07/28/2006 | MetLife | Caramadre, Joseph | Castillona, Joseph | 5,000.00 | 7,330.44 | 2,330.44 | 2,330.44 |
| 03/09/2007 | MetLife | Ferreira, Carl DMD PC | Castillona, Joseph | 227,283.35 | 245,929.07 | 18,645.72 | - |
| 05/01/2008 | MetLife | Ferreira, Carl DMD PC | Horton, Lucille | 350,000.00 | 474,774.19 | 124,774.19 | - |
| 05/01/2008 | MetLife | Ferreira, Carl DMD PC | Horton, Lucille | 700,000.00 | 853,590.18 | 153,590.18 | - |
| 02/04/2005 | MetLife | Caramadre, Joseph | LaMonte, Alfred G. | 5,000.00 | 7,261.11 | 2,261.11 | 2,261.11 |
| 10/14/2004 | MetLife | Caramadre, Paula | LaMonte, Alfred G. | 240,000.00 | 311,906.88 | 71,906.88 | 71,906.88 |
| 09/14/2004 | MetLife | Marvin Holland Trust | LaMonte, Alfred G. | 300,000.00 | 441,588.51 | 141,588.51 | - |
| 10/12/2004 | MetLife | Caramadre, Joseph | LaMonte, Alfred G. | 995,000.00 | 1,055,827.22 | 60,827.22 | 60,827.22 |
| 04/04/2007 | MetLife | Maggiacomo, Edward Sr. | Lancellotti, Anthony | 52,082.00 | 58,755.00 | 6,673.00 | - |
| 10/31/2007 | MetLife | Horta, Janet S. | Robichaud, Normand J | 150,000.00 | 178,494.93 | 28,494.93 | - |
| 09/24/2007 | MetLife | Ferreira, Carl DMD PC | Robichaud, Normand J | 287,000.00 | 295,112.74 | 8,112.74 | - |
| 09/24/2007 | MetLife | Ferreira, Carl DMD PC | Robichaud, Normand J | 600,000.00 | 616,520.69 | 16,520.69 | - |
| 05/01/2006 | MetLife | Caramadre, Joseph | Rose, Henry | 5,000.00 | 978,540.04 | 973,540.04 | 973,540.04 |
| 03/15/2006 | MetLife | Rodrigues, Estela A. | Rose, Henry | 250,000.00 | 338,646.08 | 88,646.08 | - |
| 08/26/2003 | MetLife | Angell, Gaythorne | Ruggieri, Carl A. | 300,000.00 | 419,253.98 | 119,253.98 | - |
| 03/12/2004 | MetLife | Marcantonio, Norma | Ruggieri, Carl A. | 385,000.00 | 539,673.63 | 154,673.63 | - |
| 08/15/2003 | MetLife | Hanrahan, George M. | Ruggieri, Carl A. | 539,500.00 | 735,282.35 | 195,782.35 | - |
| 11/18/2005 | MetLife | DiSanto, David | Zisman, Bernard | 5,000.00 | 6,487.55 | 1,487.55 | - |
| 12/07/2005 | MetLife | Caramadre, Joseph | Zisman, Bernard | 5,000.00 | 6,381.71 | 1,381.71 | 1,381.71 |
| 12/15/2005 | MetLife | Primavera, Victor III | Zisman, Bernard | 5,000.00 | 6,487.55 | 1,487.55 | - |
| 06/15/2006 | Midland | Craddock, Walter R. | Brunt, William R. | 275,000.00 | 334,840.20 | 59,840.20 | - |

10/07/2013

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 07/21/2006 | Midland | DiPietro, Joan I. | Brunt, William R. | 1,000,000.00 | 1,426,903.22 | 426,903.22 | - |
| 06/28/2006 | Midland | Rosati, Janet | Carnevale, Robert J. | 500,000.00 | 533,322.66 | 33,322.66 | - |
| 07/24/2006 | Midland | Mesolella, Steven M. | Castillona, Joseph | 100,000.00 | 111,772.96 | 11,772.96 | - |
| 08/08/2006 | Midland | Angell, Gaythorne | Castillona, Joseph | 700,000.00 | 1,047,863.42 | 347,863.42 | - |
| 10/17/2006 | Midland | Conley Group, Inc | Castillona, Joseph | 1,000,000.00 | 1,061,611.64 | 61,611.64 | 3,043.96 |
| 12/20/2006 | Midland | McAuliffe, Terrence | Duarte, Donald | 100,000.00 | 113,057.06 | 13,057.06 | - |
| 12/01/2007 | Midland | Radhakrishnan, Raymour (DK, LLC) | Egan, Denise | 800,000.00 | 883,743.72 | 83,743.72 | 23,173.32 |
| 09/29/2006 | Midland | Kushner, Donald | Rose, Henry | 1,000,000.00 | 1,048,387.09 | 48,387.09 | 190,058.64 |
| 05/17/2006 | Midland | Dias, Luis A. | Ruggieri, Carl A. | 400,000.00 | 526,281.85 | 126,281.85 | - |
| 10/10/2007 | Minnesota Life | Omega Financial Corp. | Robichaud, Normand J | 1,000,000.00 | 985,326.45 | (14,673.55) | - |
| 04/04/2008 | Minnesota Life | Maggiacomo, Edward Sr. | Stroup, Sheryl | 212,971.00 | 273,754.93 | 60,783.93 | - |
| 07/22/2002 | Nationwide | Maggiacomo, Edward Sr. | Ancona, Angela | 55,000.00 | 57,494.73 | 2,494.73 | - |
| 09/07/2007 | Nationwide | Conley Group, Inc | Battey, Sheila | 1,000,000.00 | 1,061,940.46 | 61,940.46 | (3,855.94) |
| 03/09/2006 | Nationwide | Caramadre, John | Brunt, William R. | 1,000,000.00 | 1,224,028.31 | 224,028.31 | 224,028.31 |
| 09/05/2008 | Nationwide | ADM Associates, LLC | Buckman, Charles | 1,000,000.00 | STILL ACTIVE | STILL ACTIVE | - |
| 08/27/2008 | Nationwide | NATCO Home Fashions | Buckman, Maureen | 2,800,000.00 | 2,799,962.98 | (37.02) | - |
| 08/04/2006 | Nationwide | Sackett, Herbert | Carnevale, Robert J. | 750,000.00 | 1,112,836.01 | 362,836.01 | - |
| 05/21/2007 | Nationwide | Agostini, George | Carnevale, Robert J. | 1,000,000.00 | 1,204,241.16 | 204,241.16 | - |
| 08/07/2006 | Nationwide | Hanrahan, George M. | Castillona, Joseph | 650,000.00 | 915,392.54 | 265,392.54 | - |
| 09/29/2006 | Nationwide | Kushner, Donald | Castillona, Joseph | 1,000,000.00 | 1,630,962.96 | 630,962.96 | 3,685.56 |
| 01/25/2008 | Nationwide | Sackett, Herbert | DiGiovanni, Rocco | 750,000.00 | 860,480.13 | 110,480.13 | - |
| 12/04/2007 | Nationwide | NATCO Products Corp. | Egan, Denise | 1,000,000.00 | 1,178,150.32 | 178,150.32 | 41,697.16 |
| 08/22/2008 | Nationwide | Conreal, LLC | Esser, Betty | 2,750,000.00 | 2,749,949.82 | (50.18) | - |
| 02/04/2008 | Nationwide | Agostini Construction Co. | Garvey, Patrick | 1,000,000.00 | 1,119,101.16 | 119,101.16 | - |
| 06/20/2008 | Nationwide | Rosati, Janet | Gonsalves, John | 1,000,000.00 | 1,113,256.52 | 113,256.52 | - |
| 01/23/2008 | Nationwide | Agostini, George | Horton, Lucille | 1,000,000.00 | 1,136,252.03 | 136,252.03 | - |
| 07/02/2007 | Nationwide | Sheahan, Richard | Ianiero, Lily | 400,000.00 | 416,480.55 | 16,480.55 | - |
| 07/02/2007 | Nationwide | Sheahan, Richard | Ianiero, Lily | 470,480.55 | 515,415.99 | 44,935.44 | - |

10/07/2013

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 08/27/2007 | Nationwide | DK, LLC | Ianiero, Lily | 1,000,000.00 | 1,074,043.02 | 74,043.02 | 20,063.80 |
| 04/28/2003 | Nationwide | Angell, Gaythorne | Imperotore, Louise | 340,000.00 | 428,099.71 | 88,099.71 | - |
| 04/30/2003 | Nationwide | Angell, Gaythorne | Imperotore, Louise | 340,000.00 | 340,000.00 | - | - |
| 02/04/2005 | Nationwide | Caramadre, Joseph | LaMonte, Alfred G. | 10,000.00 | 10,081.19 | 81.19 | 81.19 |
| 05/25/2004 | Nationwide | Caramadre, Joseph | Mizzoni, Robert | 10,000.00 | 12,495.79 | 2,495.79 | - |
| 06/03/2008 | Nationwide | Angell, Gaythorne | Restante, Anna | 500,000.00 | 499,956.98 | (43.02) | - |
| 09/21/2007 | Nationwide | Caramadre, Joseph | Robichaud, Normand J | 1,000,000.00 | 1,090,242.60 | 90,242.60 | 90,242.60 |
| 01/14/2009 | Nationwide | Bizier, Paula | Rodriguez, Edwin | 2,000,000.00 | STILL ACTIVE | STILL ACTIVE | - |
| 10/30/2006 | Nationwide | Sheahan, Richard | Rose, Henry | 200,000.00 | 232,553.32 | 32,553.32 | - |
| 04/03/2006 | Nationwide | Hanrahan, Edward | Rose, Henry | 1,000,000.00 | 1,739,361.67 | 739,361.67 | 517,553.17 |
| 08/20/2003 | Nationwide | Caramadre, Frank | Ruggieri, Carl A. | 1,000,000.00 | 1,091,312.45 | 91,312.45 | 77,615.58 |
| 03/31/2004 | Nationwide | Maggiacomo, Kristin | Sammartino, Verna | 10,000.00 | 12,548.31 | 2,548.31 | - |
| 04/06/2004 | Nationwide | Caramadre, Joseph | Sammartino, Verna | 10,000.00 | 14,778.52 | 4,778.52 | - |
| 03/18/2008 | Nationwide | Steiner, Manfred | Stroup, Sheryl | 1,000,000.00 | 1,059,685.48 | 59,685.48 | - |
| 04/21/2008 | Nationwide | Caramadre, Susan | Stroup, Sheryl | 1,000,000.00 | 1,059,639.03 | 59,639.03 | - |
| 08/21/2008 | Nationwide | DK, LLC | Veveiros, Jason | 2,450,000.00 | 2,450,000.00 | - | - |
| 08/03/2005 | Nationwide | Caramadre, Paula | Zisman, Bernard | 2,000,000.00 | 2,254,129.20 | 254,129.20 | 254,129.20 |
| 07/26/2002 | Pacific Life | Anderson, Richard O. | Ancona, Angela | 50,000.00 | 52,977.12 | 2,977.12 | - |
| 07/30/2002 | Pacific Life | Marcantonio, Norma | Ancona, Angela | 250,000.00 | 303,262.82 | 53,262.82 | - |
| 07/31/2002 | Pacific Life | Caramadre, Paula | Ancona, Angela | 550,000.00 | 567,657.86 | 17,657.86 | 17,657.86 |
| 05/22/2001 | Pacific Life | Ferreira, Carl DMD PC | Conti, Rocco | 175,000.00 | 178,783.91 | 3,783.91 | - |
| 04/24/2000 | Pacific Life | Caramadre, Frank | Conti, Rocco | 500,000.00 | 539,962.89 | 39,962.89 | 39,962.89 |
| 11/07/2008 | Pacific Life | Conley Group, Inc | Esser, Betty | 100,000.00 | - | - | - |
| | Pacific Life | Saccoccia, Lynn | Imperotore, Louise | 85,000.00 | 93,036.41 | 8,036.41 | - |
| 02/11/2002 | Pacific Life | Angell, Gaythorne | Imperotore, Louise | 300,000.00 | 330,625.04 | 30,625.04 | - |
| 12/10/2008 | Pacific Life | Radhakrishnan, Raymour | Lee, Nathan | 100,000.00 | 100,000.00 | - | - |
| 02/08/2000 | Pacific Life | Angell, Gaythorne | Paneto, Sarah | 170,478.95 | 180,707.69 | 10,228.74 | - |
| 01/31/2000 | Pacific Life | Ferreira, Carl DMD PC | Paneto, Sarah | 201,997.69 | 222,389.27 | 20,391.58 | - |

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 12/11/2008 | Pacific Life | Hanrahan, George M. | Pitocco, Anthony | 850,000.00 | 1,000,654.71 | 150,654.71 | - |
| 02/08/2000 | Pacific Life | Angell, Gaythorne | Proulx, John J. | 200,000.00 | - | - | - |
| 05/28/2002 | Pacific Life | Hanrahan, George M. | Proulx, John J. | 424,525.00 | 442,587.04 | 18,062.04 | - |
| 11/03/2001 | Pacific Life | Regnier, Louis | Proulx, John J. | 1,000,000.00 | 1,071,450.29 | 71,450.29 | - |
| 11/08/2001 | Pacific Life | Regnier, Louis | Proulx, John J. | 1,000,000.00 | 1,118,909.21 | 118,909.21 | - |
| 09/11/2007 | Security Benefit | Conley Group, Inc | Battey, Sheila | 2,000,000.00 | 2,578,812.57 | 578,812.57 | 129,942.94 |
| 07/06/2006 | Security Benefit | PonteCorvo Associates, LLC | Brunt, William R. | 300,000.00 | 495,505.08 | 195,505.08 | - |
| 07/17/2006 | Security Benefit | Needwood Bluffs, LLC | Carnevale, Robert J. | 500,000.00 | 565,762.92 | 65,762.92 | - |
| 06/11/2007 | Security Benefit | Agostini Construction Co. | Carnevale, Robert J. | 1,000,000.00 | 1,254,043.33 | 254,043.33 | - |
| 07/18/2006 | Security Benefit | Conreal, LLC | Castillona, Joseph | 1,000,000.00 | 1,388,154.51 | 388,154.51 | - |
| 10/23/2006 | Security Benefit | Conley Group, Inc | Castillona, Joseph | 1,000,000.00 | 1,061,194.20 | 61,194.20 | 3,179.84 |
| 12/12/2007 | Security Benefit | NATCO Home Fashions | Egan, Denise | 2,000,000.00 | 2,401,217.76 | 401,217.76 | 96,915.05 |
| 08/01/2007 | Security Benefit | DK, LLC | Ianiero, Lily | 1,950,000.00 | 2,785,838.84 | 835,838.84 | - |
| 01/16/2007 | Security Benefit | MVJ Realty, LLC | Lancellotti, Anthony | 1,000,000.00 | 1,270,311.94 | 270,311.94 | - |
| 10/01/2007 | Security Benefit | Agostini Construction Co. | Robichaud, Normand J | 1,000,000.00 | 1,065,033.60 | 65,033.60 | - |
| 03/01/2006 | Security Benefit | Caramadre, F&Y Trust | Rose, Henry | 410,000.00 | 462,372.13 | 52,372.13 | 52,372.13 |
| 08/09/2005 | Security Benefit | Caramadre, F&Y Trust | Zisman, Bernard | 400,000.00 | 482,131.73 | 82,131.73 | 82,131.73 |
| 06/15/2007 | Transamerica | Dias, Luis A. | Carnevale, Robert J. | 500,000.00 | 548,960.52 | 48,960.52 | - |
| 10/17/2006 | Transamerica | Conley Group, Inc | Castillona, Joseph | 1,000,000.00 | 1,298,938.75 | 298,938.75 | 74,455.79 |
| 02/13/2008 | Transamerica | Hanrahan, George M. | DiGiovanni, Rocco | 820,000.00 | 864,297.07 | 44,297.07 | - |
| 03/12/2008 | Transamerica | Rodrigues, Estela A. | Garvey, Patrick | 290,000.00 | 290,000.00 | - | - |
| 01/21/2008 | Transamerica | Agostini, George | Horton, Lucille | 1,000,000.00 | 1,114,755.81 | 114,755.81 | - |
| 09/26/2007 | Transamerica | Caramadre, John | Robichaud, Normand J | 250,000.00 | 262,894.00 | 12,894.00 | - |
| 04/01/2006 | Transamerica | Caramadre, Susan | Rose, Henry | 250,000.00 | 273,050.58 | 23,050.58 | - |
| 09/12/2008 | Western Reserve | ADM Associates, LLC | Buckman, Charles | 1,000,000.00 | 1,000,000.00 | - | - |
| 09/16/2008 | Western Reserve | NATCO Products Corp. | Buckman, Maureen | 250,000.00 | 261,623.62 | 11,623.62 | - |
| 10/21/2008 | Western Reserve | Radhakrishnan, Raymour | Bulpitt, Sandra | 1,000,000.00 | 1,014,083.92 | 14,083.92 | 14,083.92 |
| 11/19/2008 | Western Reserve | Conley Group, Inc | Esser, Betty | 250,000.00 | 255,732.52 | 5,732.52 | - |

10/07/2013

| Application Date | Insurance Company | Owner | Annuitant | Total Premiums | Payment to Benef. (Including Post-Mortem Int.) | Total Gain to Beneficiary (Excluding Commissions) | Estimated Caramadre Gain (Excluding Commission) |
|---|---|---|---|---|---|---|---|
| 12/18/2008 | Western Reserve | Caramadre, Paula | Lee, Nathan | 1,000,000.00 | 1,179,685.70 | 179,685.70 | 179,685.70 |
| 01/27/2009 | Western Reserve | Conreal, LLC | Pitocco, Anthony | 2,000,000.00 | 2,000,000.00 | - | - |
| 08/29/2008 | Western Reserve | DK, LLC | Veveiros, Jason | 1,000,000.00 | 1,000,000.00 | - | - |
|  |  |  |  | 125,969,085.90 | 138,010,238.82 | 17,176,142.68 | 4,131,073.63 |