# MURPHY & FAY, L.L.P.
ATTORNEYS AT LAW



William J. Murphy  
Mark A. Fay

Norman L. Landroche, Jr.

127 Dorrance Street  
2nd Floor  
Providence, Rhode Island 02903  
Telephone 401-490-3200  
Facsimile 401-490-3207

December 16, 2013

The Honorable William E. Smith  
Chief Judge  
US District Court for the  
District of Rhode Island  
Federal Building and Courthouse  
One Exchange Terrace  
Providence, Rhode Island 02903

    Re:    *United States of America vs. Joseph Caramadre*  
            No.: 11-00186-S

Dear Judge Smith:

    Please find enclosed a list of Joseph and Paula Caramadres' personal contributions to charitable organizations and Untied Way Philanthropic Account contributions along with other awards.

                        Very truly yours,

                        William J. Murphy

WJM/dmr

cc:    Lee H. Vilker, Esquire  
       John P. McAdams, Esquire  
       Assistant United States Attorneys  
       50 Kennedy Plaza – 8th Floor  
       Providence, Rhode Island 02903

| *Joe and Paula Caramadre United Way Philanthropic Account* ||
|---|---|
| Adele R. Decof Foundation | Langworthy Public Library |
| American Heart Association | Meeting Street School |
| Amos House | Peter T. Pastore Jr. Charitable Foundation |
| Anchor of Hope Scholarship Fund | Providence Public Library |
| Avon Walk for Breast Cancer | Rachel's Vineyard Ministries |
| Benedictine School | Rhode Island Hospital Foundation |
| Big Brothers of Rhode Island-various designations | Rocky Hill School-various designations |
| Catholic Charity Fund Appeal | Roger Williams University |
| Celebrate Rhode Island | St. Edward Food & Wellness Center |
| Christian Foundation for Children & Aging | St. Ignatius College Preparatory |
| Community Preparatory School | St. Joseph Health Services Foundation |
| Corinna's Angels | St. Mary's Home for Children |
| Cranston League for Cranston's Future | Susan Komen 3-Day for the Cure |
| Crossroads Rhode Island | The Groden Network |
| DaVinci Center | The Providence Center |
| Day One | UW Community Impact Fund |
| Diabetes Foundation of Rhode Island | William J. Clinton Foundation |
| HWS Research Fund | YMCA of Greater Providence-various designations |

| *Joe and Paula Caramadre personal contributions to charitable organizations* ||
|---|---|
| Allyson T. Gibree Memorial Fund | Mnsgr. Louis Antonelli |
| Adele R. Decof Foundation | PCAA |
| American Heart Association | Peter T. Pastore Charitable Foundation |
| American Institute for Cancer Research | Priests Retirement Fund |
| Amos House | Providence Police FOP |
| Big Brothers of RI, Inc. and various designations | Providence Public Library |
| Bishop Farrow | Public Strategies-Spinal Muscular Atrophy |
| Bread of Life School | Regional Martial Arts Assoc. |
| Breast Cancer-various charities | RI Food Bank |
| Catholic Alliance for the Common Good | RI FOP |
| Catholic Charity-Diocese of Providence | RI Free Clinic |
| Christian Foundation for Children & Aging | RI Hospital Foundation and Rhode Island Hospital |
| Clean Water Action | RI Right to Life |
| Coalition Against Domestic Violence | Rocky Hill School and related designations |
| Colony House Nursing Home | Sacred Heart League |
| Coventry Little League | Savitt Foundation |
| Cranston Babe Ruth League | Special Olympics RI |
| Cranston West Football | St Mary's Parish and related designations |
| Cranston West Little League | St. Andrew's School and related designations |
| Crossroads Rhode Island | St. Ann's Church |
| Day One | St. Mary's Parochial School and related designations |
| deLasalle Missionaries | St. Padre Pio |
| Desiree Mesolella Art Scholar Foundation | St. Pius V Capital Campaign |
| Don Bosco School | The Feinstein Foundation -various designations |
| Festa Italiana Society, Inc. | The Jimmy Fund |
| Friends of Shelter | The Providence Center |
| Grab the Torch | The Tomorrow Fund |
| Holy Apostles Church -various gifts | The Wolf School |
| Holy Cross Church of God | United Way of RI |
| Hurricane Katrina Recovery Fund | Various Diocesan Catholic Schools |
| Jamestown Community Theater | Verrazzano Day Organization |
| March of Dimes | Women & Infants Hospital |
| Ministerio Bethel Internacional Church | YMCA of Greater Providence and related designations |