Case 1:11-cv-00186-S-PAS Document 220-1 Filed 12/16/13 Page 1 of 3 PageID #: 4127

# 2009–10 COMMUNITY IMPACT REPORT



# GIVE. ADVOCATE. VOLUNTEER.
# LIVE UNITED™

United
Way
**United Way of Rhode Island**

Case 1:11-cv-00186-S-PAS Document 220-1 Filed 12/16/13 Page 1 of 3 PageID #: 4127

SUPPLEMENT TO RHODE ISLAND MONTHLY

# MESSAGE TO THE COMMUNITY FROM ANTHONY MAIONE
### PRESIDENT & CEO

Dear Friends,

Reflection on this past year is not an easy task. People in our state continue to feel the impact of a very challenging economy, hoping to hold on to their jobs or to find new ones. For-profit companies are doing what they can to outlast this economic downturn. And nonprofits continue to deal with the growth in human need, while dealing with their own need for additional resources. Add to that the historic floods that came this past spring, and it's easy to focus only on the negative, on what seems to be a constant drum beat of bad news.



But progress is being made—so, what is United Way of Rhode Island doing to make a difference? We are helping to provide our friends, families and neighbors with the building blocks of a good life: Education, Income and Housing as well as Helping People in Crisis. Here are just some of the ways we're helping people in need now and helping to reduce the number of people in need over the long term.

" WE ASK YOU TO GET INVOLVED BECAUSE WORKING TOGETHER, WE CAN DO MORE THAN ANY OF US COULD DO ALONE. "

In Education, *BrightStars Quality Rating and Improvement System*, initiated by United Way of Rhode Island and supported by CVS Caremark, is helping to improve the quality of care for pre-school children in our state. Right now, 50 early childhood programs and family childcare homes in Rhode Island participate in *BrightStars,* which means that more than 1,000 children are in higher quality childcare and early learning programs.

In Income, United Way of Rhode Island worked with voluntary income tax preparers and a wide range of community partners, especially Citizens Bank, to assist thousands of Rhode Islanders with the **Earned Income Tax Credit,** leveraging more than $50 million dollars for lower income workers since 2005. Last year alone saw a 32% increase in the program, as more people qualified in this poor economy.

In Housing, United Way of Rhode Island helped to pass the historic bond that is providing $50 million dollars for **affordable housing** in our state. In a tough economy, the bond also helped to create or save 3,000 jobs. With over 900 units built and a 16:1 return on investment, this initiative has been called a huge success by the *Providence Journal*.

We are grateful to HousingWorks RI and our partners Rhode Island Housing and The Rhode Island Foundation for their collaboration in helping to make all of this happen.

We're also continuing to help Rhode Islanders in crisis. *United Way 2-1-1 in Rhode Island* handled 33,000 calls in 30 days as a result of the flood disaster. In addition, we called 15,000 people back to check on their status and to see if more help was needed. Our Olneyville headquarters also served as a community resource. We were the base of operation for local and national volunteers who were mobilized to help with needs assessment and recovery efforts.

Additionally, we established the **Rhode Island Flood Recovery Fund.** In response, Rhode Islanders donated more than $860,000! The money is being invested back in the community, helping people affected by the flood, some of whom will need years to fully recover.

So, that's what the last year looked like to us. We know that we did not do any of this alone. When we invested in a program or agency, we know that you made it possible. When the affordable housing bond passed, it was your advocacy and your vote that made it happen. When volunteers came together to help those affected by the flood or donated school supplies for summer learning programs, it was your time and effort that made all the difference.

This is what it means to **GIVE, ADVOCATE** and **VOLUNTEER.** This is how we can **LIVE UNITED** to make Rhode Island a better place for all of us. Lastly, I ask all of you to read this year's Community Impact Report to learn more about what your United Way is doing to make a difference in Rhode Island.

Sincerely,

Anthony Maione
President & CEO
United Way of Rhode Island

United Way
United Way of Rhode Island

# UNITED WAY OF RHODE ISLAND LEADERSHIP GIVERS

## ADVANCING THE COMMON GOOD THROUGH PHILANTHROPY

United Way of Rhode Island's Leadership Givers know what it means to LIVE UNITED. Many of them give generously to United Way's Community Impact Fund to help make Rhode Island a better place for all. Whether giving to a cause they know makes a difference, advocating for what they believe in or volunteering their time, talents and energy to advance the common good, United Way's Tocqueville Society and Keel Club members are helping United Way create opportunities for all Rhode Islanders to do better for themselves and their families. They know that when one of us succeeds, we all succeed. That's how they LIVE UNITED.

## 2009–2010 TOCQUEVILLE SOCIETY

**1 6 7** TOCQUEVILLE SOCIETY MEMBERS CONTRIBUTED $10,000 OR MORE

**$3,802,389** TOTAL PLEDGES

**27%** TOTAL DOLLARS RAISED

## 2009–2010 KEEL CLUB

**1,642** KEEL CLUB MEMBERS CONTRIBUTED $1,000 – $9,999

**$3,168,447** TOTAL PLEDGES

**22%** TOTAL DOLLARS RAISED



The Tocqueville Society gives national recognition to individuals who contribute a minimum of $10,000 to United Way. The name of this society was chosen because of Alexis de Tocqueville's admiration for the American spirit of volunteerism, philanthropy and effort to advance the common good. We would like to express our sincere appreciation to our Rhode Island members.

### ORDRE D'INDÉPENDANCE

$250,000 – $499,999

Malcolm & Elizabeth Chace

### LA SOCIÉTÉ NATIONALE

$100,000 – $249,999

Carter Family Charitable Trust:
    Mr. & Mrs. John S. Carter
The Joseph & Paula Caramadre
    Charitable Foundation
Mr. & Mrs. Jack O'Donnell
Cathy & Tom Ryan

### ORDRE DE FRATERNITÉ

$75,000 – $99,999

Mary & Tom Gilbane
Mr. & Mrs. Norman E. McCulloch, Jr.
    Trustees of McAdams
    Charitable Foundation
Bogdan & Rita Nowak
*1 donor wishes to remain anonymous*

### ORDRE D'EGALITÉ

$50,000 – $74,999

Gewirz Family Fund: Bernard
    & Sarah Gewirz
Katherine F. McKenzie
Arthur & Martha Milot
James & Eva Seed

### ORDRE DE LIBERTE

$25,000 – $49,999

Alexandra M.M. Gagnon Foundation:
    Jacques R. Gagnon
Laurie & Ruud Bosman
Ron & Marge Boss
Dr. & Mrs. William Braden
Joe & Alyda Dewhirst
Bradford & Kimberly Dimeo
Sandy & Tom Dimeo
Tom Dwyer
Sarah & Gerald Fogarty
Linda & Mark Formica
Cynthia Frost
Bob & Wini Galkin

Warren Galkin
William & Nancy Gilbane
Jim & Missy Gladney
Mr. Frederick J. Hodges, III
Constance A. Howes
    & R. Kelly Sheridan
Arthur & Joyce Hurvitz
Kerry & Christine King
David A. & Heidi Kirk Duffy
Jerrold L. & Barbara S. Lavine
Mr. & Mrs. Malcolm A. Makin
Kevin & Nancy McDevitt
Peggy & Gene McQuade
Paul & Jean Moran
Terry & Pat Moran
Murray Family Charitable Foundation:
    Terrence & Suzanne Murray
Carol A. Peterson
Merrill Sherman
Ginny & Tom Soutter
Shivan & Jyothi Subramaniam
Janice & Peter Sullivan
John & Mary Wall
*4 donors wish to remain anonymous*

For more information, visit www.LIVEUNITEDri.org.   **19**