# Your Hands, God's Work

**Please Give Generously!**



## DIOCESE OF PROVIDENCE
www.providencediocese.org





