UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-00186-S |
| ) | |
| JOSEPH CARAMADRE, and ) | |
| RAYMOUR RADHAKRISHNAN ) | |

### DEFENDANT JOSEPH CARAMADRE'S
### MOTION TO UNSEAL

      Now comes the Defendant, Joseph Caramadre, through counsel, and hereby moves this Honorable Court to unseal the materials previously filed pursuant to motions to seal. For reason, defendant states that documents 128, 133, and 142 were filed under seal as a courtesy to the Court so that they could be reviewed in conference prior to public dissemination. At this time, any such concerns are no longer relevant, and Mr. Caramadre requests that the above-referenced documents be unsealed so that they may be utilized in any potential appeal of the motion to withdraw his guilty plea.

      Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen

_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

## **CERTIFICATION**

I hereby certify that on this 18th day of December, 2013, I caused to be delivered, via electronic delivery, the within *Motion* to:

John P. McAdams, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Lee Vilker, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

William J. Murphy, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

/s/ Randy Olen, Esq.
_____