# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

_____ )
                                  )
**UNITED STATES OF AMERICA**      )
                                  )
**v.**                            )         **Criminal No. 1:11-cr-00186-S**
                                  )
**JOSEPH CARAMADRE, and**         )
**RAYMOUR RADHAKRISHNAN**         )
_____ )

## NOTICE OF APPEAL

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the First Circuit of the conviction, sentence, and orders in the above-referenced matter.

Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen
_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

1

## <u>CERTIFICATION</u>

I hereby certify that on this 27th day of December, 2013, I caused to be delivered, via electronic delivery, the within ***Notice of Appeal*** to:

John P. McAdams, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Lee Vilker, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Olin W. Thompson, Esq.
Federal Defender's Officer
10 Weybosset Street, Suite 300
Providence, RI 02903

William J. Murphy, Esq.
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

/s/ Randy Olen, Esq.
_____