```
Court Name: U.S. District Court for RI
Division: 1
Receipt Number: 14670012503
Cashier ID: jduhamel
Transaction Date: 12/27/2013
Payer Name: Randy Olen
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Randy Olen
 Case/Party: D-RIX-1-11-CR-000186-001
 Amount:      $505.00
------------------------------------
CHECK
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

Randy Olen, Atty at Law

Appeal Filing Fee

CR 11-186
USA v. Joseph Caramadre