UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. Case Number: **CR 11-186S**

2. Case Title: **USA v. Joseph Caramadre**

3. Name and Address of Counsel for Appellant(s):
   **Randy Olen, Esq.**
   Olen Law Offices
   478A Broadway
   Providence, RI 02909

4. Name & Address of Counsel for Appellee(s):
   **John P. McAdams, Esq.**
   **Lee Vilker, Esq.**
   **Donald Lockhart, Esq.**
   U.S. Attorney's Office
   50 Kennedy Plaza, 8th Floor
   Providence, RI 02903

5. Name of Judge: **William E. Smith**

6. Court-Appointed Counsel:       [ ] Yes       [✔] No

7. Fee Paid:                      [✔] Yes       [ ] No

8. In Forma Pauperis:             [ ] Yes       [✔] No

9. Guidelines Case:               [ ] Yes       [ ] No

10. Related Case on Appeal:       [✔] Yes       [ ] No
    If yes, list the CCA#(s) and date of last Notice of Appeal filed:
        Date: 7/1/2013        CA 13-1865

11. Special Comments: Abbreviated Record on Appeal