UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 31, 2013

Margaret Carter
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA  02210

    RE: **USA v. Joseph Caramadre**
          **CR 11-186-01S**

Dear Ms. Carter:

Enclosed herewith please find the Abbreviated Record on Appeal for the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court


/s/ *Nisshy D. Urizandi*
  DEPUTY CLERK


Enc: abbreviated record on appeal

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

     I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

     Witness my hand and the Seal of said Court at Providence in said District, on the 31St day of December 2013.

                                             David A. DiMarzio, CLERK

                                BY: /s/ *Nisshy D. Urizandi*
                                           DEPUTY CLERK