# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __U.S. v. Caramadre__

District Court Case No. __1:11-cr-00186-S-PAS__   District of PLEASE SELECT

Date Notice of Appeal filed __12/27/2013__   Court of Appeals Case No. __14-1019__

Form filed on behalf of __Defendant/Appellant - Joseph Caramadre__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __See Attached "Transcript Report"__

## TRANSCRIPT ORDER

Name of Court Reporter __Anne Clayton__

Phone Number of Reporter __(401) 255-2310__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | Docket Entry 234 - Transcript Order. Sentencing 12/16/2013 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) _____ | See Attached "Transcript Order" |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Randy Olen, Esq.__   Filer's Signature _____

Firm/Address __478A Broadway, Providence, RI 02909__   Filer's Email address __olenlaw@gmail.com__

Telephone number __(401)274-1400__   Date mailed to court reporter __01/28/2014__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE

# **TRANSCRIPT REPORT**

Docket Entry 77 – Motion to Proceed Pro Se, August 7, 2012

Docket Entry 115 – Jury Trial, Vol. I, November 13, 2012

Docket Entry 116 – Jury Trial, Vol. II, November 14, 2012

Docket Entry 117 – Jury Trial, Vol. III, November 15, 2012

Docket Entry 118 – Jury Trial, Vol. IV, November 16, 2012

Docket Entry 119 – Change of Plea, November 19, 2012

Docket Entry 147 – Motion to Withdraw Guilty Plea, Vol. I, April 24, 2013

Docket Entry 174 – Motion to Reconsider Order of Detention, June 18, 2013

Docket Entry 178 – Motion to Withdraw Guilty Plea, Vol. II, May 13, 2013

Docket Entry 179 – Motion to Withdraw Guilty Plea, Vol. III, May 14, 2013

Docket Entry 180 – Motion to Withdraw Guilty Plea, Vol. IV, May 20, 2013

Docket Entry 231 – Restitution Hearing, Vol. I, September 30, 2013

Docket Entry 232 – Restitution Hearing, Vol. III, October 15, 2013

Docket Entry 239 – Restitution Hearing, Vol. II, October 9, 2013

## **TRANSCRIPT ORDER**

Docket Entry 233 – Transcript Order, Chambers Conference, May 14, 2013

Docket Entry 235 – Transcript Order, Motion to Suppress Rule 15 Depositions, April 13, 2012

Docket Entry 236 – Transcript Order, Notice of Intent to Proceed Pro Se, August 7, 2012

## CERTIFICATION

I hereby certify that on this 28th day of January 2014, I caused to be delivered, via electronic delivery, the within *Transcript Report/Order Form* to:

John P. McAdams, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Lee Vilker, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Donald C. Lockhart, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Randy Olen