UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )       Criminal No. 1:11-cr-00186-S<br>)<br>JOSEPH CARAMADRE, and        )<br>RAYMOUR RADHAKRISHNAN    )<br>) | |

### NOTICE OF APPEAL

      Now comes the Defendant, Joseph Caramadre, through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the First Circuit of the January 31, 2014 Opinion and Order of Judge William E. Smith in the above-referenced case.

      Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen

_____
Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

1

## CERTIFICATION

 I hereby certify that on this 7th day of February, 2014, I caused to be delivered, via electronic delivery, the within *Notice of Appeal* to:

John P. McAdams, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903  

Lee Vilker, Esq.  
U.S. Attorney's Office  
50 Kennedy Plaza, 8th Floor  
Providence, RI 02903  

Olin W. Thompson, Esq.  
Federal Defender's Officer  
10 Weybosset Street, Suite 300  
Providence, RI 02903  

William J. Murphy, Esq.  
Murphy & Fay, LLP  
127 Dorrance Street, 2nd Floor  
Providence, RI 02903  

          /s/ Randy Olen, Esq.  
          _____