UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1.    <u>Case Number:</u> **CR 11-186-01S**

2.    <u>Case Title:</u> **USA v. Joseph Caramadre**

3.    <u>Name and Address of Counsel for Appellant(s):</u>
      **Randy Olen, Esq.**
      Olen Law Offices
      478A Broadway
      Providence, RI 02909

      **William J. Murphy, Esq.**
      Murphy & Fay LLP
      127 Dorrance Street, 2nd Floor
      Providence, RI 02903

4.    <u>Name & Address of Counsel for Appellee(s):</u>

      **Don**ald C. Lockhart, AUSA

      U.S. Attorney's Office
      50 Kennedy Plaza
      8th Floor
      Providence, RI 02903

5.    <u>Name of Judge:</u> **William E. Smith**

6.    Court-Appointed Counsel:          [ ]Yes          [✔] No

7.    Fee Paid:                         [✔ ]Yes         [ ] No

8.    In Forma Pauperis:                [] Yes          [✔]No

9.    Guidelines Case:                  [ ]Yes          [ ]No

10.   Related Case on Appeal:           [✔] Yes         [ ]No
      If yes, list the CCA#(s) and date of last Notice of Appeal filed:

**Date: 12/27/2013**
**CCA: 14-1019**

11.    Special Comments: Abbreviated Record on Appeal