

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

### Case Information

Case Caption: **USA**  vs.  **Joseph Caramadre**

District Court case number: **1:11-CR-186-01-S**   Court of Appeals case number: **14-1196**

### Record Information

Supplemental documents Document #: ECF #s 256-259

Sealed documents: Yes ☐   No ☑
*If yes, document #*

*Ex parte* documents: Yes ☐   No ☑
*If yes, document #*

Transcripts: Yes ☐   No ☑
*If yes, document #*

Trial/Hearing exhibits: Yes ☐   No ☑
*If yes, description*

### Certification

I, David A. DiMarzio, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

Date: January 05, 2015

/s/ **David A. DiMarzio**
**Clerk of Court**