## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) Criminal No. 1:11-cr-00186-S |
| JOSEPH CARAMADRE, and RAYMOUR RADHAKRISHNAN | ) ) ) ) |

### NOTICE OF APPEAL

Now comes the Defendant, Joseph Caramadre, through counsel, and hereby gives notice of appeal of the United States District Court for the District of Rhode Island's denial of his Federal Rule of Appellate Procedure 10(c) motion, pursuant to 18 U.S.C. §§ 3143 and 3145, and 28 U.S.C. § 1291.

Respectfully submitted,
Joseph Caramadre,
By his attorney,

/s/ Randy Olen

Randy Olen, Esq.
478A Broadway
Providence, RI 02909
(401) 274-1400
(401) 274-2480 (fax)

## **CERTIFICATION**

  I hereby certify that on this 16th day of January, 2015, I caused to be delivered, via electronic delivery, the within *Notice of Appeal* to:

| | |
|---|---|
| John P. McAdams, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 | Lee Vilker, Esq.<br>U.S. Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903 |

Donald Campbell Lockhart, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

            /s/ Randy Olen
            _____