

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

**CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
ABBREVIATED ELECTRONIC RECORD**

| Case Information |
|---|

Case Caption: **USA**   vs.   **Joseph Caramadre**

District Court Number: **CR 11-186-01S**   Presiding Judge: **Chief Judge Smith**

Notice of Appeal filed by: **Defendant**   Notice of Appeal document number: **261**

Appeal from: **ECF #259 - Order re: Motion to Supplement the Record**

Other information:

Fee status: **Due**   Pro se case:  Yes ☐  No ☑

Emergency or requires expedition: **No**   *If yes, reason:*

| Record Information |
|---|

Motions Pending   Yes ☐  No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal: **CCA 14-1019 and CCA 14-1196**

| Certification |
|---|

I, David A. DiMarzio, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **01/20/2015**

**DAVID A. DIMARZIO**
Clerk of Court

/s/Nissheneyra D. Urizandi
Deputy Clerk