```
Court Name: U.S. District Court for RI
Division: 1
Receipt Number: 14670015231
Cashier ID: fmelende
Transaction Date: 03/18/2015
Payer Name: JOSEPH CARAMADRE
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOSEPH CARAMADRE
 Amount:         $505.00
--------------------------------------
CHECK
 Amt Tendered: $505.00
--------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

RANDY OLEN

478A BROADWAY

PROVIDENCE RI 02909

CA 11-CR-186 S